IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Rodney C. Dean AIS# 244759
Full name and prison number
of plaintiff(s)

2007 APR 23 A 10: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CIVIL ACTION NO. 2:07cv342-WKW
(To be supplied by Clerk of
U.S. District Court)

Department of Correction

Warden - J.C. Giles

Commissioner - Richard Allen

R.N. - B. Luke          Prison Health Services

Sergent - Longmire

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (X)

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )   NO (X)

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) __NO_____

            Defendant(s) __N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) __N/A_____

3. Docket number __N/A__

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Ventress Correctional Facility P.O. Box 767 Clayton, Ala. 36016__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Same__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME — ADDRESS
   1. Warden - J.C. Giles — Ventress Correctional Facility P.O. Box 767 Clayton, Al 36016
   2. Commissioner - Richard Allen — Ala. dept. of corrections P.O. Box 301501, 301 Ripley St., Montgomery, AL 36130
   3. R.N. - B. Luke — Ventress Corr. Facility P.O. Box 767 Clayton, Al 36016
   4. Sergent - Longmire — Ventress Corr. Facility P.O. Box 767 Clayton, Al 36016
   5. _____
   6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __July 19, 2006__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ADOC will not honer my shaving Profile, and Allow me to kept my beard at 1/8 inch which inturn causes staff infection.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

When Plaintiff (Dean) Goes to chow, officers see's beard, or even look's like he hasn't shaved daily they will send to shift office for a clipper shave, which has "No" chipper guards. This in turn causes infection, and bleeding and scares

GROUND TWO: ADOC is Discriminating Against Plaintiff, Religion, by kepting hair shaved. Equal Protection Violation

SUPPORTING FACTS: When Inmates go to the chow hall to eat on potatoe salad or when they have french fries, They set up with 7 or 8 Hair cutters in front of the chow Hall and on windy day's this hair blow's up in the chow Hall, Inmates do Not get a regulation hair cut, "they are cut Bald Headed."

GROUND THREE: Plaintiff Alleges that ADOC does not supply amply supply of Hot Water.

SUPPORTING FACTS: When they open shower at 3:30 to 4:30 P.M the Hot water only last 10 mins to 15 mins then get's cold their are about 250 inmates in the dorm shower are on for about 5 Hour's only the first 20 to 30 Inmates get Hot shower's the rest Receive cold showers, and have to shave with cold water. This causes staff infection & sick inmates "No" Bleach in Laundry. Look at the color of the sheet's & clothes. We Invite You Too Come and see for Yourself

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

make A D.O.C. Honor Profiles, Stop them from cutting Hair in front of chow Hall, and fix hot water Supply, "Issue Injuction from cutting Hair in Front of chow Hall".

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __March 26 07__.
(Date)

_____
Signature of plaintiff(s)

4

STATE OF ALABAMA
COUNTY OF BARBOUR

2:07 cv 342 -WKW

## AFFIDAVIT

Before me, a Notary Public in and for said County and the State of Alabama at large, personally appeared Rodney C. Dean, being duly sworn and says on oath that the averments contained in the foregoing are true and correct to the best of his ability, information, knowledge and behalf as follows:

My name is Rodney C. Dean. I am over twenty-one years of age. I am personally familiar with all of the facts set forth in this Affidavit.

July 18th, 2006 I filled out sick call slip. They told me to come back the next day to see the doctor. I was not on the appointment list, so I go anyway on the 19th. The nurse immediately jumps on me about missing the doctor's appointment - I told her I was not given one. She looks on the doctor's appointment schedule and then says she forgot to put me on it. She sees the sores that have turned to staph on my face, and said "All you want was to get a shaving profile." I said "I want these sores treated." Nurse B. Luke refused me to see the doctor or to treat my sores. Ms. B. Luke wrote me a shaving profile for 6 months. I again said "I want these sores treated. They burned very bad." Ms. Luke then got me some benzoil peroxide, and handed it to me, then told me to get out of her office.

I managed to clean up the staph on my face by putting hot cloths several times a day. The staph was still in my blood and spread to my back. The laundry lady, Ms. Dykes, does not put bleach in the clothes, if you send your visiting whites to be washed they come back yellow and after a few washings turn brownish color and the hot water in the dorms runs out in 5 or 10 minutes. The majority of the dorms in this camp do not have sufficient supply of hot water due to worn out mixer valves in the hot water tanks that have not been replaced, and water heaters that are burnt out. D-Dorm had the highest rate

(1)

of staph infection in the camp. D-Dorm in June of 2006 was not replaced for 3 to 4 months. Inmates would not take showers for that time because it made them sick. The nursing staff came over to see the inmates in D-Dorm and tell them how to keep from spreading the staph infections. Recently, the whole camp had to go to a mandatory class on staph infection. There were several inmates addressed about bleach being put in the clothes. DOC officials heard, what was said "but nothing has been doene."

Sgt. Longmire set up hair cutting in front of the chow both doors open during this time and on windy days hair blows up into the chow hall. Hair carries contagious diseases, during this time several hundred heads of hair are cut and without clipper guards and they **do not** clean the clippers during this time. They cut your hair to the scalp cutting molds and sores on your head which spread this to other inmates without them cleaning their clippers.

I have three (3) scars on my face from staph infection sores. CO1 Terry observed me exiting from the shower and seen the staph sore on my back and asked if I wanted it take of? I was relieved to have someone care, I immediately answered YES! They called the doctor (he did not come). But instructed the nurse to take a culture. The nurse prescribed bactrimsulfur and Motrin. The motrin caused me severe stomache pain and my ulcers started acting up again. So, I got my medication changed. On February 28, 2007 I saw the doctor and he renewed my profile. I told him that I have not been allowed to renew my profile and DOC does not honor the profile, and I have not been allowed to keep it 1/8" the whole time I've had the profile. They make me shave daily with no clipper guards or sanitary equipment.

(2)

The Department of Corrections violates their own rules and regulations by not following my profile, which is prescribed by a doctor and not providing 1/8" clipper guards. This has caused detrimental damage to Plaintiff's face, causing "staph infection" and defiance of explicit medical instructions, resulting in an obvious injuries, scarring of face and pain.

Further affiant sayinth not.

*Rodney Dean*
Rodney Dean
AIS #244759
Ventress Correctional FAcility
P.O. Box 767
Clayton, AL  36016-0767

**NOTARY BLOCK**

Subscribed and sworn to before me this
19th day of April, 2007.

*Carolyn R. Abercrombie*
Notary Public
My Commission Expires August 18, 2007
Comm. Exp. Date

(3)

Rodney Dean, A.I.S #244759 Dorm F151A
Ventress Correction Facility
P.O. Box 767
Clayton, AL 36016-0767

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALABAMA DEPARTMENT OF
CORRECTIONS IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION

Office of the Clerk
United States District
P.O. Box 711
Montgomery, AL 36