Case Number
2:07 CV 342 -WKW
ID    YR    NUMBER
(To be completed by Court Clerk.)

RECEIVED
2007 APR 23 A 10: 12

# IN FORMA PAUPERIS DECLARATION

IN The United STATES DISTRICT COURT
for The middle District of Alabama
Northern Division

DRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

[Insert appropriate court]

Rodney C. Dean
(Petitioner)

vs.

Warden J.C. Giles et, Al
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Rodney C. Dean__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ____    No _X_
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   __JAN. 2002    600.00 mo.__

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession, or other form of self-employment?

      Yes ____        No _X_

   b. Rent payments, interest, or dividends?

      Yes ____        No _X_

   c. Pensions, annuities, or life insurance payments?

      Yes ____        No _X_

   d. Gifts or inheritances?

      Yes ____        No _X_

   e. Any other sources?

      Yes _X_         No ____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Approximately $100.00 Mo.

3. Do you own case, or do you have money in a checking or savings account?

   Yes _____   No  X
   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____   No  X

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Execute on   3-17-07
                  (Date)

                                    Rodney Dean 244759
                                    Signature of Petitioner

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ 54.61 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said  Ventress Correctional Facility (state)  institution.

Ventress Correctional Facility
P.O. Box 767    Computed monthly balances
Clayton, AL 36016-0767   attached.

4/2/07
Date
                                    Authorized Officer of Institution

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


AIS #: 244759      NAME: DEAN, RODNEY CECIL          AS OF: 04/02/2007

                  # OF      AVG DAILY      MONTHLY
        MONTH     DAYS      BALANCE        DEPOSITS
--------------------------------------------------------------------

        APR       28        $13.14         $150.00
        MAY       31        $13.48         $100.00
        JUN       30        $11.15          $75.00
        JUL       31        $21.10         $140.00
        AUG       31        $18.95         $100.00
        SEP       30        $36.65         $125.00
        OCT       31        $47.09          $60.00
        NOV       30        $38.75          $90.00
        DEC       31        $12.68           $0.00
        JAN       31        $16.32         $100.00
        FEB       28        $58.77         $150.00
        MAR       31        $38.90         $100.00
        APR        2        $54.61           $0.00
```