IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY C. DEAN, #244759, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-342-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on the plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. # 2). For the reasons given below, the motion is due to be denied.

The plaintiff alleges various civil rights violations resulting in fairly serious injuries to his health. He primarily alleges that he has developed staph infections caused by the prison's failure to provide adequate medical care, hot water, compliance with shaving profiles, and sanitary conditions. He seeks a temporary restraining order and preliminary injunctive relief.

"The preliminary injunction is an extraordinary and drastic remedy not to be granted unless the movant 'clearly carries the burden of persuasion' as to the four prerequisites. *United States v. Jefferson County*, 720 F.2d 1511, 1519 (11th Cir. 1983) (citation omitted). A party requesting preliminary injunctive relief must show: (1) a substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction is issued; (3) the threatened injury to the movant outweighs whatever damage the injunction may cause the nonmovant; and (4) the injunction would not be adverse to the public interest. *McDonald's Corp. v. Robertson,* 147 F.3d 1301, 1306 (11th Cir. 1998) (citations omitted).

By requesting a temporary restraining order, the plaintiff is alleging the possibility that irreparable injury will occur before the hearing for a preliminary injunction. A temporary restraining order is available "[o]nly if it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition." Fed. R. Civ. P. 65(b).

The court finds that the plaintiff fails to demonstrate that an immediate and irreparable injury will occur before a hearing on the preliminary injunction can be held. It appears that the conditions about which the plaintiff complains have existed for at least several months and that the alleged resulting injuries have either subsided or will not result in irreparable injury before a hearing can be held. Accordingly, it is ORDERED that, to the extent the instant motion seeks a temporary restraining order, the motion (Doc. # 2) is DENIED.

It is further ORDERED that this case is referred to the Magistrate Judge for prompt consideration of the motion for preliminary injunction and the motion to proceed in forma pauperis.

DONE this 23rd day of April, 2007.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE