IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODNEY C. DEAN, #244759,                )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        CASE NO. 2:07-cv-342-WKW
                                        )
DEPARTMENT OF CORRECTIONS, et al.,      )
                                        )
            Defendant.                  )

**O R D E R**

The Magistrate Judge filed a Recommendation in this case to which no timely objections

have been filed.  Upon an independent review of the file in this case and upon consideration of the

Recommendation of the Magistrate Judge, it is ORDERED that

1.    The Recommendation (Doc. # 5) is ADOPTED;

2.    The plaintiff's motion for preliminary injunction (Doc. # 2) is DENIED; and

3.    This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 16th day of May, 2007.

            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE