Dean

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Pietra Gurie_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  /Huth a Guice/

C. Date of Delivery  5-21-07

1. Article Addressed to:

Sgt. Longmire
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:07cv342-WKW (Cmplx/order anydue 6/25/07)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 2556 6575

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540