**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Rodney Dean,
   Petitioner,        )   CIVIL ACTION NO:
V.                                )   2:07 CV-00342-WKW TFM
Alabama Dept of Corrections,      )
   Respondents.         )

Motion For Enlargement of Time
To File Objection to Magistrate
Reccomendation

Comes Now the Petitioner Rodney Dean in the Above Styled Cause and requests an enlargement to file an Objection to the Magistrate Reccomendation. In Support of the Same petitioner states the following:

1) Petitioner recieved the magistrate Reccomendation on 5-17-07 and it was After 7:00pm in which the institution law library was closed, and therefore the petitioner had to wait to respond on the objection to wit the following day the 18th, in which there was not enough time before the law library closed for (3) days and gave the petitioner time to meet the deadline to respond on the 21st. Petitioner requests An Additional (14) days to respond to the magistrate reccomendation.

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

## Certificate of Service

I, Rodney Dean do hereby certify that I have on this the 19th day of May 2007 filed and Served a copy of my motion for an extension of time to the magistrate Reecomendation on the Clerk, Debra Hackett, and the Alabama Attorney General Troy King, by placing a copy of the same in the institutional mail postage prepaid in the Ventress Correctional Facility.

Rodney Dean #244759
V.C.F.   F151A
P.O. Box 767
Clayton Al 36016