IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RODNEY C. DEAN, #244 759            *

    Plaintiff,            *

v.            *            2:07-CV-342-WKW

DEPARTMENT OF CORRECTIONS,            *
*et al*.,
    Defendants.            *

_____

**ORDER ON MOTION**

Plaintiff requests an extension of time to file objections to the Recommendation of the Magistrate Judge filed on May 17, 2007. Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 11) is GRANTED;

2. Plaintiff is GRANTED an extension from May 21, 2007 to June 5, 2007 to file his objections.

Done, this 23rd day of May 2007.

           /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE