**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Autra Guice_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Autra Guice    5-24-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

J. C. Giles, Warden
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

2:07cv342-WKW (Cmp/order answer due 6/25/07)

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2556 6551

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540