IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODNEY C. DEAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07-cv-342-WKW-TFM |
| **J. C. GILES, ET AL.** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME**

COME NOW Defendants J.C Giles, Richard Allen and Carolyn Longmire by and through the Attorney General for the State of Alabama, the Honorable Troy King, and hereby move for a twenty-one (21) day extension of time in which to file their Answer and Special Report and for grounds state as follows:

1. The undersigned has encountered some delay in securing affidavits and other material necessary to adequately respond to Plaintiff's complaint.

2. The undersigned requires additional time in order to prepare a response.

3. No party will be prejudiced by the granting of this request.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ *Bettie J. Carmack*
    Bettie J. Carmack
    ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 22nd day of June, 2007 electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Rodney Dean, AIS 244759
Loxley Work Release Center
PO Box 1030
Loxley, AL 36551-1030

/s/ *Bettie J. Carmack*
Bettie J. Carmack

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)