IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| RODNEY C. DEAN, #244 759 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-342-WKW |
| WARDEN J.C. GILES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 18) is GRANTED; and

2. Defendants are GRANTED an extension from June 25, 2007 to July 16, 2007 to file their answer and written report.

Done, this 25th day of June 2007.

                                          /s/ Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE