IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RODNEY C. DEAN (AIS# 244759), | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO. 2:07-CV-342-WKW |
| | * |
| DEPARTMENT OF CORRECTIONS; | * |
| WARDEN J. C. GILES; COMMISSIONER | * |
| RICHARD ALLEN; PRISION HEALTH | * |
| SERVICES; R.N. B. LUKE; SGT. LONGMIRE, | * |
| | * |
| Defendants. | * |

### DEFENDANTS' MOTION TO EXTEND TIME
### TO FILE SPECIAL REPORT AND ANSWER

COMES NOW the Defendant, Prison Health Services, Inc., by and through counsel, and respectfully requests that this Honorable Court extend the time period which the Defendant has to file its Answer and Special Report in this action by thirty (30) days, up to and including July 25, 2007. As grounds for this Motion, Defendant shows to the Court as follows:

1.   A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2.   On or about May 21, 2007, counsel for the Defendant received a copy of the Dean case and this Court's previously entered Order requiring the Defendant to file a Special Report and Answer on or before June 25, 2007. The Defendant is in the process of assembling the appropriate medical records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, the Defendant respectfully requests an extension within which to file its Special Report and Answer, said Special Report and Answer to be filed on or before July 25, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 25th day of June, 2007, to:

Mr. Rodney C. Dean (AIS # 244759)
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Bettie J. Carmack, Esq.
Assistant Attorney General
Office of the Attorney General
11 Union Street
Montgomery, AL  36130

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc.