IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODNEY C. DEAN,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-342-WKW-TFM |
| **J. C. GILES, ET AL.** | ) |
| Defendants. | ) |

**MOTION FOR AN ADDITIONAL EXTENSION OF TIME**

COME NOW the Defendants J.C Giles, Richard Allen and Carolyn Longmire by and through the Assistant Attorney General for the State of Alabama, Bettie J. Carmack, and hereby moves this Court for an additional twenty-one (21) day extension of time in which to file their Answer and Special Report and for grounds state as follows:

1. The defendants have mailed all needed information to the defense counsel, yet the information has not been received by defense counsel.

2. Defense counsel needs additional time to secure the information relevant to the case.

3. No party will be prejudiced by the granting of this request.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ *Bettie J. Carmack*
    Bettie J. Carmack
    ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of July, 2007 electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

**Rodney Dean, AIS 244759**
**Ventress Correctional Facility**
P. O. Box 767
Clayton, AL  36016-0767

/s/ *Bettie J. Carmack*
Bettie J. Carmack

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)