IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| RODNEY C. DEAN, #244 759 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-342-WKW |
| WARDEN J.C. GILES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the Alabama Department of Corrections Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 24) is GRANTED; and

2. The ADOC Defendants are GRANTED an extension from July 16, 2007 to August 6, 2007 to file their answer and written report.

Done, this 16th day of July 2007.

                                                            /s/ Terry F. Moorer
                                                            TERRY F. MOORER
                                                             UNITED STATES MAGISTRATE JUDGE