# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| RODNEY C. DEAN, AIS #244759 ) ) **Plaintiff,** ) ) v. ) ) ) WARDEN J.C. GILES, ) RICHARD ALLEN, ) NURSE LUKE, and ) SERGEANT LONGMIRE, ) ) **Defendants.** ) | Civil Action No.: **2:07-cv-342-WKW** |

## ANSWER

**COME NOW**, the defendants, *Warden Giles, Richard Allen,* and *Sergeant Longmire*, by and through Assistant Attorney General Bettie J. Carmack, and, in answer to the Plaintiffs' complaint, state as follows:

1. The defendants deny each and every material allegation of the plaintiff's complaint and demands proof of the same.

2. The defendants deny that any of the plaintiff's constitutional rights have been violated.

### DEFENSES and AFFIRMATIVE DEFENSES

A. The defendants contend that the plaintiff has failed to state a cause of action against them.

B. The defendants did not violate the plaintiff's civil rights, or any federal or state laws or regulations.

    C.    The defendants are entitled to qualified, state-agent, and good faith immunity for the allegations in the plaintiff's complaint.

    D.    The defendants are entitled to absolute immunity for the claims against them in their official capacity.

Respectfully Submitted,

Troy King, Attorney General
By:

/s/ BETTIE J. CARMACK
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this **25th** day of **July**, **2007**, served copies of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Inmate Rodney Dean**
**AIS # 244759**
**Ventress Correctional Facility**
**P. O. Box 767**
**Clayton, AL  36106**

/s/ *Bettie J. Carmack*
Bettie J. Carmack
Assistant Attorney General