# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **RODNEY C. DEAN, AIS #244759** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **2:07-cv-342-WKW** |
| | ) | |
| **WARDEN J.C. GILES,** | ) | |
| **RICHARD ALLEN,** | ) | |
| **NURSE LUKE, and** | ) | |
| **SERGEANT LONGMIRE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SPECIAL REPORT

**COMES NOW**, the defendants, **J.C. Giles, Richard Allen, and Sergeant Longmire**, by and through *Bettie J. Carmack* of the Attorney General's Office, and hereby files their special report in the above stated cause of action:

## SPECIAL REPORT

### *Parties*

1.  **RODNEY C. DEAN** (Plaintiff) – An inmate who pleaded guilty to failure to register as a sex offender and trafficking of marijuana, currently housed at Ventress Correctional Facility, which is located at P.O. Box 767 Clayton, AL 36016-0767. (Exhibits **F**, **G**, and **H**)

2.    **RICHARD ALLEN** (Defendant) – The Alabama Department of Corrections (ADOC) prison commissioner.

3.    **SERGEANT LONGMIRE** (Defendant) – a Correctional Sergeant currently employed with the ADOC and whose work location is the Ventress Correctional Facility located in Clayton, Alabama.

### *Exhibits*

1.    Exhibit A –  Amended affidavit of Carolyn Longmire

2.    Exhibit B –  Inmate Dean's relevant medical records

2.    Exhibit C – Amended affidavit of Warden Giles

3.    Exhibit D – Article: MSRA Rising: Who's at Risk?

4.    Exhibit E – Affidavit of Warden Giles

5.    Exhibit F – Inmate Dean's Case Disposition Record

6.    Exhibit G – Inmate Dean's Case Disposition Record

7.    Exhibit H – Inmate Dean's Case Disposition Record

### *Plaintiff's Claims*

Inmate Dean has made the following allegations against prison officials:

➢ The prison's refusal to allow him to have a beard has resulted in his acquiring staph infections and is religious discrimination.

➢ Sergeant Longmire allegedly allowed hair to be cut near the "chow hall" on "potato salad" and "french fry" day and the hair is blowing onto the inmates' food.

➢ The prison does not provide enough hot water to inmates.

### ARGUMENT

I.    *Commissioner Richard Allen is due to be dismissed from the lawsuit because there can not be a claim of vicarious liability in § 1983 cases.*

There have been no direct allegations against Richard Allen. Allen appears to have been named as a defendant in the lawsuit because he holds the position of prison commissioner. Richard Allen is due to be dismissed from the lawsuit because supervisory officials cannot be held liable in § 1983 actions. Ford v. Deloach, No. Civ. A. 03-B-0110-N, 2005 WL 1243346, at *3 (M.D. Ala. May 25, 2005)("It is clear that Defendants Riley and Campbell are designated defendants solely on account of their ultimate supervisory roles respectively as head of state government and head of the department which oversees state prisons. The law is well settled that

supervisory officials cannot be held liable in an action brought pursuant to 42 U.S.C. § 1983 under the theory of respondeat superior or vicarious liability.").

To recover from Richard Allen, Inmate Dean would have to show that Richard Allen is "liable either through [his] personal participation in the acts comprising the alleged constitutional violation or the existence of a causal connection linking [his] actions to the violation." *See id*. Although Inmate Dean has attempted to claim that his constitutional rights have somehow been violated, he has failed to demonstrate how Richard Allen contributed to the alleged violations of his constitutional rights. As a result, Richard Allen is due to be dismissed from the lawsuit. *See* <u>Ford v. Deloach</u>, 2005 WL 1243346, at *4 ("[E]ven if [the plaintiff] could cure his deficient showing to maintain his action against the Governor and Corrections Commissioner, the claims against them would warrant dismissal since they are grounded solely on vicarious liability.")

II.    *Inmate Dean's claim that the prison has denied him the right to wear a beard is without merit.*

Inmate Dean contends that prison officials refuse to allow him to wear a "1/8 inch" beard and that the refusal to allow him to have a beard has resulted in him having staph infections and constitutes religious discrimination.

According to Correctional Sergeant Carolyn Longmire, all inmate "shaving profiles" are honored. (Exhibit **A**)   In this case, Inmate Dean's medical records indicate that he has a shaving profile and is allowed to keep facial hair up to 1/8 inches long. (Exhibit **B**)  Inmate Dean also contends that he is being forced to shave his beard with shavers that have no clipper guards.  Sergeant Longmire has stated that: "When inmates are observed with excessive amounts of hair on their faces, at the chow hall or anywhere else, they are ordered to shave with a razor staff or with clippers if they have a valid shaving profile.  The institution provides shaving clippers, Barbasol cream and clipper guards for the clippers." (Exhibit **A**, pg. 2)  In this case, if Inmate Dean was asked to shave his beard, it was because he was not in compliance with his 1/8 inch "shaving profile" and would be ordered to shave the beard with clipper guards. (Exhibit **A**, pg . 2)

Furthermore, Inmate Dean's claim that he is being discriminated against because of his beard is due to be dismissed.  Inmate Dean does not

specifically state how his constitutional rights have been violated because of his beard.  As a result, Inmate Dean's claim is vague and conclusory and due to be dismissed. *See* <u>Fullman v. Graddick</u>, 739 F. 2d 553, 556-57 (11th Cir. 1984)(finding that vague and conclusory claims are subject to dismissal).

III.     *Inmate Dean's contention that staph infections are running rampant in the prison is without merit and due to be dismissed.*

Inmate Dean contends that he has acquired staph infections due to shaving, lack of bleach in the laundered items, and a lack of hot water. It would seem that Inmate Dean's contention is that prison conditions have exposed him to staph infections and, this exposure, constitutes cruel and unusual punishment.

"The Eighth Amendment . . . prohibits conditions of confinement that involve the wanton and unnecessary infliction of pain . . . The Amendment[, however,] only prohibits those conditions that deny the 'minimal civilized measure of life's necessities.'" <u>Patterson v. Campbell</u>, No. 305CV443-S, 2006 WL 517607, at *3 (W.D. Ky. Feb. 28, 2006) *quoting* <u>Rhodes v. Chapman</u>, 452 U.S. 337, 347-348 (1981).  Conditions that may evidence the denial of minimal life's necessities due to prison overcrowding, include: deprivations of essential food, medical care, or sanitation and an increase in violence.  *See* <u>Rhodes v. Chapman</u>, 452 U.S. at 347-348.  Conditions,

however, that are just "restrictive and even harsh, . . . are part of the penalty that criminal offenders pay for their offenses to society." *See id*., at 347.

A.    Staph infections

Inmate Dean contends that staph infections are running rampant in D-Dorm.  According to Warden J. C. Giles, Inmate Dean's contention is without merit.  According to Warden Giles, if an inmate is diagnosed with a staph infection, he is separated from the other inmates until he is no longer contagious. (Exhibit **C**)  Thus, staph infections could not be running rampant in D-dorm. Even if, arguendo, staph infection were running rampant in D-dorm, Inmate Dean's claim would still not be actionable because he has failed to show that prison officials were deliberately indifferent to his medical needs as it related to the staph infections.

"The Supreme Court has held that prison official's 'deliberate indifference to [the] serious medical needs of [a] prisoner [ ] constitutes the unnecessary and wanton infliction of pain . . . proscribed by the Eighth Amendment.'" <u>Kelley v. Hicks</u>, 400 F. 3d at 1284 *quoting* <u>Estelle v. Gamble</u>, 429 U.S. 97, 104 (1976).  Deliberate indifference to an inmate's serious medical needs violates the Eighth Amendment's prohibition against cruel and unusual punishment. *See* <u>Estelle v. Gamble</u>, 429, U.S. at 97.  "To show that a prison official acted with deliberate indifference to serious

medical needs, a plaintiff must satisfy both an objective and subjective inquiry. First, a plaintiff must set forth evidence of an objectively serious medical need. Second, a plaintiff must prove that the prison official acted with deliberate indifference to that need." <u>Kelley v. Hicks</u>, 400 F. 3d at 1284.

"In our circuit, a serious medical need is considered 'one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention.'" <u>Farrow v. Dr. West, et al</u>., 320 F. 3d 1235, 1243 (11th Cir. 2003). "[T]he medical need must be 'one that, if left unattended, poses a substantial risk of serious harm.'" Inmate Dean seems to contend that his staph infection was serious because it left scars on it face. (Inmate Dean's complaint, attachment pg. 2) It, however, is questionable whether Inmate Dean's staph infection constituted a serious medical need. *See* <u>Beamon v. Georgia</u>, 2007 WL 842053, at *2 (S.D. Georgia Mar. 15, 2007)("With regard to the bump which developed on the Plaintiff's face, it is questionable whether Plaintiff has presented an objectively serious medical need. . .") Even if a staph infection were considered a serious medical need, Inmate Dean has failed to show that prison officials were deliberately indifferent to his serious medical need.

"[S]tudies show [that staph infections] are endemic to an incarcerated population." Dixon v. Arpaio, 2007 WL 1577911, at *4 (D. Ariz. May 31, 2007).  In fact, one of the risk factors for acquiring a staph infection is living in a crowded setting. (Exhibit **D**)  Because Inmate Dean lives in a crowded prison environment there was always the risk that he could acquire a staph infection.   When Inmate Dean acquired his staph infection, he was immediately treated. (Exhibit **B**) As a result, Inmate Dean's claim is due to be dismissed because he has failed to show that prison officials were deliberately indifferent to his serious medical needs.  *See* Dixon v. Arpaio, 2007 WL at *4 ("W]hen Plaintiff contracted the staph infections, which studies show are endemic to an incarcerated population, he was immediately treated with antibiotics and wound care.  Thus, Defendants' administration of proper medical care to Plaintiff demonstrates conclusively that they did not disregard an excessive risk to Plaintiff's health. . . Defendants' Motion for Summary Judgment will therefore be **GRANTED**.)(emphasis in the original); (Exhibit **B**)

Furthermore, it would seem that Inmate Dean is just upset at the way medical personnel treated the staph infections.  A difference in the course of medical treatment does not support a claim for cruel and unusual punishment. *See* Beamon v. Georgia, 2007 WL 842053, at *3 ("[T]he fact

that Plaintiff may dispute the medical staff's course of treatment does not

support a claim of cruel and unusual punishment based upon deliberate

indifference to a serious medical need."); <u>Cluke v. Bowles</u>, 2004 WL

2002247, at *4 (N.D. Tex. Sept. 7, 2004)("A disagreement of opinion as to

the correct medication and/or medical treatment does not constitute an

actionable civil rights claim . . .").

B.    Unbleached items

Inmate Dean contends that bleach is not used on laundered items and,

as a result, this has caused an increase in staph infections.  Inmate Dean's

contention is without merit.  According to Warden Giles, the laundry is

operated by standards "set by the Department of Corrections with an

emphasis on proper sanitation." (Exhibit **E**)  According to the laundry

manager, "bleach is used on all clothes and the temperature of the water is in

compliance with state sanitation standards." (Exhibit **A**)

C.    Lack of hot water

Inmate Dean contends that a lack of hot water has contributed to a

spread of staph infections.  Inmate Dean's contention is without merit.

According to Warden Giles, there has not been a problem with the hot water

in D-Dorm. (Exhibit **C**)  This statement is further supported by Inmate Dean

who stated in his complaint, "I managed to clean up the staph on my face by

putting hot clothes [on my face] several times a day." (Inmate Dean's complaint, attachment pg. 1)  If there was no hot water in the dorm, Inmate Dean would not have been able to heal his staph infection with hot water, as he claimed.

IV.    *Inmate Dean's contention that prison officials are allowing hair to be blown into the chow hall is without merit.*

Inmate Dean contends that hair is blowing into the chow hall when barbers cut hair at the prison.  According to Warden Giles and Sergeant Longmire, barbers are not stationed near the chow hall. (Exhibit **A** and **C**)  If the barbers are not near the chow hall, it is unlikely that the hair would blow into the chow hall.  Furthermore, this claim is due to be dismissed because it is vague and conclusory. Inmate Dean does not specify how his constitutional rights were violated by hair blowing into the chow hall.  As a result, Inmate Dean's claim is vague and conclusory and due to be dismissed. *See* Fullman v. Graddick, 739 F. 2d 553, 556-57 (11th Cir. 1984)(finding that vague and conclusory claims are subject to dismissal).

## **CONCLUSION**

Based on the foregoing, the Defendants respectfully request that this Honorable Court dismiss the above stated action.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ *Bettie J. Carmack*
Bettie J. Carmack
Assistant Attorney General
Civil Litigation Division
11 South Union Street
Montgomery, AL 36130
(334) 353-5305
Fax: (334) 242-2433

## CERTIFICATE OF SERVICE

This is to certify that I have on this 25th day of **July**, **2007**, served

copies of the foregoing pleading upon the plaintiff by depositing same in the

United States Mail, addressed as follows:

**Inmate Rodney Dean**
**AIS # 244759**
**Ventress Correctional Facility**
**P. O. Box 767**
**Clayton, AL  36106**

/s/ *Bettie J. Carmack*
Bettie J. Carmack
Assistant Attorney General



EXHIBIT
A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Rodney C. Dean, #244759           )
                                  )
        Plaintiff                 )
                                  )
vs.                               )  CIVIL ACTION NO. 2:07-CV-342-WKW
                                  )
Department of Corrections         )
Warden J. C. Giles, Comm.         )
Richard Allen, et. al.,           )

## A M E N D E D   A F F I D A V I T

Before me the undersigned authority, a Notary Public in and for said

County and State of Alabama at Large, personally appeared one Carolyn

Longmire, who being known to me and being by me first duly sworn, deposes

and says on oath as follows:

My name is Carolyn Longmire, and I am presently employed as a

Correctional Sergeant, with the Alabama Department of Corrections at the

Ventress Correctional Facility in Clayton, Alabama.  I am over the age of twenty-

one (21).

In his complaint served on me on May 24, 2007, inmate Rodney C. Dean

#244759 alleges that the ADOC does not honor his shaving profile by allowing

him to keep his beard at 1/8 inch.  He further alleges that when he goes to chow

and an officer sees his beard or even if it looks like he hasn't shaved, they send

him to the shift commander's office for a clipper shave.  He also alleges that the

clippers have no guards.

Page 2
Carolyn Longmire Affidavit

His ground two allegation is that the ADOC is discriminating against his religion by making him keep his hair shaved. He alleges that when inmates go to the chow hall to eat they are cutting hair in front of the chow hall and windy day's the hair blows up in the chow hall.

Shaving profiles are always honored for inmates that possess a valid profile at Ventress Correctional Facility. When inmates are observed with excessive amounts of hair on their faces, at the chow hall or anywhere else, they are ordered to shave with a razor staff or with clippers if they have a valid shaving profile. The institution provides shaving clippers, Barbasol cream and clipper guards for the clippers.

If the inmates beard is over 1/8 of an inch long they are ordered to get in compliance with the profile. When cutting hair at the kitchen the barbers are not stationed near the entrance doors.

If inmate Rodney C. Dean, #244759 was told to shave it was because he was not in compliance.

In further response to inmate Dean's allegations that no bleach is used to wash inmate's clothes. In checking with the Laundry Manager, she advised that bleach **is** used on all clothes and the temperature of the water is in compliance with state sanitation standards.

Inmate Dean's allegations that the staph infections are somehow connected to the laundry, I can not say because I am not in the medical field; I am in security.

Page 3
Affidavit – Carolyn Longmire

The above-related facts are the entirety of my involvement with inmate Dean

regarding these allegations.  I deny that I have violated any of his constitutional

rights.

_Carolyn Longmire_ *7-10-07*
Carolyn Longmire                Date

State of Alabama  )

Barbour County    )

Sworn to and subscribed before me this _10th_ day of July, 2007.

_Reba J Currie_
Notary Public

My Commission Expires: _9-8-08_

EXHIBIT

B

PENGAD 800-631-6989

AFFIDAVIT

STATE OF ALABAMA

I, _Debra Marshall_, HEREBY CERTIFY AND AFFIRM THAT I AM _medical Records Clerk_, AT FOUNTAIN CORRECTIONAL CENTER: THAT I AM CUSTODIAN OF INMATE MEDICAL RECORDS AT THIS INSTITUTION: THAT THE ATTACHED DOCUMENTS ARE TRUE, EXACT, AND CORRECT PHOTOCOPIES OF DOCUMENTS FROM _2-3-06_ TO _6-6-07_. THEY ARE MAINTAINED HERE IN THE INSTITUTIONAL MEDICAL FILE OF ONE _Rodney Dean_ AIS# _244759_; AND THAT I AM OVER THE AGE OF TWENTY-ONE YEARS AND AM COMPETENT TO TESTIFY TO THE AFORESAID DOCUMENTS ANF MATTERS STATED THEREIN.

I FUTHER CERTIFY AND AFFIRM THAT SAID DOCUMENTS ARE MAINTAINED IN THE USUAL AND ORDINARY COURSE OF BUSINESS AT THE FOUNTAIN CORRECTIONAL CENTER; AND THAT SAID DOCUMENTS (AND THE ENTRIES THEREIN) WERE MADE AT, OR REASONABLE NEAR, THE TIME THAT BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF SUCH ACTS, EVENTS AND TRANSACTIONS REFERRED TO THEREIN ARE SAID TO HAVE OCCURRED.

THIS , I DO CERTIFY AND AFFIRM TO IN THIS THE _22nd_ DAY OF _June_, 20 _08_.

_Debra Marshall_

SWORN TO AND SUBSCRIBED BEFORE ME THIS _22nd_ DAY OF _June_, 20 _08_.

_William R. _____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
_June 30, 2008_



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/58

ALLERGIES: NKDA

Use Last     Date 4/10/06

DIAGNOSIS (If Chg'd)  Admit eee / CopD
1) Albuterol 60mg p.o Bid x 2 wks
2) CTM to 8mg p.o QD x 2wks.
3) Proventil Inhaler 2 puffs Q4H PRN ① 6mo
4) Humibid 600mg p.o Bid x 30d —
5) Hepatitis profile - HCV-AB-

noted 4/10/06 k

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55

ALLERGIES: NKDA

Use Fourth   Date 3/21/06

Noted 3/21/06
J apply LPN

DIAGNOSIS (If Chg'd)
Mucinex 600mg PO BID x 7days
Tylenol 1000mg PO BID x 3days
CTM 8mg PO BID x 7days
Sudafed 60mg PO BID x 7days
Erythromycin 800mg PO TID x 7days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED   /o Rayaputi /J apply LPN

---

NAME: Dean, Rodney
244759

D.O.B.   /   /

ALLERGIES:   NKDA

Use Third    Date 3/6/06

3/6/06
1005A
noted
nurse

DIAGNOSIS (If Chg'd)
① Tylenol 650 mg p.o. BID x 14d PRN

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/55

ALLERGIES:   NKDA

Use Second   Date 2/24/06

DIAGNOSIS (If Chg'd)
① Bactrim DS ī p.o. BID x 7d (start Pₛ un; c & s)
② Tylenol 650 mg p.o. BID x 7d PRN
③ UA ; c & s   (today please) 2mo
④ F/u OPC ī wk

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/55

ALLERGIES: NKDA

Use First    Date 2/24/06

noted
2/24/06
105

DIAGNOSIS
CHO/CMP, EKG, RSA, CXR
Eye Clinic Referral
MH-Referral S/AT done
BHoga CNP / Keller

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Dean, Rodney LWR #244759 <br> D.O.B. 2/13/55 <br> ALLERGIES: NKA <br> Use Last    Date 6/6/07 | DIAGNOSIS (If Chg'd) Psy consult - (Patient is in SAP program - Hx of - Depression - Please CCC - asthma (evaluate stability) Hx. Drug abuse - <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Dean, Rodney LWR - #244759 <br> D.O.B. 2/13/55 <br> ALLERGIES: NKA <br> Use Fourth    Date 6/6/07 | DIAGNOSIS (If Chg'd) Psy Consult (To determine stability - CC/e - asthma - <br> ☑ GENERIC SUBSTITUTION IS NOT PERMITTED Harvey, AP |
| NAME: Dean, Rodney #244759 <br> D.O.B. 2/13/55 <br> ALLERGIES: NKA <br> Use Third    Date 6/4/07 | DIAGNOSIS (If Chg'd) 5) O standing 7 thru 15min x90days <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Dean, Rodney #244759 <br> D.O.B. 2/13/55 <br> ALLERGIES: NKA <br> Use Second    Date 6/2/07 | DIAGNOSIS (If Chg'd) ① change shoe pass x90d ② ② NB (?) ③ Percogesic 4/8 2 per PO pain x90 day ④ Zantac 150mg BID x 90 days <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Dean, Rodney #244759 <br> D.O.B. 2/13/55 <br> ALLERGIES: NKA <br> Use First    Date 5/3/07 | DIAGNOSIS Flexeril 10 mg at 4/m pill call QDay x 10 days Bengay topical oint BID x1month <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED Harvey, AP |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHYSICIANS' ORDERS**

---

NAME: Dean, Rodney
#244759

D.O.B. 2 / 13 / 55

ALLERGIES: No NSAIDS

Use Last    Date 4/19/07

DIAGNOSIS (If Chg'd) X-ray (R) shoulder

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55

ALLERGIES: NO NSAIDS

Use Fourth    Date 2/28/07

DIAGNOSIS (If Chg'd)  F/U slight L back:
① Chlorpr. Show Hcl x 90 days
② Baclofen DS BID x 100 days
③ Rofoxgen 300mg BID x 100 days
④ Rev Seco 7 WL
⑤ X-ray thorax spine

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55

ALLERGIES: NSAIDS

Use Third    Date 9/27/06

DIAGNOSIS (If Chg'd)
① Weights Weekly x 12 Wk
② Ctr 4mg po BID pm X90g

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/55

ALLERGIES: NKA

Use Second    Date 9/5/06

DIAGNOSIS (If Chg'd)
① mark Chart NO NSAID
② ROI for Mr. Burgeon and
  to water
  regarding BACK

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: DEAN, RodNEY
224759

D.O.B. 2/13/55

ALLERGIES: NKa

Use First    Date 8/24/06

DIAGNOSIS
D/C Motrin
Maalox x 15cc po bid x 10d.
Zantac 1 tab po bid x 10d.
Md Dr Pleasant / Jedisk N

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

(4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

---

NAME: Dean, Rodney

244759

D.O.B. 2/13/55
ALLERGIES: NKA

Noted
B-Liku RN
8-19-06
2230

Use Last    Date 8/19/06

DIAGNOSIS (If Chg'd)

~~Motrin 800~~ DR po Bid X 10 days
~~Robaxin~~ 300 tab po Bid X 10 days
Motrin 600mg po tid PRN X 15 days
Schedule to see MD in 2 weeks
T.O. Dr Peasant / B. Liku RN

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: DEAN RODNEY

244759

D.O.B. 2/13/55
ALLERGIES: N.K.A.

Noted
8/18/06
5:00 P

Use Fourth    Date 7/19/06

DIAGNOSIS (If Chg'd)

~~Valium~~ ~~drug item~~

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: DEAN, RODNEY

244759

D.O.B. 2/13/55
ALLERGIES: NKDA

Noted
per
catania RN
6-1-06

Use Third    Date 6/1/06

DIAGNOSIS (If Chg'd)

D/c Prozac
Δ Pamelor 50 mg. po q 9:00 pm till 6/7/06
then D/c Pamelor
Vistaril 50 mg. po q 9:00 pm till 6/7/06
then D/c Vistaril

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    SBanerjee, MD

---

NAME: Dean, Rodney

#244759

D.O.B. 2/13/55
ALLERGIES: NKA

Use Second    Date 6/1/06

DIAGNOSIS (If Chg'd)

① D/c Prozac
② Δ Pamelor 25 mg/po q 9:00 Pm 6/7/06,
③ then D/c Pamelor on 6/14/06
④ D/c Vistaril on 6/14/06
⑤ Pamelor 75 mg. po q 9:00 pm SBanerjee, MD

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Dean, Rodney

#244759

D.O.B. 2/13/55
ALLERGIES: NKDA

Use First    Date 4/28/06

DIAGNOSIS

Diet trouble portions x 90 d

Noted

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

0110 (4/03)

## MHM Correctional Services, Inc.



FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

### PHYSICIANS' ORDERS

NAME:

D.O.B.:     /     /

ALLERGIES:

Use Last        Date:     /     /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.:     /     /

ALLERGIES:

Use Fourth      Date:     /     /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.:     /     /

ALLERGIES:

Use Third       Date:     /     /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.:     /     /

ALLERGIES:

Use Second      Date:     /     /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Dean Rodney #244759

D.O.B.: 2/13/55

ALLERGIES: NKA

Use First       Date: 2/24/06

DIAGNOSIS  Major Depression

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Dean, Rodney 244755 | D.O.B.: 2/13/55 |
|---|---|---|

9-28-06  WT 148    T 97⁸    P 67    R 20    B/p 120/70

S- "CCC Pul"

Peak 300, 300, 360    (O₂ 97⁹⁰)

See ccc note 9/28/06

12/20/06    CCC

2/28/07    WT 149.5    P 90    T 96.8    B/p 100/80    R 20

③ 52 y/o c/o chronic back pain started 3 months ago.
In prison x 2 years, at Kelby x 1 month + here x 11 months. I feel like somebody beat me across my back with a stick. Sometimes I feel like my body collapse. I have a letter from my chiropractor + I have 2 more coming. I been seeing chiropractor last 25 years. Hurt my back lifting file cabinet in service in 12/1973

Ⓞ their esteem W/O NAD
walks on heels + toes c̄ difficulty
Bends + squats c̄ difficulty
lungs cl
Ht 5m gr.
Abd soft
Back — TTP thoracic spine



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Rodney Dean* _____ Date of Request: *5-29-07*
ID # *244759* _____ Date of Birth: *2-13-55* Location: _____
Nature of problem or request: ~~Need to update a Shaving Profile~~
*Pain still exist in upper shoulders + Neck.* _____
_____
_____

*Rodney Dean*
/Signature

### DO NOT WRITE BELOW THIS LINE

Date: *5/30/07* _____
Time: *11:30* (AM) PM
Allergies: *NSAID.*

| RECEIVED |
| --- |
| Date: *5-30-07* |
| Time: *8:10 a.m.* |
| Receiving Nurse Intials *T.S.* |

**(S)ubjective:**


**(O)bjective  (V/S): T:** ____ **P:** ____ **R:** ____ **BP:** ____ **WT:** ____

**(A)ssessment:** *See next tab*


**(P)lan:** *HCU monday - 6/4/07 @ 7am Jau MD*
*appt.*

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

*Allis R N*

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

**Nursing Evaluation Tool:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: *Dean*    *Rodney*
                                    First

Inmate Number: *344759*    Date of Birth: *2 / 13 / 55*
                                              MM   DD   YYYY

Date of Report: *5 / 30 / 07*    Time Seen: *11:30* AM / PM  Code: Occ
                 MM   DD   YYYY

_Subjective:_  Chief Complaint(s): *need to renew shaving profile*

Onset: *Serial 5/28/07*

Brief History: *Need to renew shaving profile and*
*still having pain in R upper shoulder*
*and neck.*

_Objective:_  Vital Signs: (As Indicated) T: *99*  P: *88*  RR: *18*  B/P: *100 / 60*

Examination Findings: *Wt 740. O₂ Sat 96% Consult will go*
*to Dr. Pleasant concerning Neck/shoulder*
*+ new Pain by ORNP.*

_Assessment: (Referral Status)_ Preliminary Determination(s): *Pt. in Comfort*

☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☒ Other: *Neck, shoulder + back.*

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): *Dr. W. Pleasant*  Date for referral: *6 / 4 / 07*
                                                                                    MM   DD   YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time *5/30/07*

X _signature_          Name: *J. Davis, RN*
   Nurses Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Rodney Dean_ _____ Date of Request: _2-22-07_
ID # _244759_ _____ Date of Birth: _2-13-55_ Location: _F151A_
Nature of problem or request: _lightheaded dizzy spells — Pain in Back_
_Below Shoulder Blades_
_~~This broke out with~~ ~~_____~~ from excessive shaving —_

_Rodney Dean_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 2/23/07 |
| Time: 8.30 |
| Receiving ~~Nurse~~ ~~Intials~~ D S |

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**   _William Sigward_

**(P)lan:**

Refer to:   MD/PA  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | Ventress | ☐ SICK CALL | ☐ EMERGENCY |
|---|---|---|---|---|---|
| 8 /19/ 06 | 2200 ☐ AM / 2215 ☒ PM | ☐ SIR ☐ PDL ☐ ESCAPEE | | | ☒ OUTPATIENT |

ALLERGIES **NKA**

CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP **98²** (ORAL) / RECTAL    RESP. **20**    PULSE **80**    B/P **98/70**    RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|---|

S - I felt a sore spot on my back yesterday. Then it turned into a bump. I put Benzoyl Peroxide on it but, it swelled up real big & it hurts. I have the Benzoyl for my face.

O - Gr. ambulated to NCU. A & O X 3. Skin W/D. 5cm indurated area to left lower back, 1cm opening to center. Surrounded by 10cm redness. Able to expell small amt thick red & yellow secretions.

PHYSICAL EXAMINATION
one obtained. Pain @ site of abscess only. Denied N/V, fever or chills. No red streaks, no odor, no increased warmth. tender to touch & red. Cleaned c̄ H2O2 & covered c̄ gauze & tape.
A - Impaired Skin Integrity.
P - Report to MD c/o & assessment. Orders received & given as ordered. Instructed hand washing before & p̄ touching area. Keep covered while open.



PROFILE RIGHT OR LEFT

left abscess

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Bactrim DS ī po BID X10d | 2215 | BL |
| Rifampin 300mg ī po BID X10d | 2215 | BL |
| Motrin 600mg po tid PRN X5d | 2215 | BL |
| Drsg. D/c @ fx call X7d | — | BL |
| F/U appt. in 2 wks. - scheduled 9/04 | | BL |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return to NCU if condition worsens & for drsg. D/c. Pill call times. F/U MD appt.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 8 /19/ 06 | 2230 ☐ AM | ☒ DOC ☐ AMBULENCE ☐ | ☒ SATISFACTORY ☐ FAIR | ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| B. Leib RN | 8-19-06 | [signature] | 8/21/06 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Dean, Rodney Cecil | 244759 | 02-13-55 | W/M | VCF |

(White - Record Copy, Yellow - Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Rodney Dean_    Date of Request: _7-14-06_
ID # _244759_    Date of Birth: _2-13-55_ Location: _10 A 38 B_
Nature of problem or request: _Face Broke Out Bad from to much_
_shaving I think. Cellulitis_
_→ Need Profile for double portions renewed. →_

_Rodney C. Dean_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7/14/06_
Time: _1.50_ AM PM
Allergies: _NKDA._

```
┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:** _See Not too b_

**(P)lan:** _Report to HCu - wednesday 7/19/06_
_for MD appt_
_Tx for benzoyl H₂O₂_

Refer to: MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )    No ( )
         Was MD/PA on-call notified:    Yes ( )    No ( )

_____, RN
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**    FOR PROFESSIONAL USE ONLY
CONFIDENTIAL General Sick Call
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: _Dean_ _____ _Radney_
                                    First
Inmate Number: _244795_    Date of Birth: _2 | 13 | 55_
                                                    MM   DD   YYYY

Date of Report: _7 | 14 | 06_    Time Seen: _1:50_ AM / **PM** Circle One
                    MM  DD  YYYY

**Subjective:** Chief Complaint(s): _Face blow out had from to much shaving_

Onset: _Approx 3 yrs ago_

Brief History: _Alabama had Problem c face anit shaving_
(Continue on back if necessary)
_after heart failure being backed up_
_Needan Extension for double Potion._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _96.8_ P: _77_ RR: _20_ B/P: _95_ / _70_

Examination Findings: _Wt #150½ 97% had on face chin_
(Continue on back if necessary)
_Dr. injected_    ⑰

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _skin interstity attack_
☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☑ Other: _Shaving Profile_
    _Double Potion Profile._

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☑ Other: _benzyl H₂O₂ 1-8th KOP_
        (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Barnes._    Date for referral: _9 | 17 | 06_
                                                                                MM   DD   YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

X _J. Odis, RN_    Name: _J. Odis, RN_
    Nurses Signature                Printed

| Facility Name: | Distress Coor Facility | | | | | | | | | | | | Month/Year of Charting: | 3/07 |

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
NOT TO BE PHOTOCOPIED

Bactains d5 p Bid
x10d

Start Date: 2/28/07    Prescriber: Peasant M.D.
Stop Date: 3/10/07    RX #:

Rifampin 300mg po:
Bid x10d

Start Date: 2/28/07    Prescriber:
Stop Date: 3/10/07    RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| | | | | B. Little RN | BL | 1. Discontinued Order |
| Allergies  NO NSaids | | | | | | 2. Refused |
| | | | | | | 3. Patient out of facility |
| | | | | | | 4. Charted in Error |
| Housing Unit:  Population | | | | | | 5. Lock Down |
| Patient ID Number:  244955 | | | | | | 6. Self Administered |
| Patient Name: | | Thith G | | H mbenefield p MD | | 7. Medication out of Stock |
| | | | | | | 8. Medication Held |

| Specimen # | Control/Req N° | | Pg  1 |
|---|---|---|---|
| 233-397-0186-0 | 516727 077 | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| N/A | | | S / Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/19/06 | 21:45 | 08/21/06 | 08/26/06 |

**LabCorp** V 1.28

FOR PROFESSIONAL USE ONLY

Clinical Information
SRC: ABSCESS

**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 244759 | | |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| DEAN, RODNEY | M | 02/13/55 |

Patient Address

Comments
PATIENT AGE: 051/06/06

Account
01488850
Ventress Correctional Facility
Prison Health Services            1
379 Hwy 239
Clayton AL  36016-0767

334-775-3331
PROV:
DR.ID: PEASANT     PHY NAME: PEASANT

Tests Requested  Aerobic Bacterial Culture; Sensitivity Organism #1; Organism ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

**Aerobic Bacterial Culture**
Aerobic Bacterial Culture                                                    -
                    Final report                                          MB
Result 1                                                                   MB
    Methicillin - resistant Staphylococcus aureus
    Heavy growth
    Susceptibility or resistance of staphylococci to oxacillin predicts
    susceptibility or resistance to (a) other beta-lactamase-stable
    penicillins such as cloxacillin and dicloxacillin, (b) combinations
    of a penicillin and a beta-lactamase inhibitor, and
    (c) anti-staphylococcal cephalosporins. Routine testing of other
    penicillins, beta-lactam/beta-lactamase inhibitor combinations,
    cephems, and carbapenems is not advised by the CLSI Standards
    (M100-S15, 2005).
Antimicrobial Susceptibility
    ***** S = Susceptible; I = Intermediate; R = Resistant *****
                    P=Positive, N=Negative
        MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|
| Ciprofloxacin | S | | | |
| Clindamycin | S | | | |
| Erythromycin | R | | | |
| Gentamicin | S | | | |
| Levofloxacin | S | | | |
| Linezolid | S | | | |
| Oxacillin | R | | | |
| Penicillin | R | | | |
| Rifampin | S | | | |
| Tetracycline | S | | | |
| Trimethoprim/Sulfa | S | | | |
| Vancomycin | S | | | |

*(handwritten notation: VP 8/30/06 on MRSA per protocol)*

--------------------------------------------------------------------------
Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: **Branch: 334-792-0902 Lab: 205-581-3500**
--------------------------------------------------------------------------
                    LAST PAGE OF REPORT

                    **FINAL REPORT**

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

DEAN, RODNEY                244759          233-397-0186-0 Seq# 7201 08-26-06 09:18ET

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Dean_          _Rodney_
LAST                 FIRST                MI

**DATE OF BIRTH** _2-13-55_          SS# _244759_

**Housing Recommendations:**

General Population _____          (1. Clipper Shave ⅛"

Medical Observation Unit _____          x 90 days

Lower Level/Lower Bunk _____          2/28/07 — 5/28/07

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _S. Young LPN_          Date _2-28-07_

_Rodney Dean_          _244759_

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** Dean, Rodney 244759

**LAST           FIRST           MI**

**DATE OF BIRTH** 02-13-55          **SS#** _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*Antibiotic X's 10 days*
*Pill call for antibiotic*
*3A & 3p; for Motrin*
*3A, 9A, 3p X 15 days*

*Treatment call at*
*6:30pm X's 7 days*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

*Follow up appt*
*with MD on*
*Sept 4, 2004*
*at 8:00 Am*
*Monday.*

Nurse B Little RN _____     Date 8-19-04

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Dean_ _Rodney_
                         LAST               FIRST         MI

**DATE OF BIRTH** _2/13/55_        SS# _244 759_

**Housing Recommendations:**

    General Population ____

    Medical Observation Unit ____

    Lower Level/Lower Bunk ____

    Suicide Precautions ____

    Special Watch (15 Minute Checks) ____

    Isolation ____

    Initiate Universal Precautions ____

*(handwritten notes:) shaving profile x 6 mo. no mustache ... beard turns clip ... facial hair to ¼"*

*② Acne medication 10% topical Apply as needed x 3 mo*

*7/19/06 - given*

**Individual found to be:**

    Frail/Elderly ____

    Physically Handicapped ____

    Developmentally Disabled ____

    Drug/Alcohol Withdrawal ____   *7/19/06 - start*

    Special Mental Health Needs ____   *10/19/06 stop*

    Expressed Suicidal Ideation ____

    History of Seizures ____

    Other ____

    Specify _____

Nurse _____   Date _7/19/06_

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit

EXHIBIT

C

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Rodney C. Dean, #244759          )
                                 )
        Plaintiff                )
                                 )
vs.                              )    CIVIL ACTION NO. 2:07-CV-342-WKW
                                 )
Department of Corrections        )
Warden J. C. Giles, Comm.        )
Richard Allen, et. al.,          )

## A M E N D E D   A F F I D A V I T

Before me the undersigned authority, a Notary Public in and for said

County and State of Alabama at Large, personally appeared one J. C. Giles, who

being known to me and being by me first duly sworn, deposes and says on oath

as follows:

My name is J. C. Giles, and I am presently employed as a Warden III, with

the Alabama Department of Corrections at the Ventress Correctional Facility in

Clayton, Alabama. I am over the age of twenty-one (21).

In his complaint served on me on May 24, 2007, inmate Rodney C. Dean

#244759 alleges that the ADOC does not honor his shaving profile by allowing

him to keep his beard at 1/8 inch. He further alleges that when he goes to chow

and an officer sees his beard or even if it looks like he hasn't shaved, they send

him to the shift commander's office for a clipper shave. He also alleges that the

clippers have no guards.

His ground two allegation is that the ADOC is discriminating against his

religion by making him keep his hair shaved. He alleges that when inmates go to

Page 2
Affidavit – J.C. Giles

the chow hall to eat they are cutting hair in front of the chow hall and windy day's

the hair blows up in the chow hall.

   All profiles are honored at Ventress Correctional Facility.  Inmates with

shaving profiles are allowed to shave with clean, sanitized shaving clippers from

the Shift Commanders Office.

   When the inmate barbers cut hair at feeding time, they are not stationed near

the entrance or exit door of the chow hall.  Inmates at Ventress Correctional

Facility are allotted five (5) hours each day to shower with ample supply of warm

to hot water.

   Inmate Dean claims that staph infection is running rampant in D-Dorm at

Ventress.  This is totally false.  When the Physician diagnosis an inmate with

staph infection he is immediately separated from contact with other inmates until

he is no longer contagious.  All of the dorms are cleaned daily with bleach and

disinfectant this includes floors, walls, commodes and sinks.

   Inmate Dean claims that there is not enough hot water due to the mixer valves

being broken.  This statement is false; there has never been a problem with hot

water in D-Dorm.  D-Dorm does not have mixer valves – it is adjusted simply by

turning the hot and cold nozzle in the shower.

   The above-related facts are the entirety of my involvement with inmate Dean

regarding these allegations.  I deny that I have violated any of his constitutional

rights.

Page 3
Affidavit – J. C. Giles

_____  7·10-07
J. C. Giles                         Date

State of Alabama  )

Barbour County   )

Sworn to and subscribed before me this _10th_ day of July, 2007.

_____
Notary Public

My Commission Expires: _9-8-08_



# MRSA Rising: Who's at Risk?

## Study Shows Steep Rise in Drug-Resistant Staph Infections Not Acquired in Hospitals

By Miranda Hitti                                    Reviewed by Louise Chang, MD
WebMD Medical News

May 28, 2007 -- A new study adds to concern that MRSA (methicillin-resistant *Staphylococcus aureus*) is rising in communities.

Staph infection, including MRSA, usually affects the skin and is minor. But some staph infections are serious and may enter the blood or other parts of the body.

MRSA and other staph infections usually spread in hospitals or other health care facilities. But they can also happen in communities. Poor hygiene and crowded living conditions are risk factors.

The new MRSA study, published in the *Archives of Internal Medicine*, included patients treated from 2000 to 2005 at a large public hospital in Chicago -- the John H. Stroger Jr. Hospital of Cook County.

The researchers included Bala Hota, MD, MPH, of Chicago's Rush University. They focused on patients who didn't get MRSA in a hospital or other health care facility.

### MRSA Rising

Hota's team studied tissue culturesfrom patients with no hospitalizations or surgeries in the previous year.

They found nearly a sevenfold increase in community-acquired MRSA infections during the years studied, rising from 24 cases per 100,000 people in 2000 to 164 cases per 100,000 people in 2005.

The study shows no change in the rate of community-acquired staph infections that were not drug resistant.

Why is community-acquired MRSA increasing? Hota and colleagues aren't sure.

However, they note that the hospital they studied serves a high-risk population, including people who live in public housing and people who have recently spent time in jail. Living in crowded settings is a risk factor for MRSA infection.

### Preventing MRSA Infection

Here are five tips from the CDC on preventing MRSA skin infections:

Keep your hands clean. Wash them thoroughly with soap and water or use an alcohol-based hand sanitizer.

Keep cuts and scrapes clean and covered with a bandage until healed.

Avoid contact with other people's wounds or bandages.

Avoid sharing personal items such as towels and razors.

At health clubs, wipe surfaces of gym equipment before and after use.



EXHIBIT

E

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Rodney C. Dean, #244759      )
                                  )
       Plaintiff               )
                                  )
vs.                             )  CIVIL ACTION NO. 2:07-CV-342-WKW
                                  )
Department of Corrections    )
Warden J. C. Giles, Comm.    )
Richard Allen, et. al.,         )

A F F I D A V I T

Before me the undersigned authority, a Notary Public in and for said

County and State of Alabama at Large, personally appeared one J. C. Giles, who

being known to me and being by me first duly sworn, deposes and says on oath

as follows:

My name is J. C. Giles, and I am presently employed as a Warden III, with

the Alabama Department of Corrections at the Ventress Correctional Facility in

Clayton, Alabama.  I am over the age of twenty-one (21).

In his complaint served on me on May 24, 2007, inmate Rodney C. Dean

#244759 alleges that the ADOC does not honor his shaving profile by allowing

him to keep his beard at 1/8 inch.  He further alleges that when he goes to chow

and an officer sees his beard or even if it looks like he hasn't shaved, they send

him to the shift commander's office for a clipper shave.  He also alleges that the

clippers have no guards.

His ground two allegation is that the ADOC is discriminating against his

religion by making him keep his hair shaved.  He alleges that when inmates go to

Page 2
Affidavit – J.C. Giles

the chow hall to eat they are cutting hair in front of the chow hall and windy day's

the hair blows up in the chow hall.

All profiles are honored at Ventress Correctional Facility. Inmates with

shaving profiles are allowed to shave with clean, sanitized shaving clippers from

the Shift Commanders Office.

When the inmate barbers cut hair at feeding time, they are not stationed near

the entrance or exit door of the chow hall. Inmates at Ventress Correctional

Facility are allotted five (5) hours each day to shower with ample supply of warm

to hot water. The Laundry is run by the standards set by the Department of

Corrections with an emphasis on proper sanitation.

The above-related facts are the entirety of my involvement with inmate Dean

regarding these allegations. I deny that I have violated any of his constitutional

rights.

J. C. Giles                    Date

State of Alabama  )

Barbour County    )

Sworn to and subscribed before me this 11th day of June, 2007.

Notary Public

My Commission Expires: 9-8-08



**EXHIBIT**

**F**

## ALABAMA SJIS CC/DC CASE DETAIL

<u>OFFICE</u>                                                          PREPARED FOR: **BETTIE CARMACK**



County: **07**     Case Number: **CC-2005-000259.00**   Charge     **FRSO**
Name: **DEAN RODNEY CECIL**

## Case

### Case Information

| | | | |
|---|---|---|---|
| County: | **07 - BIBB** | Case Number: **CC-2005-000259.00** | JID: **MWW HON. MARVIN W.** | DEF status: **B Bond** |
| Filed: | **12/03/2005** | AAGCY: **C County** | Muni N°: **00 WIGGINS** | City: |
| Arrest date: **11/18/2005** | | Offe date: | ORI: **0070000** | Officer: **FISHER** |
| Indict date: | | Grand jury: | Atty 1: **ARR004A** | Ticket N°: |
| Tracking N°'s: | **DC200400101100/0/0** | | | |
| Date: | **01/31/2006** | Que: **001** | Time: **09:00 AM** | Desc: **ARRG ARRAIGNMENT** |

### Defendant Information

| | | | |
|---|---|---|---|
| Name: | **DEAN RODNEY CECIL** | Alias 1: | Alias 2: |
| DOB: | **02/18/1965** | SSN: **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** | Driv License N°: **AL6532049** |
| Height : | **6'01"** | Weight: **240** | Race/Sex: **White /M** | Eyes/Hair: **BRO/BRO** |
| SID: | **AL0** | YDate: | AIS: **000000** | PR: **1995 077456** |
| Address 1: | **11125 BIG HURRICANE SPUR** | Address 2: | | |
| Zip: | **35444** | City: **BROOKWOOD** | State: **AL** | Country: **US** |

### Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: | **ROB101** | Attorney 1: **ARR004 A** | Attorney 2: |
| Prosecutor Flag: **N** | | Attorney 1 Flag: **Y** | Attorney 2 Flag: |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: -- | WARAC – | WARLOC: – |
| BP ISS: | BP RTN: | |

### Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: **FRSO** | Statute: **SEX OFFENDER-FAIL REGISTER** | Stat Name: **13A-011-200** | Class/Categ: **F SX** | Counts: **1** |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: **N** | | Dom Viol: **N** | Case Type: **F** | Case Categ: **SX** |
| Comment: | | | | |

### Bonding Information

| | | |
|---|---|---|
| Bond amt: **1000.00** | Bond type: | Bond co: |
| Rel Date: | Surety: | CWT: |
| Jury Demand: | | Appeal Date: |

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | **01/31/2006** | **001** | **09:00 AM** | **ARRG - ARRAIGNMENT** |
| 2: | | | - | |
| 3: | | | - | |
| 4: | | | - | |

## Disposition

### Disposition

| | | | |
|---|---|---|---|
| CRT ACT: G Guilty plea | CA date: 01/31/2006 | Jury: | More: N |
| Charge 1: FRSO SEX OFFENDER-FAIL REGISTER 13A-011-200 F C | | Counts: 001 | CA: G 01/31/2006 |
| Charge 2: | | Counts: | CA: |
| Charge 3: | | Counts: | CA: |
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: | CAPP: | Type: | GJCA: |
| Cont Dt: | Why: | Cont N° : 0 | Dom Viol: N |
| Comment: | | | |
| Case Compl: N | Sent Prov: Y | Due: | |
| Warr: 0 | SUBP: SUBP: | Updated: 02/16/2007 | |

## Sentence - 07CC200500025900

### Sentence

| | | | |
|---|---|---|---|
| Sent: 01/31/2006 | Begin: 01/31/2006 | End: 0 | PRB Beg: |
| IMP CONF: 00 06 000 | SUSP CONF: 14 06 000 | Total Conf: 14 12 000 | Jail Cred: 00 06 000 |
| LICN Susp: 00 00 000 | Probation: 03 00 000 | PRB Rev: | |

### Monetary

| | | | | |
|---|---|---|---|---|
| Cost: X | Fine Imp: 0.00 | Fine Susp: 0.00 | CVCC: | HIS: X |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: # 0 | ASUS: |
| PREL: | DRUG: | RCUP: X 0.00 | | |
| RES1: 0.00 | | RES2: 0.00 | | RES3: 0.00 |
| RES4: 0.00 | | RES5: 0.00 | | RES6: 0.00 |

### Confine

| | | | | | | |
|---|---|---|---|---|---|---|
| PENT: | LIFE: | LWOP: | DEATH: | SPLIT: X | BOOT: DAYS:0 | EMON: DAYS:0 |
| JAIL: X | CCUR: X | CSEC: | CTERM: | RVSPL: | GANG: DAYS:0 | |

### Programs

| | | | | | |
|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: HOURS: 0 SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER: DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: | HOOF: |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

| | | | |
|---|---|---|---|
| SEC/CUR: X | | | |
| Comment: | | | |
| Bal Due: | Due: | CRO: | Updated: Cost: 03/03/2006 |

© Alacourt.com  7/23/2007          3

## Case Action Summary - 07CC200500025900

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 01/06/2006 | 9:51:50 | JUDG | ASSIGNED TO: (MWW) HON. MARVIN W. WIGGINS  (AR01) | DAJ |
| 01/06/2006 | 9:51:51 | FILE | CHARGE 01: SEX OFFENDER-FAIL RE/#CNTS: 001  (AR01) | DAJ |
| 01/06/2006 | 9:51:52 | ATY1 | ATTORNEY FOR DEFENDANT: ARRINGTON PATRICK SA(AR01) | DAJ |
| 01/06/2006 | 9:51:53 | ARRS | DEFENDANT ARRESTED ON: 11/18/2005       (AR01) | DAJ |
| 01/06/2006 | 9:51:54 | STAT | INITIAL STATUS SET TO: "B" - BOND       (AR01) | DAJ |
| 01/06/2006 | 9:51:55 | FILE | FILED ON: 12/03/2005             (AR01) | DAJ |
| 01/06/2006 | 9:51:56 | BOND | BOND SET AT: $1000.00           (AR01) | DAJ |
| 01/06/2006 | 10:26:16 | DAT1 | SET FOR:  ARRAIGNMENT ON 01/31/2006 AT 0900A(AR10) | DAJ |
| 01/06/2006 | 10:26:17 | DAT1 | SET FOR:  ARRAIGNMENT ON 01/31/2006 AT 0900A(AR10) | DAJ |
| 01/06/2006 | 10:26:18 | CASP | CASE ACTION SUMMARY PRINTED          (AR10) | DAJ |
| 01/09/2006 | 12:00:00 | DOCK | NOTICE SENT: 01/09/2006 ARRINGTON PATRICK SAMUEL | DAJ |
| 01/09/2006 | 12:00:00 | DOCK | NOTICE SENT: 01/09/2006 DEAN RODNEY CECIL | DAJ |
| 03/03/2006 | 8:12:57 | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: MWW | DAJ |
| 03/03/2006 | 8:12:58 | DISP | CHARGE 01: SEX OFFENDER-FAIL R/#CNTS: 001  (AR10) | DAJ |
| 03/03/2006 | 8:12:59 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 01/31/2006 | DAJ |
| 03/03/2006 | 8:14:46 | CH01 | DEFENDANT SENTENCED ON: 01/31/2006     (AR05) | DAJ |
| 03/03/2006 | 8:14:47 | CH01 | SENTENCE TO BEGIN ON: 01/31/2006     (AR05) | DAJ |
| 03/03/2006 | 8:14:48 | CH01 | PROBATION OF: 03 YEARS          (AR05) | DAJ |
| 03/03/2006 | 8:14:49 | CH01 | IMPOSED CONFINEMENT: 08 MONTHS     (AR05) | DAJ |
| 03/03/2006 | 8:14:50 | CH01 | SUSPENDED CONFINEMENT: 14 YEARS, 06 MONTHS  (AR05) | DAJ |
| 03/03/2006 | 8:14:51 | CH01 | COST PROVISION ORDERED BY THE COURT     (AR05) | DAJ |
| 03/03/2006 | 8:14:52 | CH01 | TOTAL CONFINEMENT: 14 YEARS, 12 MONTHS     (AR05) | DAJ |
| 03/03/2006 | 8:14:53 | CH01 | JAIL CREDIT: 06 MONTHS          (AR05) | DAJ |
| 03/03/2006 | 8:14:54 | CH01 | 3CVC PROVISION ORDERED BY THE COURT     (AR05) | DAJ |
| 03/03/2006 | 8:14:55 | CH01 | 3CVC AMOUNT ORDERED: $50.00       (AR05) | DAJ |
| 03/03/2006 | 8:14:56 | CH01 | JAIL CONFINEMENT ORDERED BY THE COURT     (AR05) | DAJ |
| 03/03/2006 | 8:14:57 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT  (AR05) | DAJ |
| 03/03/2006 | 8:14:58 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT  (AR05) | DAJ |
| 03/03/2006 | 8:14:59 | CH01 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | DAJ |
| 03/03/2006 | 8:15:00 | CH01 | CVCC PROVISION ORDERED BY THE COURT     (AR05) | DAJ |
| 03/03/2006 | 8:15:00 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT   (AR05) | DAJ |
| 03/03/2006 | 8:15:00 | CH01 | CONCURRENT W/OTHER CASES IN BIBB COUNTY     (AR05) | DAJ |
| 03/03/2006 | 8:15:00 | D001 | PAYMENT FREQUENCY SET TO: "L"       (FE52) | DAJ |
| 03/03/2006 | 8:15:00 | D001 | PAYMENT DUE DATE SET TO: 01/31/2009     (FE52) | DAJ |
| 03/03/2006 | 8:16:33 | ATTH | CAS ATTACHMENT PRINTED       (AR08) | DAJ |
| 03/24/2006 | 12:00:00 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | JOS |
| 09/08/2006 | 3:08:28 | TEXT | ATTORNEY'S FEE DECLARATION | MIS |

**END OF THE REPORT**



## ALABAMA SJIS CC/DC CASE DETAIL

**OFFICE**                                                    **PREPARED FOR: BETTIE CARMACK**



| County: | **11** | Case Number: | **CC-2005-000588.00** | Charge | **TRMA** |
|---|---|---|---|---|---|
| Name: | | | | | |

# Case

### Case Information

| County: | **11 - CALHOUN** | Case Number: | **CC-2005-000588.00** | JID: | **MBS MALCOLM B STREET** | DEF status: **J Jail** |
|---|---|---|---|---|---|---|
| Filed: | **04/28/2005** | AAGCY: | **S State** | Muni N°: | **00** | City: |
| Arrest date: | **01/20/2005** | Offe date: | **01/20/2005** | ORI: | **0111000** | Officer: **C BATTLES** |
| Indict date: | **04/22/2005** | Grand jury: | **60APR05** | Atty 1: | **LUK001R** | Ticket N°: |
| Tracking N°'s: | **GJ200504006000/DC200500040200/0** | | | | | |
| Date: | | Que: | | Time: | Desc: | |

### Defendant Information

| Name: | **DEAN RODNEY CECIL** | | Alias 1: | | Alias 2: | |
|---|---|---|---|---|---|---|
| DOB: | **02/13/1955** | | SSN: | **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** | Driv License N°: | **AL3257978** |
| Height : | **5'11"** | Weight: | **140** | Race/Sex: | **White /M** | Eyes/Hair: | **BLU/BLN** |
| SID: | **AL0** | YDate: | | AIS: | **244759** | PR: | **2006 000569** |
| Address 1: | **445 CO RD 810** | | | Address 2: | | |
| Zip: | **36265** | City: | **HEFLIN** | State: | **AL** | Country: | **US** |

### Prosecutor & Atty Info

| Prosecutor: | **MCV002** | Attorney 1: | **LUK001 R** | Attorney 2: | **STR061 R** |
|---|---|---|---|---|---|
| Prosecutor Flag: | **N** | Attorney 1 Flag: | **Y** | Attorney 2 Flag: | **Y** |

### Warrant Information

| Warrant Date: -- | | WARAC -- | | WARLOC: -- |
|---|---|---|---|---|
| BP ISS: | | BP RTN: | | |

### Charges

| 1. Crime co: **TRMA** | Statute: **TRAFFICKING-MARIJUANA** | Stat Name: **13A-012-231(1)** | Class/Categ: **F DR** | Counts: **1** |
|---|---|---|---|---|
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: **N** | Dom Viol: **N** | Case Type: **F** | Case Categ: **DR** | |
| Comment: | | | | |

### Bonding Information

| Bond amt: | **200000.00** | Bond type: | | Bond co: | |
|---|---|---|---|---|---|
| Rel Date: | | Surety: | | CWIT: | |
| Jury Demand: | | | | Appeal Date: | |

# Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | | | - |
| 2: | | | | - |
| 3: | | | | - |
| 4: | | | | - |



## Disposition

### Disposition

| | | | | | |
|---|---|---|---|---|---|
| CRT ACT: G Guilty plea | | CA date: 01/12/2006 | | Jury: | More: N |
| Charge 1: | | 13A-012-211 | F B | Counts: 001 | CA: G 01/12/2006 |
| Charge 2: | | | | Counts: | CA: |
| Charge 3: | | | | Counts: | CA: |
| Admin: | Why: | | TBNV1: | | TBNV2: |
| Appeal: | CAPP: | | Type: | | GJCA: |
| Cont Dt: | Why: | | Cont N° : 0 | | Dom Viol: N |
| Comment: | | | | | |
| Case Compl: N | Sent Prov: Y | | Due: | | |
| Warr: 0 | SUBP: SUBP: X | | Updated: 08/17/2006 | | |

## Sentence - 11CC200500058800

### Sentence

| | | | |
|---|---|---|---|
| Sent: 01/12/2006 | Begin: 01/12/2006 | End 0 | PRB Beg: |
| IMP CONF: | SUSP CONF: | Total Conf: 20 00 000 | Jail Cred: 00 00 358 |
| LICN Susp: 00 00 000 | Probation: 17 00 000 | PRB Rev: | |

### Monetary

| | | | | |
|---|---|---|---|---|
| Cost: X | Fine Imp: X 1000.00 | Fine Susp: 0.00 | CVCC: | HIS: X |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: X# 3 | ASUS: |
| PREL: | DRUG: X | RCUP: 0.00 | | |
| RES1: 0.00 | | RES2: 0.00 | | RES3: 0.00 |
| RES4: 0.00 | | RES5: 0.00 | | RES6: 0.00 |

### Confine

| | | | | | | |
|---|---|---|---|---|---|---|
| PENT: X | LIFE: | LWOP: | DEATH: | SPLIT: X | BOOT: DAYS:0 | EMON: DAYS:0 |
| JAIL: | CCUR: | CSEC: | CTERM: | RVSPL: | GANG: DAYS:0 | |

### Programs

| | | | | | |
|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: HOURS: 0 | SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER: | DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: | HOOF: X |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

| | | | | |
|---|---|---|---|---|
| SEC/CUR: | | | | |
| Comment: | | | | |
| Bal Due: | Due: | CRO: | Updated: | Cost: 01/12/2006 |

## Case Action Summary - 11CC200500058800

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 04/28/2005 | 10:30:38 | JUDG | ASSIGNED TO: (MBS) MALCOLM B STREET JR     (AR01) | MAO |
| 04/28/2005 | 10:30:39 | STAT | INITIAL STATUS SET TO: "J" - JAIL        (AR01) | MAO |
| 04/28/2005 | 10:30:40 | BOND | BOND SET AT: $200000.00          (AR01) | MAO |
| 04/28/2005 | 10:30:41 | ATY1 | ATTORNEY FOR DEFENDANT: LUKER DAVID S     (AR01) | MAO |
| 04/28/2005 | 10:30:42 | DAT1 | SET FOR:  ARRAIGNMENT ON 06/15/2005 AT 0900A(AR01) | MAO |
| 04/28/2005 | 10:30:43 | FILE | FILED ON: 04/28/2005          (AR01) | MAO |
| 04/28/2005 | 10:30:44 | INDT | DEFENDANT INDICTED ON: 04/22/2005     (AR01) | MAO |
| 04/28/2005 | 10:30:45 | SUMD | DEFENDANT SUMMONED ON: 01/20/2005        (AR01) | MAO |
| 04/28/2005 | 10:30:46 | FILE | CHARGE 01: TRAFFICKING-MARIJUAN/#CNTS: 001  (AR01) | MAO |
| 04/28/2005 | 10:30:47 | CASP | CASE ACTION SUMMARY PRINTED          (AR10) | MAO |
| 05/04/2005 | 12:53:18 | DOCK | NOTICE SENT: 05/04/2005 LUKER DAVID S | MAO |
| 05/04/2005 | 12:54:13 | DOCK | NOTICE SENT: 05/04/2005 DEAN RODNEY CECIL | MAO |
| 05/10/2005 | 8:05:48 | MOTD | MOTION FOR REDUCTION OF BOND | MAO |
| 05/10/2005 | 8:07:06 | MOTD | MOTION FOR PRETRIAL DISCLOSURE OF RULE 404 | MAO |
| 05/10/2005 | 8:07:07 | MOTD | EVIDENCE AND INCORPORATED MEMORANDUM OF LAW. | MAO |
| 05/10/2005 | 8:07:08 | TEXT | DEFENDANT'S REQUEST FOR DISCLOSURE | MAO |
| 05/16/2005 | 1:21:29 | DAT1 | CASE SET ON 08/02/2005 FOR JURY TRIAL    (SS07) | KIM |
| 05/16/2005 | 1:21:30 | NOTF | NOTICE FLAG SET TO: N        (SS07) | KIM |
| 05/31/2005 | 1:58:56 | FILE | MTN TO CONTINUE FILED BY DAVID LUKER | KIM |
| 06/15/2005 | 3:37:19 | DAT1 | SET FOR: JURY TRIAL ON 09/12/2005 AT 0900A  (AR10) | KIM |
| 07/25/2005 | 2:20:52 | DAT1 | CASE SET ON 08/05/2005 FOR PRETRIAL DOCKET/H(SS07) | MAO |
| 07/25/2005 | 2:20:53 | NOTF | NOTICE FLAG SET TO: N        (SS07) | MAO |
| 07/28/2005 | 9:44:22 | DAT2 | CASE SET ON 09/12/2005 FOR JURY TRIAL     (SS07) | MAO |
| 07/28/2005 | 9:44:23 | NOTF | NOTICE FLAG SET TO: N        (SS07) | MAO |
| 01/12/2006 | 12:00:01 | DRUG | DRUG CONV REPORTED TO DPS ON 01122006 FOR UDCS | AOC |
| 01/12/2006 | 1:03:49 | JFEL | JUROR FELONY FLAG SET ON FOR INDIVIDUAL    (AR10) | SHL |
| 01/12/2006 | 1:03:50 | CH01 | DRUG FEE 3 PROVISION ORDERED BY THE COURT  (AR10) | SHL |
| 01/12/2006 | 1:03:51 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 01/12/2006 | SHL |
| 01/12/2006 | 1:03:52 | DISP | CHARGE 01: UNLAW DISTRIB/FURN /#CNTS: 001  (AR10) | SHL |
| 01/12/2006 | 1:03:53 | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: MBS | SHL |
| 01/12/2006 | 1:07:24 | CH01 | DEFENDANT SENTENCED ON: 01/12/2006        (AR05) | SHL |
| 01/12/2006 | 1:07:25 | CH01 | SENTENCE TO BEGIN ON: 01/12/2006        (AR05) | SHL |
| 01/12/2006 | 1:07:26 | CH01 | IMPOSED CONFINEMENT: 03 YEARS        (AR05) | SHL |
| 01/12/2006 | 1:07:27 | CH01 | SUSPENDED CONFINEMENT: 17 YEARS        (AR05) | SHL |
| 01/12/2006 | 1:07:28 | CH01 | TOTAL CONFINEMENT: 20 YEARS        (AR05) | SHL |
| 01/12/2006 | 1:07:29 | CH01 | JAIL CREDIT: 358 DAYS        (AR05) | SHL |
| 01/12/2006 | 1:07:30 | CH01 | PROBATION OF: 17 YEARS            (AR05) | SHL |
| 01/12/2006 | 1:07:31 | CH01 | COST PROVISION ORDERED BY THE COURT      (AR05) | SHL |
| 01/12/2006 | 1:07:32 | CH01 | FINE PROVISION ORDERED BY THE COURT      (AR05) | SHL |
| 01/12/2006 | 1:07:33 | CH01 | FINE IMPOSED: $1000.00        (AR05) | SHL |
| 01/12/2006 | 1:07:34 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT  (AR05) | SHL |
| 01/12/2006 | 1:07:35 | CH01 | USER FEE PROVISION ORDERED BY THE COURT    (AR05) | SHL |
| 01/12/2006 | 1:07:36 | CH01 | CVCC PROVISION ORDERED BY THE COURT      (AR05) | SHL |
| 01/12/2006 | 1:07:37 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | SHL |
| 01/12/2006 | 1:07:38 | CH01 | DRUG FEE PROVISION ORDERED BY THE COURT    (AR05) | SHL |
| 01/12/2006 | 1:07:39 | CH01 | DRUG FEE AMOUNT ORDERED: $2000.00        (AR05) | SHL |
| 01/12/2006 | 1:07:40 | CH01 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | SHL |
| 01/12/2006 | 1:07:41 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | SHL |

| 01/12/2006 | 1:07:42 | CH01 | HABITUAL OFFENDER PROVISION ORDERED BY THE COURT | SHL |
|---|---|---|---|---|
| 01/12/2006 | 1:07:43 | CH01 | HABITUAL OFFENDER - #OFFENSES: 002     (AR05) | SHL |
| 01/12/2006 | 1:08:03 | TRSC | TRANSCRIPT OF RECORD ISSUED: 01/12/2006     (AR08) | SHL |
| 01/12/2006 | 1:21:09 | D001 | ENFORCEMENT STATUS SET TO: "J"     (FE52) | SHL |
| 01/12/2006 | 1:21:10 | D001 | PAYMENT FREQUENCY SET TO: "L"     (FE52) | SHL |
| 01/12/2006 | 1:26:31 | TRSC | TRANSCRIPT OF RECORD ISSUED: 01/12/2006     (AR08) | SHL |
| 01/12/2006 | 1:36:15 | ATY2 | ATTORNEY FOR DEFENDANT: STRACENER BUERAN DALE | SHL |
| 02/01/2006 | 12:00:00 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | KIM |
| 06/08/2006 | 11:27:50 | FILE | MTN TO W/D GUILTY PLEA | KIM |
| 06/20/2006 | 2:03:53 | TEXT | IN FORMA PAUPERIS SENT TO JUDGE (LOOSE) | SHL |
| 06/21/2006 | 8:56:17 | TEXT | ORDER DENYING MTN TO W/D GUILTY PLEA | SHL |
| 06/26/2006 | 11:39:35 | ORDR | PETITIONER'S REQUEST TO PROCEED IN FORMA PAUPERIS | MAO |
| 06/26/2006 | 11:39:36 | ORDR | ON A PETITION FOR RELIEF FROM SENTENCE UNDER | MAO |
| 06/26/2006 | 11:39:37 | ORDR | RULE 32 ARCP IS DENIED. DEFENDANT STATES HE HAS | MAO |
| 06/26/2006 | 11:39:38 | ORDR | REAL ESTATE VALUED AT $70,000.00 (MBS) | MAO |
| 07/25/2006 | 9:35:56 | TEXT | IN FORMA PAUPERIS  (FILE SENT TO JUDGE) | SHL |
| 07/27/2006 | 10:52:35 | TEXT | ORDER: THE COURT WILL NOT RULE ON DEF'S INDIGENT | SHL |
| 07/27/2006 | 10:52:36 | TEXT | STATUS UNTIL IT IS PRESENTED WITH AN EXPLANATION | SHL |
| 07/27/2006 | 10:52:37 | TEXT | OF DEF'S STATEMENT THAT HE NOW DOES NOT OWN | SHL |
| 07/27/2006 | 10:52:38 | TEXT | REAL PROPERTY. DEF IS GRANTED 30 DAYS TO | SHL |
| 07/27/2006 | 10:52:39 | TEXT | PROVIDE FURTHER EXPLANATION. IF NO RESPONSE BY | SHL |
| 07/27/2006 | 10:52:40 | TEXT | THAT TIME, THE SECOND PET WILL BE DISMISSED.-MBS | SHL |
| 08/10/2006 | 2:55:13 | TEXT | MOTION TO DISMISS  (FILE SENT TO JUDGE) | SHL |
| 08/17/2006 | 10:06:17 | TEXT | MOTION FOR REVIEW (SENT LOOSE) | SHL |

**END OF THE REPORT**



PENGAD 800-631-6989

# ALABAMA SJIS CC/DC CASE DETAIL

**OFFICE**                                                   **PREPARED FOR: BETTIE CARMACK**


alacourt.cor

County: **63**    Case Number: **CC-2005-001713.00**    Charge    **COMR**
Name: **DEAN RODNEY CECIL**

## Case

### Case Information

| | | |
|---|---|---|
| County: **63 - TUSCALOOSA** | Case Number: **CC-2005-001713.00** | JID: **CRM CHARLES R. MALONE** DEF status: **B Bond** |
| Filed: **08/26/2005** | AAGCY: **C County** | Muni N°: **00** City: |
| Arrest date: **06/23/2005** | Offe date: **02/21/2005** | ORI: **0630000** Officer: **JACOBS** |
| Indict date: **08/26/2005** | Grand jury: **05-1480** | Atty 1: **PUB001P** Ticket N°: |

Tracking N°'s:   **GJ200500148000/DC200502106900/WR200500061800**

Date: **01/09/2006**    Que: **001**    Time: **01:30 PM**    Desc: **PTRL PRETRIAL DOCKET/HE**

### Defendant Information

| | | | |
|---|---|---|---|
| Name: **DEAN RODNEY CECIL** | | Alias 1: | Alias 2: |
| DOB: **02/18/1965** | | SSN: **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** | Driv License N°: **AL** |
| Height: **6'01"** | Weight: **240** | Race/Sex: **White /M** | Eyes/Hair: **BRO/BRO** |
| SID: **AL396920000** | YDate: | AIS: **000000** | PR: **1995 077456** |
| Address 1: **11080 BIG HURRICAN SPUR** | | Address 2: | |
| Zip: **35444** | City: **BROOKWOOD** | State: **AL** | Country: **US** |

### Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: **PRU014** | Attorney 1: **PUB001 P** | Attorney 2: |
| Prosecutor Flag: **N** | Attorney 1 Flag: **N** | Attorney 2 Flag: |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: – | WARAC – | WARLOC: – |
| BP ISS: | BP RTN: | |

### Charges

| | | | |
|---|---|---|---|
| 1. Crime co: **COMR** | Statute: **COMM NOTIF ACT-SCHOOL/CHILD CR** | Stat Name: **015-020-026(A)** | Class/Categ: **F OT** Counts: 1 |
| 2. Crime co: **CMVP** | Statute: **COM NOTIF ACT-SEX VIOL PREDATR** | Stat Name: **015-020-025.3(D)** | Class/Categ: **F C** Counts: 1 |
| 3. Crime co: **COMA** | Statute: **COMM NOTIF ACT-MOVING NOTICE** | Stat Name: **015-020-023** | Class/Categ: **F C** Counts: 1 |
| More: **N** | | Case Type: **F** | Case Categ: **OT** |

Comment:

### Bonding Information

| | | |
|---|---|---|
| Bond amt: **2500.00** | Bond type: | Bond co: |
| Rel Date: **11/18/2005** | Surety: | CWIT: |
| Jury Demand: **Y** | | Appeal Date: |

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | **01/09/2006** | **001** | **01:30 PM** | **PTRL - PRETRIAL DOCKET/HE** |
| 2: | | | | |
| 3: | | | | |
| 4: | **04/30/2007** | **001** | **09:00 AM** | **JTRL - JURY TRIAL** |

## Disposition

### Disposition

| | | | |
|---|---|---|---|
| CRT ACT: G ~~████████~~ | | CA date: ~~████████~~ | Jury: | More: N |
| Charge 1: | COMR COMM ~~████████~~ CONSOL/CHILD CR 015-020-026(A) | F C   Counts: 001 | CA: D 05/03/2007 |
| Charge 2: | CMVP COM NOTIF ACT-SEX VIOL PREDATR 015-020-025.3(D) | F C   Counts: 001 | CA: D 05/03/2007 |
| Charge 3: | COMA COMM NOTIF ACT-MOVING NOTICE  015-020-023 | F C   Counts: 001 | CA: G 05/03/2007 |

| | | | |
|---|---|---|---|
| Admin: | Why: | TBNV1: | TBNV2: |
| Appeal: | CAPP: | Type: | GJCA: |
| Cont Dt: | Why: | Cont N° : 0 | Dom Viol: N |
| Comment: | | | |
| Case Compl: N | Sent Prov: Y | Due: | |
| Warr: 0 | SUBP:   SUBP: | Updated: 05/03/2007 | |

## Sentence - 63CC200500171300

### Sentence

| | | | |
|---|---|---|---|
| Sent: 05/03/2007 | Begin: | End 0 | PRB Beg: 05/03/2007 |
| IMP CONF: ~~████████~~ | SUSP CONF: 09 07 000 | Total Conf: 09 07 090 | Jail Cred: 00 05 008 |
| LICN Susp: 00 00 000 | Probation: 05 00 000 | PRB Rev: | |

### Monetary

| | | | | |
|---|---|---|---|---|
| Cost: X | Fine Imp: 0.00 | Fine Susp: 0.00 | CVCC: | HIS: X |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: # 0 | ASUS: |
| PREL: | DRUG: | RCUP: X 350.00 | | |
| RES1: 0.00 | | RES2: 0.00 | | RES3: 0.00 |
| RES4: 0.00 | | RES5: 0.00 | | RES6: 0.00 |

### Confine

| | | | | | | |
|---|---|---|---|---|---|---|
| PENT: | LIFE: | LWOP: | DEATH: | SPLIT: X | BOOT: DAYS:0 | EMON: DAYS:0 |
| JAIL: X | CCUR: X | CSEC: | CTERM: | RVSPL: | GANG: DAYS:0 | |

### Programs

| | | | | | |
|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: HOURS: 0   SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER:   DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: | HOOF: X |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

| | | | |
|---|---|---|---|
| SEC/CUR:   X | | | |
| Comment: | | | |
| Bal Due: | Due: | CRO: | Updated:   Cost: 05/03/2007 |

© Alacourt.com  7/23/2007    3

## Case Action Summary - 63CC200500171300

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 09/01/2005 | 11:32:15 | JUDG | ASSIGNED TO: (CRM) CHARLES R. MALONE    (AR01) | EMA |
| 09/01/2005 | 11:32:16 | FILE | CHARGE 03: COMMUNITY NOTIFICATI/#CNTS: 001  (AR01) | EMA |
| 09/01/2005 | 11:32:17 | BOND | BOND SET AT: $2600.00    (AR01) | EMA |
| 09/01/2005 | 11:32:18 | FILE | CHARGE 02: COM NOTIF ACT-SEX VI/#CNTS: 001  (AR01) | EMA |
| 09/01/2005 | 11:32:19 | FILE | CHARGE 01: COMMUNITY NOTIFICATI/#CNTS: 001  (AR01) | EMA |
| 09/01/2005 | 11:32:20 | INDT | DEFENDANT INDICTED ON: 08/26/2005    (AR01) | EMA |
| 09/01/2005 | 11:32:21 | ARRS | DEFENDANT ARRESTED ON: 06/23/2005    (AR01) | EMA |
| 09/01/2005 | 11:32:22 | ATY1 | ATTORNEY FOR DEFENDANT: PUBLIC DEFENDER'S OF(AR01) | EMA |
| 09/01/2005 | 11:32:23 | FILE | FILED ON: 08/26/2005    (AR01) | EMA |
| 09/01/2005 | 11:32:24 | STAT | INITIAL STATUS SET TO: "J" - JAIL    (AR01) | EMA |
| 09/01/2005 | 11:32:29 | DAT1 | SET FOR:  ARRAIGNMENT ON 10/28/2005 AT 0130P(AR10) | EMA |
| 09/01/2005 | 11:33:34 | PRTY | PARTY ADDED  W001  CHARLES R JACOBS    (AW21) | EMA |
| 09/07/2005 | 12:47:51 | CASP | CASE ACTION SUMMARY PRINTED    (AR01) | EMA |
| 09/09/2005 | 4:27:39 | DAT1 | CASE SET ON 10/28/2005 FOR  ARRAIGNMENT    (SS07) | AST |
| 09/09/2005 | 4:27:40 | NOTF | NOTICE FLAG SET TO: Y    (SS07) | AST |
| 09/14/2005 | 8:30:00 | TEXT | REQ FOR DISCLOSURE OF STATE'S INTENT TO USE RULE | CAS |
| 09/14/2005 | 8:30:01 | CONT | 404(B) EVIDENCE | CAS |
| 09/14/2005 | 8:30:02 | TEXT | DEFT'S WRITTEN REQUEST FOR DISCOVERY | CAS |
| 09/14/2005 | 8:30:03 | TEXT | MTN FOR DISCOVERY | CAS |
| 11/18/2005 | 11:21:46 | D001 | PAYMENT FREQUENCY SET TO: "L"    (FE52) | CAS |
| 11/28/2005 | 11:37:21 | DAT1 | CASE SET ON 01/09/2006 FOR PRETRIAL DOCKET/H(SS07) | AST |
| 11/28/2005 | 11:37:22 | NOTF | NOTICE FLAG SET TO: N    (SS07) | AST |
| 12/07/2005 | 9:50:22 | ADD1 | ADDR1 CHANGED FROM: TUSCALOOSA CO JAIL    (AR01) | CAS |
| 12/07/2005 | 9:50:23 | STAT | STATUS CHANGED TO: "B" - BOND    (AR01) | CAS |
| 12/07/2005 | 9:50:24 | ADD2 | ADDR2 CHANGED FROM: 1600-28TH AVENUE    (AR01) | CAS |
| 12/07/2005 | 9:50:25 | CITY | HOME CITY CHANGED FROM: TUSCALOOSA    (AR01) | CAS |
| 12/07/2005 | 9:50:26 | REDT | DEFENDANT RELEASED FROM JAIL: 11/18/2005    (AR01) | CAS |
| 12/07/2005 | 9:50:27 | COMM | DEFT RELEASED TO BIBB CO    (AR01) | CAS |
| 02/21/2007 | 10:05:03 | DAT3 | CASE SET ON 04/03/2007 FOR  FIRST CALL    (SS07) | AST |
| 02/21/2007 | 10:05:04 | NOTF | NOTICE FLAG SET TO: Y    (SS07) | AST |
| 02/22/2007 | 12:00:00 | DOCK | NOTICE SENT: 02/22/2007 DEAN RODNEY CECIL | AST |
| 02/23/2007 | 4:24:16 | DAT4 | SET FOR: JURY TRIAL ON 04/09/2007 AT 0900A    (AR10) | CAS |
| 04/03/2007 | 11:45:27 | DAT4 | SET FOR: JURY TRIAL ON 04/30/2007 AT 0900A    (AR10) | CAS |
| 04/20/2007 | 10:20:33 | DAT4 | CASE SET ON 04/30/2007 FOR JURY TRIAL    (SS07) | AST |
| 04/20/2007 | 10:20:34 | NOTF | NOTICE FLAG SET TO: Y    (SS07) | AST |
| 05/03/2007 | 1:02:56 | DJID | DISPOSITION JUDGE ID CHANGED FROM:   TO: CRM | CAS |
| 05/03/2007 | 1:02:57 | DISP | CHARGE 03: COMM NOTIF ACT-MOVI/#CNTS: 001  (AR10) | CAS |
| 05/03/2007 | 1:02:58 | DISP | CHARGE 01: COMMUNITY NOTIFICAT/#CNTS: 001  (AR10) | CAS |
| 05/03/2007 | 1:02:59 | DISP | CHARGE 02 DISPOSED BY:  DISMISSED ON: 05/03/2007 | CAS |
| 05/03/2007 | 1:03:00 | DISP | CHARGE 01 DISPOSED BY:  DISMISSED ON: 05/03/2007 | CAS |
| 05/03/2007 | 1:03:01 | DISP | CHARGE 02: COM NOTIF ACT-SEX VI/#CNTS: 001  (AR10) | CAS |
| 05/03/2007 | 1:03:02 | DISP | CHARGE 03 DISPOSED BY: GUILTY PLEA ON: 05/03/2007 | CAS |
| 05/03/2007 | 1:03:03 | COMM | NO ISSUES RESERVED FOR APPEAL    (AR10) | CAS |
| 05/03/2007 | 1:16:35 | CH03 | DEFENDANT SENTENCED ON: 05/03/2007    (AR05) | CAS |
| 05/03/2007 | 1:16:36 | CH03 | SUSPENDED CONFINEMENT: 09 YEARS, 07 MONTHS (AR05) | CAS |
| 05/03/2007 | 1:16:37 | CH03 | TOTAL CONFINEMENT: 09 YR, 07 MO, 090 DAYS  (AR05) | CAS |
| 05/03/2007 | 1:16:38 | CH03 | IMPOSED CONFINEMENT: 090 DAYS    (AR05) | CAS |
| 05/03/2007 | 1:16:39 | CH03 | PROBATION BEGAN ON: 05/03/2007    (AR05) | CAS |

© Alacourt.com  7/23/2007        4

| 05/03/2007 | 1:16:40 | CH03 | JAIL CREDIT: 05 MONTHS, 008 DAYS       (AR05) | CAS |
|---|---|---|---|---|
| 05/03/2007 | 1:16:41 | CH03 | COST PROVISION ORDERED BY THE COURT       (AR05) | CAS |
| 05/03/2007 | 1:16:42 | CH03 | PROBATION OF: 05 YEARS       (AR05) | CAS |
| 05/03/2007 | 1:16:43 | CH03 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | CAS |
| 05/03/2007 | 1:16:44 | CH03 | CVCC PROVISION ORDERED BY THE COURT       (AR05) | CAS |
| 05/03/2007 | 1:16:45 | CH03 | RECOUPMENT PROVISION ORDERED BY THE COURT  (AR05) | CAS |
| 05/03/2007 | 1:16:46 | CH03 | RCUP AMOUNT ORDERED: $350.00       (AR05) | CAS |
| 05/03/2007 | 1:16:47 | CH03 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | CAS |
| 05/03/2007 | 1:16:48 | CH03 | JAIL CONFINEMENT ORDERED BY THE COURT       (AR05) | CAS |
| 05/03/2007 | 1:16:49 | CH03 | CONCURRENT SENTENCE ORDERED BY THE COURT   (AR05) | CAS |
| 05/03/2007 | 1:16:50 | CH03 | HABITUAL OFFENDER PROVISION ORDERED BY THE COURT | CAS |
| 05/03/2007 | 1:16:51 | CH03 | SUPV PROBATION - REGISTER & RPT AS SEX OFFD;DEFT H | CAS |
| 05/03/2007 | 1:16:52 | CH03 | AS SERVED HIS SPLT       (AR05) | CAS |
| 05/03/2007 | 1:31:02 | D001 | FREQUENCY AMOUNT SET TO: $50.00       (FE52) | CAS |
| 05/03/2007 | 1:31:03 | D001 | PAYMENT DUE DATE SET TO: 11/03/2007       (FE52) | CAS |
| 05/03/2007 | 1:31:56 | ADD1 | ADDR1 CHANGED FROM: 11125 BIG HURRICAN SPUR (AR01) | CAS |
| 05/03/2007 | 1:37:32 | TEXT | DEFT HAS 2 QUALIFYING FELONIES ; CC1990-1528 TUSC | CAS |
| 05/03/2007 | 1:37:33 | CONT | CO AND CC1986-656-BIBB CO. DEFT TO SERVE A 90 DAY | CAS |
| 05/03/2007 | 1:37:34 | CONT | SPLIT IN TUSC. CO. JAIL, BUT DEFT HAS CREDIT OF 5 | CAS |
| 05/03/2007 | 1:37:35 | CONT | MONTHS AND 8 DAYS. DEFT HAS 180 DAYS TO PAY BASIC | CAS |
| 05/03/2007 | 1:37:36 | CONT | COURT COSTS OR HE SHALL SERVED A 60 DAY REVERSE | CAS |
| 05/03/2007 | 1:37:37 | CONT | SPLIT IN THE TUSC. CO. JAIL. | CAS |
| 05/09/2007 | 2:37:36 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | TEP |
| 06/08/2007 | 3:17:00 | TEXT | ORDER OF PROBATION | CAS |

**END OF THE REPORT**