IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RODNEY C. DEAN (AIS# 244759),　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　　*　CASE NO. 2:07-CV-342-WKW
　　　　　　　　　　　　　　　　　　*
DEPARTMENT OF CORRECTIONS;　　　　　*
WARDEN J. C. GILES; COMMISSIONER　　*
RICHARD ALLEN; PRISION HEALTH　　　　*
SERVICES; R.N. B. LUKE; SGT. LONGMIRE, *
　　　　　　　　　　　　　　　　　　*
　　　　Defendants.　　　　　　　　　*

## SPECIAL REPORT OF DEFENDANTS, PRISON
## HEALTH SERVICES, INC. AND BARBARA LIEBE, R.N.

COME NOW the Defendants, Prison Health Services, Inc. and Barbara Liebe, R.N. (identified in the Complaint as "B. Luke") (collectively hereinafter "PHS"), by and through counsel, and in response to the Plaintiff's Complaint and this Honorable Court's Order, present the following Special Report with regard to this matter.

## I. INTRODUCTION

The Plaintiff, Rodney C. Dean (AIS# 244759), is an inmate confined at Ventress Correctional Facility in Clayton, Alabama. On or about May 18, 2007, Dean filed a multi-count Complaint against PHS, the company that currently contracts with the State of Alabama to provide healthcare services for correctional facilities throughout the State. Specifically, Dean claims that the Alabama Department of Corrections ("ADOC") will not honor his shaving profile, which, in turn, led to a staph infection. In addition, ADOC is discriminating against the Plaintiff's religion by keeping his hair shaved. Thirdly, Dean alleges that ADOC does not supply an ample supply of hot water, which leads to

infections.  In an attached affidavit, Dean claims that Nurse Liebe refused permission for Dean to see a doctor and treat facial sores associated with the shaving profile.  Dean acknowledges, however, that Liebe provided him with benzoyl peroxide to treat the infection.  The Plaintiff makes no financial demand for compensation nor does he seek punitive damages relating to this claim.

As directed by this Court, Defendants have undertaken a review of Dean's Complaint to address the facts and circumstances relating to the medical issues raised in the Complaint.  PHS does not address, nor will it address in this Special Report, issues pertaining to claims against ADOC outlined in Counts One through Three of Dean's Complaint.  At this time, PHS submits its Special Report, which is supported by the following certified Exhibits:

1.    Exhibit "A" - Certified copy of Dean's Medical Records;

2.    Exhibit "B" - Affidavit of Barbara Liebe, R.N.; and

3.    Exhibit "C" - Affidavit of Nettie Burks, Health Service Administrator.

These evidentiary materials demonstrate that Dean received appropriate medical treatment and that no breaches of the standard of care or deliberate indifference to a serious medical need occurred in relation to PHS employees' treatment of Mr. Dean's condition.

## II.  NARRATIVE SUMMARY OF FACTS

At all pertinent times, Rodney Dean (AIS #244759) has been incarcerated at Ventress Correctional Facility.  [See Exhibits "A" - "C"].  Dean has been seen on certain occasions by Ventress's nursing and medical staff and, when necessary, has been

referred to an appropriate care provider and given appropriate care every time he has raised health complaints at the facility. [Id.].

Prior to filing this litigation, Dean had never filed a grievance relating to the receipt of medical care for this specific condition. [Exhibit "C" - Affidavit of Nettie Burks, H.S.A.]. PHS has established a simple two-step procedure for identifying and addressing grievances at the facility. [Id.]. If an inmate such as Dean has a grievance concerning healthcare issues, a form is available for him to complete and submit to the nursing or medical staff. [Id.]. The inmate will be provided with a timely response via in-house mail. [Id.].

If the inmate is not satisfied with the response provided by PHS, he can request a grievance appeal form that will once again allow him to address his concerns to the staff. PHS employees will always respond in writing or meet the inmate face-to-face to address his concerns directly. [Id.].

On or about July 19, 2006, a six-month shaving profile was entered into Dean's medical records. [Exhibit "B" - Affidavit of Barbara Liebe, R.N.]. On February 28, 2007, a "Clipper Shave one-eighth Inch" was ordered for a period of 90 days, a copy of which is maintained in the records. [Id.]. On June 2, 2007, another clipper shave profile was ordered and put in place for 90 days and that profile remains in place as of the filing of this Special Report. [Id.].

Dean prepared a Sick Call Request in mid-July 2006, after his face had broken out from too much shaving. [Id.]. PHS nursing staff treated him on July 14th and medical records reflect an infected rash on his face, chin, and neck. [Id.]. The nursing staff prescribed benzoyl peroxide and ordered a follow-up visit to the healthcare unit to

be treatment for a medical doctor on July 19th.  [Id.].  At that time, medical doctors prepared a Special Needs Profile for the following:  (1) 6-month shaving profile, no moustache, no sideburns, clip facial hair to one-eighth inch; (2) acne medication - 10% topical and apply, as needed, for three months.  [Id.].  PHS physicians limited the acne medication for 90 days, until October 2006.  [Id.].

Dean complained again about bumps on his back in mid-August 2006.  [Id.]. Medical records confirm a 5 cm inderated area to his left lower back with a 1 cm opening in the center.  [Id.].  Thick red and yellow secretions were expelled from the site and a culture was obtained after Dean complained of pain at the site of the abscess. PHS nurses cleaned the area with hydrogen peroxide and covered it with gauze and tape.  [Id.].  The PHS healthcare unit physician was notified and the following orders were entered:  (1) scheduled to see a physician in 2 weeks; (2) administer Motrin 600 mg twice a day and/or as needed for 15 days; (3) administer Rifampin 300 mg twice a day for 10 days; and (4) administer Bactrim DS twice a day for 10 days.  Additional instructions were also provided to Mr. Dean in order to properly treat this condition. [Id.].

In February 2007, Dean completed a Sick Call Request stating his face had broken out with sores as a result of excessive shaving.  [Id.].  Dean failed to show for sick call and signed a waiver of release the following day.  [Id.].  Dean later filed a Sick Call Request on May 29, 2007, and physician orders were entered providing for a clipper shave profile for 90 days.

At all times during the treatment of Mr. Dean's condition, PHS employees complied with the applicable standard of care as other healthcare providers in other

similar situations would have followed given the type and scope of Mr. Dean's condition. No one from the facility has ever denied medical treatment to Mr. Dean that was necessary or indicated for him nor has anyone acted with deliberate indifference to the medical needs experienced by Mr. Dean.  [Id.].

### III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.    The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.    The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.    The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.    The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

5.    The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.    The Plaintiff is not entitled to any relief requested in the Complaint.

7.    The Defendants plead the defense of qualified immunity and aver that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of <u>respondeat</u> <u>superior</u>, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint against the Defendants sued in their individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. <u>See</u> <u>Oladeinde v. City of Birmingham</u>, 963 F.2d 1481, 1485 (11th Cir. 1992); <u>Arnold v. Board of Educ. Of Escambia County</u>, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that it was at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. <u>See</u> <u>Rogers v. Evans</u>, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendants in their official capacity are barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against them and that any such award would violate the United States Constitution.

25.     The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.     The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.     Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.     The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.     The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

**A.**     **Because Dean Failed To Follow The Required Grievance Procedures For Assessing Medical Complaints Prior To Filing His Lawsuit, The Prison Litigation Reform Act Of 1995 Requires The Immediate Dismissal, With Prejudice, Of His Complaint.**

Prisoner litigation has become an expensive problem for states and the federal government.  Because of the problems associated with frivolous litigation, Congress

passed the Prison Litigation Reform Act of 1995 ("PLRA") in order to control frivolous prisoner lawsuits.    The Act contains multiple, mandatory provisions that <u>require</u> the dismissal of complaints identical to those asserted by Mr. Breach.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program. 42 U.S.C. §1997e(h).

Dean admits to being incarcerated in his complaint, therefore, he meets the definition of "prisoner" as defined by the PLRA.   <u>See</u> <u>Boyd v. Corrections Corporation of America</u>, 380 F.3d 989 (6th Cir. 2004).

The critical issue involved in the adoption of the PLRA is to "reduce the quantity and improve the quality of prisoner suits.   <u>Porter v. Nessle</u>, 534 U.S. 516, 524, 122 S. Ct. 983, 152 L. Ed. 2d 12 (2002).   Within the PLRA is an "invigorated" exhaustion provision.  <u>See</u> § 1997e(a) - (c).[1]

---

[1]

**(a)        Applicability of Administrative Remedies.**
No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility <u>until such administrative remedies as are available are exhausted</u>.   (emphasis added).

**(b)        Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**
The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.

To prevent dismissal, prisoners like Dean must exhaust all "available" remedies, not simply those that meet federal standards. In addition, the exhaustion of available administrative remedies is required for any suit challenging medical treatment, as well as general prison conditions. Johnson v. Meadows, 418 F. 3d 1152, 1159 (11th Cir. 2005). A prisoner's lack of knowledge regarding existing procedures does not relieve his or her responsibility to exhaust those available, administrative remedies and allegations regarding prison official's failure to provide proper forums is not a legitimate defense. See Abney v. McGinnis, 380 F. 3d 663 (2nd Cir. 2004).

It is undisputed that Dean failed to follow all available, required administrative procedures that existed at Ventress Correctional Facility. [Exhibit "C" -- Affidavit of Nettie Burks, H.S.A.]. These procedures required Dean to seek and exhaust available administrative remedies within those facilities prior to initiating litigation. Because he failed to pursue all administrative appeals concerning his medical condition relating to his shaving profile and because he failed to allow PHS to review his administrative appeal, his claim must be dismissed with prejudice. Woodford v. NGO, 548 U.S. ____, 126 S. Ct. 2378, 165 L. Ed. 2d 368 (2006).

---

**(c)      Dismissal**
The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

Courts have determined that under the PLRA, exhaustion of administrative remedies is no longer left to the discretion of the district court, but is mandatory. See Booth v. Churner, 532 U.S. 731, 739, 121 S. Ct. 1819, 149 L. Ed. 2d 958 (2001).

A recent Eleventh Circuit case only reinforces the exhaustion requirement.  In

Bryant v. Rich, 2007 U.S. App. LEXIS 12781 (May 31, 2007), a prisoner sought relief

under 42 U.S.C. § 1983 contesting the conditions of his confinement at a state prison.

The Department of Corrections and individual defendants moved to dismiss the

complaint, pursuant to the PLRA and its requirement that administrative remedies be

exhausted.   42 U.S.C. § 1997e(a).   The Court affirmed the granting of summary

judgment for failing to exhaust all available administrative remedies, holding as follows:

> . . . . "when a state provides a grievance procedure for its prisoners, . . . an inmate alleging harm suffered from prison conditions must file a grievance and exhaust the remedies available under that procedure before pursuing a § 1983 lawsuit." Johnson v. Meadows, 418 F. 3d 1152, 1156 (11th Cir. 2005) (quoting Brown v. Sikes, 212 F. 3d 1205, 1207 (11th Cir. 2000)).  We have no discretion to waive this exhaustion requirement.  Alexander v. Haught, 159 F. 3d 1321, 1325-26 (11th Cir. 1998).
>
> That [the prisoner] filed no grievance at [the correctional facility] about the beatings he allegedly suffered is undisputed.  [The prisoner] contends that he attempted to file grievances at both these facilities, but his request for the pertinent forms were denied. . . . .
>
> Even assuming -- without deciding -- that no grievance procedures were available to [the prisoner] at [the correctional facility], the record indicates that [the prisoner] did have grievance procedures available to him when he transferred to [another correctional facility], yet he failed to exhaust them.
>
> [Bryant, supra, at 3].

The existence or presence of medical testimony via affidavit makes no difference

with regards to whether Dean complied with the PLRA requirement.  It is critical that

Dean's claims be dismissed in their entirety because of his failure to follow all the

mandatory, administrative procedures in place at Ventress Correctional Facility.

**B.      The Plaintiff has failed to prove that the Defendants acted with deliberate indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Dean's medical records reveals that he has been given appropriate medical treatment at all times. [See Exhibits "A" and "B"].

The Plaintiff's Complaint fails to state a claim against the Defendants with the detail and specificity required by the Alabama Medical Liability Act, ALA. CODE § 6-5-551, which provides as follows:

> In any action for injury, damages, or wrongful death, whether in contract or tort, against a health care provider for breach of the standard of care, whether resulting from acts or omissions in providing health care, or the hiring, training, supervision, retention or termination of care givers, the Alabama Medical Liability Act shall govern the parameters of discovery and all aspects of the action. The plaintiff shall include in the complaint filed in the action a detailed specification and factual description of each act and omission alleged by plaintiff to render the health care provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts. The plaintiff shall amend his complaint timely upon ascertainment of new or different acts or omissions upon which his claim is based; provided, however, that any such amendment must be made at least 90 days before trial. Any complaint which fails to include such detailed specification and factual description of each act and omission shall be subject to dismissal for failure to state a claim upon which relief may be granted. Any party shall be prohibited from conducting discovery with

regard to any other act or omission or from introducing at trial evidence of any other act or omission. (emphasis added).

ALA. CODE § 6-5-551.

The Plaintiff's Complaint fails to state a claim against the Defendants because it fails to include a "detailed specification and factual description" of each act and omission alleged by Plaintiff to render the Defendants liable to Plaintiff; in particular, said Complaint fails to include the required statement of "the date, time, and place of the act or acts" of alleged malpractice, as required by the Act. See ALA. CODE § 6-5-551 (emphasis added).

In order to state a cognizable claim under the Eighth Amendment, Dean must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Dean must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." (citations omitted). [Id.].

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates'

serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Huntley's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Dean cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that PHS employees applied the appropriate standard of care to the treatment of Mr. Dean. [Exhibit "A" - Certified Copy of Dean's Medical Records].

The Defendants are, also, entitled to qualified immunity from all claims asserted by Dean in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Dean to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160.

14

The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Huntley must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that their alleged treatment of Dean was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Huntley must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146,

1151 (11th Cir. 1994).  The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Dean's constitutional rights.  All of Dean's medical needs have been addressed or treated. [See Exhibits "A" and "B"].  The Defendants have provided Dean with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. CONCLUSION

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law.  The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,


/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Barbara Liebe, R.N.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 25th day of July, 2007, to:

Mr. Rodney C. Dean (AIS # 244759)
Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Bettie J. Carmack, Esq.
Assistant Attorney General
Office of the Attorney General
11 Union Street
Montgomery, AL 36130


/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Barbara Liebe, R.N.

# EXHIBIT A

AFFIDAVIT

STATE OF ALABAMA

I, _Debra Marshall_, HEREBY CERTIFY AND AFFIRM THAT I AM
_medical Records clerk_, AT FOUNTAIN CORRECTIONAL CENTER: THAT I
AM CUSTODIAN OF INMATE MEDICAL RECORDS AT THIS INSTITUTION: THAT THE
ATTACHED DOCUMENTS ARE TRUE, EXACT, AND CORRECT PHOTOCOPIES OF
DOCUMENTS FROM _2-3-06_ TO _6-6-07_. THEY ARE MAINTAINED
HERE IN THE INSTITUTIONAL MEDICAL FILE OF ONE _Rodney Dean_
AIS# _244759_; AND THAT I AM OVER THE AGE OF TWENTY-ONE YEARS AND
AM COMPETENT TO TESTIFY TO THE AFORESAID DOCUMENTS ANF MATTERS STATED
THEREIN.

I FUTHER CERTIFY AND AFFIRM THAT SAID DOCUMENTS ARE MAINTAINED IN THE
USUAL AND ORDINARY COURSE OF BUSINESS AT THE FOUNTAIN CORRECTIONAL
CENTER; AND THAT SAID DOCUMENTS (AND THE ENTRIES THEREIN) WERE MADE AT,
OR REASONABLE NEAR, THE TIME THAT BY, OR FROM INFORMATION TRANSMITTED BY,
A PERSON WITH KNOWLEDGE OF SUCH ACTS, EVENTS AND TRANSACTIONS REFERRED TO
THEREIN ARE SAID TO HAVE OCCURRED.

THIS, I DO CERTIFY AND AFFIRM TO IN THIS THE _22nd_ DAY OF
_June_, 20 _08_.

_Debra Marshall_

SWORN TO AND SUBSCRIBED BEFORE ME THIS _22nd_ DAY OF
_June_, 20 _08_.

_William K. Hughes_
NOTARY PUBLIC

MY COMMISSION EXPIRES:
_June 30, 2008_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

NAME: Dean, Rodney
LWR          # 244759
D.O.B. 2/13/55
ALLERGIES: NKA
Use Last      Date 6/6/07

DIAGNOSIS (If Chg'd) Psy consult - (Patient is in SAP
Program - Hx of -
Depression - Please
CCC - asthma      evaluate stability)
Hx. Drug abuse -
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Dean, Rodney
LWR - # 244759
D.O.B. 2/13/55
ALLERGIES: NKA
Use Fourth    Date 6/6/07

DIAGNOSIS (If Chg'd) Psy Consult (To determine
stability -
CC/e - asthma -
☑ GENERIC SUBSTITUTION IS NOT PERMITTED    Halvey ACT

NAME: Dean, Rodney
# 244759
D.O.B. 2/13/55
ALLERGIES: NKA
Use Third     Date 6/4/07

DIAGNOSIS (If Chg'd) 5) OT standing 7 thru 15min x 90 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Dean, Rodney
# 244759
D.O.B. 2/13/55
ALLERGIES: NKA
Use Second    Date 6/2/07

DIAGNOSIS (If Chg'd)
1) Clipper shave pass x 90 d
2)
3) Accordic 48 2 po QID prn
po in x 90 days
4) Zantac 150 BID x 90 days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Dean, Rodney
# 244759
D.O.B. 2/13/55
ALLERGIES: NKA
Use First     Date 5/15/07

DIAGNOSIS
Flexeril 10mg at 4/m pill call
QDay x 10 days
Bengay topical aT BID x 1 month
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55
ALLERGIES: No NSAIDS

Use Last     Date 4/19/07

DIAGNOSIS (If Chg'd)
X-ray ® shoulder

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55
ALLERGIES: NO NSAIDS

Use Fourth     Date 2/28/07

DIAGNOSIS (If Chg'd)
① Clipper Shave Kit X 90 days
② B Actin DS BID X 10d
③ Rifampin 300mg BID X 10days
④ Rev face 2wk
⑤ X-ray thoracic spine

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55
ALLERGIES: NSAIDS

Use Third     Date 9/27/06

DIAGNOSIS (If Chg'd)
① Weights Week/kg X 12wk
② CTM 4mg po BID po X 90d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/55
ALLERGIES: NKA

Use Second     Date 9/15/06

DIAGNOSIS (If Chg'd)
① mark Chart NO NSAID
② ROI for Mr. Burgess and
   ← 905for
   regarding back

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
224759

D.O.B. 2/13/55
ALLERGIES: NKA

Use First     Date 8/24/06

DIAGNOSIS
Dr. Watrin'
Maalox 15cc po bid X 10d
Zantac 1 tab po bid X 10d
to Dr. Pleasant / Watrin

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PRISON HEALTH SERVICES INCORPORATED**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/55
ALLERGIES: NKA

Noted -Lily RN
B-Lily RN
8-19-06
2230

Use Last    Date 8/19/06

DIAGNOSIS (If Chg'd)
Bactrim DS I po Bid X 10 days
Rifampin 300 T po Bid X 10 days
Motrin 600 mg po Tid PRN X 15 days
Schedule to see MD in 2 weeks
T.O. Dr Peasant / B. Lily RN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean Rodney
244759

D.O.B. 2/13/55
ALLERGIES: NKA

Use Fourth    Date 7/19/06

DIAGNOSIS (If Chg'd)
Nsg Profile + Clan

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: DEAN, RODNEY
244759

D.O.B. 2/13/55
ALLERGIES: NKDA

Noted PU
cotonio HP
6-1-06

Use Third    Date 6/1/06

DIAGNOSIS (If Chg'd)
D/c Prozac
A Pamelor 50 mg. po q 9:00 PM till 6/7/06
then D/c Pamelor
Vistaril 50 mg. po q 9:00 PM till 6/7/06
then D/c Vistaril

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    SBanerjee, MD

---

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55
ALLERGIES: NKA

Use Second    Date 6/1/06

DIAGNOSIS (If Chg'd)
1) D/c Prozac
2) A Pamelor 25 mg po q 9:00 PM on 6/7/06
3) then D/c Pamelor on 6/14/06
4) D/c Vistaril on 6/14/06
5) Pamelor 75 mg. po q 9:00 PM till    SBanerjee, MD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
#244759

D.O.B. 2/13/55
ALLERGIES: NKDA

Use First    Date 4/28/06

DIAGNOSIS
Diet    double    portions x 90 d

noted

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

3110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### PHYSICIANS' ORDERS

NAME: Dean, Rodney
2244759

D.O.B. 2/13/58
ALLERGIES: NKDA

Use Last     Date 4/10/06

DIAGNOSIS (If Chg'd)  Admit eee/CVPD
1) Plendyget 60mg po Bid x 2 Wks
2) CTM E 8mg po QD x 2Wks
3) Proventil inhaler 2 puffs Q4H PRN @ 6mo
4) thurabil 600mg po Bid x 30d
5) Hepat B profile - HCV-AB-
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
#244759

D.O.B. 2-13-55
ALLERGIES: NKDA

Use Fourth     Date 3/21/06

DIAGNOSIS (If Chg'd)
Mucinex 600mg PO BID x 7days
Tylenol 1000mg PO BID x 3days
CTM 8mg PO BID x 7days
Sudafed 60mg PO BID x 7days
Erythromycin 800mg po TID x 7days
☐ GENERIC SUBSTITUTION IS NOT PERMITTED  4/o Rayapati /Gypl LPN

---

NAME: Dean, Rodney
244759          3/6/06
                1005A
D.O.B. / /       noted
ALLERGIES:  NKDA

Use Third     Date 3/6/06

DIAGNOSIS (If Chg'd)
① Tylenol 650mg p.o. BID x 14d PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/55
ALLERGIES:  NKDA

Use Second     Date 2/24/06

DIAGNOSIS (If Chg'd)
① Bactrim DS ī p.o. BID x 7d (start P. uti; c&s)
② Tylenol 650mg p.o. BID x 7d PRN
③ UA; c&s (today plase) 2M6
④ Flu OPC ī wk
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Dean, Rodney
244759

D.O.B. 2/13/55
ALLERGIES: NKDA

Use First     Date 2/24/06

DIAGNOSIS
CHO; CMP, EKG, RSA, CXR
Eye Clinic Referral
MH Referral 5/4at done
RHdone CRNP / Dedell
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY

**MHM Correctional Services, Inc.** 

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

NAME:

D.O.B.:    /    /

ALLERGIES:

Use Last    Date:    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.:    /    /

ALLERGIES:

Use Fourth    Date:    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.:    /    /

ALLERGIES:

Use Third    Date:    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.:    /    /

ALLERGIES:

Use Second    Date:    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Dean, Rodney  #244759

D.O.B.: 2/13/55

ALLERGIES: NKA

Use First    Date: 2/24/06

DIAGNOSIS  Major Depression

① Vistaril 50j po Now x 7 — done
② Prozac 2uj po New x 7 — done
③ Prozac 2uj po x hs x 90d
④ Vistaril 50j po hs x 90d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PRISON HEALTH SERVICES INCORPORATED**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

NAME: R

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Last     Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Fourth     Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Third     Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Second     Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Dean, Rodney
244759

D.O.B. 2/13/55
ALLERGIES: NKDA

Use First     Date 6/6/07

DIAGNOSIS
Zantac 150 mg Bid x 90 days
VORB A Bruce CRNP / SMul LPN
Noted SMul LPN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Dean, Rodney | D.O.B.: 2/13/55 |
|-----------|------------------------------|------------------|

5/3/07
0800 — WT-147# B/P-130/70 T-97.6 P-82 R-18
C/o Neck/head/shoulder discomfort

S: 52 wm fr SC as above states has had pain to
Neck/shoulders x 30pw refuses tylenol
and NSaids upset stomach Hx smoking
reports MVA ō trauma 15-20 yrs ago request
to see orthopedic fr eval today

X-Ray 2/07
Scoliosis upper thor
spine ō hypertrophic
D'z noted by x-ray

O: NAD Ambulates slowly to HCU
AAOx3 HEENT Eom: Pupils neck ↓ Rom, Supple
Spinal process Slight curvature of spine noted
TTP at 4-6 thoracic area · reports reg BM's ē Ø Dysuria

A: chronic shoulder, BACK neck Pain
scoliosis - x-ray

P: flexeril 10mg po Qhs at 4PM pill call x 10 days
Bengay oint topical Rub to shoulder neck BACK
BID x 1 month — KOP, will consult ↗ ō MD Re refused
RTC PRN                    Hay, LPN

---

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

6-4-07 wt 144, T 98'8, R 18, P 68, B/P
110/70, O₂Sat 98%, F/u

③ 52 yo wm c/o back & shoulder pain for years.
Also c/o shoulder pain. pt want renewal of Shoe
profes

② Alert NAD    Force ē arm score FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
Flexes Neck ē difficulty    NOT TO BE PHOTO COPIED
Shoulder ē crepitus
    - Xray of shoulder → ⊖
    - thoracic spine — Scoliosis upper
                thoracic spine

Ⓐ scoliosis of thoracic spine
Ⓟ Typ(?) percogesic tb₈
    shoe profile
    zantac.

℗ poc                        [signature]

6/8/07 Spoke ē Im regarding SAP program - he
11:30 States need pain medication for
back                        Chauvez, cm



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Dean, Rodney 244755          D.O.B.: 2/13/ |
|---|---|
| 9-28-06 | WT 148    T 97⁸    P 67    R 20    B/p 120/70 |
|  | S- "CCC DUL" |
|  | Peak 300, 300, 360  O₂ 97% |
|  | See CCC note 9/28/06 |
| 12/20/06 | CCC ———————————— |
| 2.28.07 | WT. 149.5    P 90    T 96.⁸    B/p 100/80    R 20 |
|  | C/o Shaving Profile/Back Pain |
| EOS T 2008 | ⑤ 52 y/o c/o chronic back pain started 38 mnths ago. |
|  | In prison × 2 years, + at Kilby × 1 mnth + |
|  | here × 11 mths. I feel like somebody beat |
|  | me across my back with a stick. Sometimes |
|  | I feel like my body collapse. I have a |
|  | letter from my Chiropractor + I have 2 more |
|  | coming. I been seeing Chiropractor last 25 years |
|  | Hurt my back lifting file cabinet in service |
|  | in 12/1973 |
|  | Ⓞ their esthenic w/o  NAD |
|  | Walks on heels + toes ē difficulty |
|  | ~~Both~~ ⓪ Bends + squats s difficulty |
|  | lungs cl |
|  | Ht 5m gr. |
|  | Abd soft |
|  | BACK - TTP thoracic spine |

| Date/Time | Inmate's Name: Dean Rodney          #244759    D.O.B.: 2/13/55 |
|-----------|---------------------------------------------------------------|

2/28/07 — Face ē several pustules.
Old acne scar of face.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(A) Back pain chronic — thoracic spine
— See letter Dr. Dale Burgin - DO
— Razor bumps / Acne / pustules of face
today

(P) Clyzer profile
X-ray Back
Bacterin DS / Refungin

(Q) Tx plan

3/28/07  ccc

4/19/07  Wt-150#  B/p - 100/80  T- 98.6  P-94  R-18
0800  C/o back / shoulder

(S) Pt C/o upper back + ® shoulder pain. Has
had 4 pain ē starting small engine (lawn mower)
(O) alert NAD
TTP — upper thoracic spine.
↓ROM of ® shoulder ē Abduction of arm.

(A) Chronic pain upper thoracic spine
X-ray Shows Scoliosis of
some hypertrophic
changes

(R) shoulder pain ē ↓ROM.
(P) Pt does not want tylenol products
— NSAIDs has caused pain in stomach
— He will want to see Chiropractor
in future — for right now ↓ meds
— X-ray ® shoulder.

(C) Tx plan



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Dean, Rodney | D.O.B.: 2 1/3 55 |
|-----------|------------------------------|-------------------|

4-10-06  WT. 154# BP 120/98 P 100  R 22  T 98°  O2SAT 94%  dizziness,

weak.                    5↓7/0

⊘ dizzy —

            2 weeks          frequently         Used
    weakness —             of medication       Cocaine
    smokes.                                    Marijuana —

○/E    Tender over ® frontal sinus

        Cong. Nasal Mucosa

        Lungs + ht.           ○ Carotid bruit

            all rahs—

            No wheeze

        CV - NPR

        Old exam M

(A)   dizzi spells ē hyperal cond

    acute or allergic chr. allergic sinusitis

(P)   Sudafed / OTM —

(A)   Quit Smoking,

                    /R̶

4.

#24" 759

| Date/Time | Inmate's Name: Dean, Rodney | D.O.B.: 2/3/55 |
|---|---|---|
| 4/27/06 0800 | WT-154    B/p-100/70    T-97⁸    P-105    R-18 CCC/Pul | |

9-5-06  WT 147   P 94   T 98.8   B/p 100/60 R

c/o sore on back

Ⓢ At Coney pl. itching Need Heat to Stop
itchin became of the pain. Still c/o pain
in shdr.

Ⓞ Ⓐ Back sore resolving - Sl redness in are
Ⓐ Ⓐ Back sore resolved
Ⓟ monitor prn · Return prn

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

9-28-06  WT        B/p        P        R        T
S. "CCC Pul" _____



**PRISON HEALTH SERVICES INCORPORATED**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Dean, Rodney | D.O.B.: / / |
|---|---|---|

**2/24/06**
**1225**

general new intake - C/o urinary
hesitancy, frequency, + Back / abdominal
pain x ~ 1 wk.

VSS; Afe x 3

PE - unremarkable x̄ ⊕ Ⓑ CVAT

A/P: 1) ~~UTI~~ UTI
- Bactrim / Tylenol
- ↑ fluid
- UA / C&S
F/u ī wk
E: Tx prn

B____

**3/6/06**
**0845**

F/u    LABS.   UA/C&S, CBC, chem - 14 →
all grossly WNL
States, "I'm getting better."
Symptoms slowly resolving
Cont. Tylenol x 14d (per request)
F/u PRN
E: Tx prn

B____



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Rodney Dean_    Date of Request: _5-29-07_
ID # _244759_    Date of Birth: _2-13-55_    Location: _____
Nature of problem or request: _Need to Update A Shaving Profile_
_Pain still exist in upper shoulder's + Neck._

_Rodney Dean_
/Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5/30/07_
Time: _11:30_ (AM) PM
Allergies: _NSAid._

| RECEIVED |
| --- |
| Date: 5-30-07 |
| Time: 8:10 a.m. |
| Receiving Nurse Intials T.S. |

**(S)ubjective:**

**(O)bjective   (V/S): T:** ___ **P:** ___ **R:** ___ **BP:** ___ **WT:** ___

**(A)ssessment:** _pen not tea b_

**(P)lan:** _HCu monday — 6/4/07 @ 7am fac MD appt._

Refer to: (MD/PA)   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Ellis R N_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

Nursing Evaluation Tool:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
General Sick Call
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: Dean
Rodney

Inmate Number: 344759
Date of Birth: 2/13/55

Date of Report: 5/30/07
Time Seen: 11:30 AM/PM

**Subjective:** Chief Complaint(s): Need to renew Shaving Profile.

Onset: Expired 5/28/07

Brief History: Need to renew Shaving Profile And
Still having Pain in Upper Shoulder
and neck.

**Objective:** Vital Signs: (As Indicated) T: 99  P: 88  RR: 18  B/P: 100/60

Examination Findings: Wt #140  O2 Sat 96%  Consult written
to Dr. Peasant concerning neck shoulder
+ low pain by CRNP.

**Assessment:** (Referral Status) Preliminary Determination(s): Alt. in Comfort

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☒ Other: Neck, Shoulder + Back.

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Dr. Peasant  Date for referral: 6/4/07

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ___  Time 5/31/07

Name: J. Adis, RN



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Rodney Dean _____ Date of Request: 4-30-07 ____
ID # 244759 _____ Date of Birth: 2-13-55 Location: F 151 A ____
Nature of problem or request: Cronic Neck pain, headaces and dizzeness

_____

_____

Rodney Dean ____
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 4/30/07 ____
Time: 1:35 AM (PM)
Allergies: N S A, Q.

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** See nrt tab

**(P)lan:** HCU Thursday 5/3/07 @ 7am for CRNP appt.

Refer to:   MD (PA)  Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS

Nursing Evaluation Tool: Headache

Facility: Alabama Department of Corrections

Patient Name: _Dean_ ___Rodney___

Inmate Number: _244759_ (Last)    Date of Birth: _12/13/55_ (First / MM DD YYYY ML)

Date of Report: _4/30/07_ (MM DD YYYY)    Time Seen: _1:30_ AM/PM (Circle One)

**_Subjective:_** Chief Complaint(s): _Headache, Neck_

Onset: _2 month ago_ ☐ New Onset ☐ Sudden ☐ Gradual ☑ Chronic

Activity prior to onset:

History: _wake up from morning pain to bone Neck, dizzy_
(Continue on back if necessary) _spells, comat stand up hurts worse in Am_ ☐ Check here if additional notes on back

Pain Scale: (1-10) _3_    Duration of Pain: _30 sec._    Does anything relieve the pain? _walking_

Description of Pain: ☐ Throbbing ☐ Sharp ☑ Pressure ☑ Dull/Achy ☐ Other: _____

Location of pain: _neck, head, shoulder_    Radiation: ☐ No Radiation ☑ Radiation to: _top of shoulder, face_

Associated Symptoms: Nausea ☑ NO ☐ YES    Vomiting ☑ No ☐ Yes (x____)    ☑ Visual Changes ☐ Photophobia _OK?_
☑ Dizziness ☐ Sinus Problems ☐ Other: _____

Worst Headache: ☑ NO ☐ YES    Prior Headache history: ☐ NO ☑ YES

History of Head Injury? ☑ NO ☐ YES(If Yes): LOC? ☐ NO ☐ YES Confusion: ☐ NO ☐ YES ☐ Seizures: ☐ NO ☐ YES

Meds taken: ☑ NO ☐ YES _____    Trauma sustained in altercation with custody staff, or other inmate? ☑ NO ☐ YES (Requires notification of correctional staff)

**_Objective:_** Vital Signs: (As Indicated) T: _99_ P: _83_ RR: _20_ B/P: _104/86_

General Appearance: ☐ No acute distress ☐ Alert ☐ Oriented x____ ☐ Confused ☑ Lethargic
☐ Irritable / Agitated    ☐ Normal facial symmetry ☐ YES ☐ NO:

Skin: ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy    Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Pupil: ☑ PERRL ☐ Pupils unequal/abnormal: _____

Neck: ☐ Supple with no meningeal signs ☑ Stiff neck

Musculoskeletal: ☐ Symmetric with no weakness ☐ Asymmetric/Weakness: _____
Gait: ☐ Able to walk/normal gait ☐ Difficulty walking or abnormal gait

Signs of substance abuse: ☐ NO ☐ YES: _____

☐ Additional Examination: _WT # 148 O Sat 97% ® Hand Shoulder_
(Continue on back if necessary) _x-ray done 4/20/07 neg study_

**_Assessment:_** _(Referral Status)_    Preliminary Determination(s): _alt. in comfort_
☐ Referral **NOT** Required

☑ Referral **Required** due to the following: (Check all that apply)
☐ Abnormal Vitals    ☐ Visual disturbances    ☐ Dizziness    ☑ Recurrent Complaint (More than 2 visits)
☐ Altered mental status    ☐ Unequal pupils    ☐ Nausea/vomiting,
☐ Recent Head Injury    ☐ + Meningeal signs    ☐ B/P systolic > 160, diastolic > 95
Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Instructions to return if condition worsens.    ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other: _____
OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po pm x 2 days) ☑ NO ☐ YES (If-Yes-List) _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Chmp. S. Floyd_    Date for referral: _5/31/07_ (MM DD YYYY)

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted)? _____    Time _____

x _Nadia RN_    Name: (Printed) _S. Willis RN_



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Rodney Dean_      Date of Request: _4-17-07_

ID # _244759_      Date of Birth: _2-13-55_ Location: _F15 1A  J/s_

Nature of problem or request: _Back Pain, Across my back just below_
_my shoulder blades. Spreads sometimes to upper shoulder's_
_And neck. At times get very dizzy._

                          _Rodney C. Dean_
                                    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _4/18/07_
Time: _12:24_ AM/(PM)
Allergies: _N. Dad_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S):   T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:** _See next tool_

**(P)lan:** _HCU. Thursday 4/19/07 @ 7 Am far_
_MD appt._

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE

Check One:   ROUTINE (X)    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

                     _RN_
                     _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation Tool:                                    Back Pain

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: _Dean_                    _Rodney_
                                          First

Inmate Number: _244759_          Date of Birth: _2 / 13 / 55_
                                                  MM  DD   YYYY

Date of Report: _4 / 18 / 07_     Time Seen: _12.06_  AM (PM) Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): _feel pain across back to shoulders_

Onset: _Chronic_

☐ New onset   ☒ Chronic condition exacerbation

Pain Scale: (1-10) _____   Type: ☐ Sharp ☐ Dull ☐ Intermittent ☐ Constant   Numbness: ☐ No ☐ Yes

Location of Pain: _____           Radiation of pain: ☐ No ☐ Yes to: _____

History: _Don't want medication, just want a chiropractor_
(Continue on back if necessary)
_to adjust my back, did not take medicine I_
_first injured my back_                               ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☒No ☐ Yes  Nausea ☒No ☐ Yes  Vomiting ☒No ☐ Yes
                     Increased urination? ☒No ☐ Yes  Pain with cough/breathing? ☒No ☐ Yes

**Objective:**  Vital Signs: (If Indicated) T: _994_  P: _94_  RR: _16_  B/P: _100 / 80_

Back Exam:  ☒ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion

Additional Findings: ☒ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other

Elaborate positive findings: _Pt. does not want any medication_
_for pain, would like to have back adjusted_
                                                      ☐ Check Here if additional notes on back

Lower extremities: ☐ Normal  ☐ Abnormal (Describe): _____
Pedal pulses:  ☒ Present  ☐ Absent

☐ Additional Examination: _Rt. 15 / 1 O₂ Sat 95% Chiropractic manipulation_
(Continue on back if necessary)
_as what F.m. requesting_
                                                      ☐ Check Here if continued on back

**Assessment:** (Referral Status)
    ☐  Referral **NOT** Required           Preliminary Determination(s) _Pt. in Comfort_
                                                                        _R/o above._

    ☒ Referral **Required** due to the following: (Check all that apply)
       ☐ Loss of sensation        ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
       ☐ Prior malignancy         ☐ Presence of WBCs from dipstick
       ☒ Other: _Injury_

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _Mt. Pleasant_         Date for referral: _4 / 19 / 07_
                                                                                        MM  DD  YYYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____         Time _____

X _J. Adis RN_                    Name: _J. Adis, RN_               _4/19/07_
   Nurse's Signature                      Printed



PRISON HEALTH SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Rodney Dean_    Date of Request: _2-22-07_
ID # _244759_    Date of Birth: _2-13-55_ Location: _F151A_
Nature of problem or request: _light headed dizzy spells — Pain in Back_
_Below Shoulder Blades_
_— Face broken out with sores from excessive shaving —_

_Rodney Dean_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 2/23/07 |
| Time: 8.30 |
| Receiving ~~Nurse~~ Intials DS |

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )        EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 3/21/06 1655 | Received new inmate to HCU. Orientation completed et inmate is cleared for kitchen duty. Inmate states he has had chickenpox, mumps et measles as a child. — JCpolin LPN |
| 9-6-06 | Pt No show for MD appt 9-6-06 release of responsibility signed - Sims |
| 12/21/06 50? | Final art Completed 10-05-06 — 12-21-06 147, 150, 148, 151, 148, 150 147, 148 152, 150, 150 152 — K. Lee RN |
| 2-23-07 0825 | Annual physical complete. TB skin test given RFA. To see MD 2-28-07 Pt rectal exam for APY. — C. Hunter, RN — |
| 2-23-07 0825 | Scheduled to see eye MD per APY 750. C. Hunter, RN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Dean, Rodney | 244759 | 3/13/55 | W/m | VCF |

PHS-MD-70049
Complete Both Sides Before Using Another Sheet



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Rodney Dean_ ___ Date of Request: _8-24-06_
ID # _244759_ ___ Date of Birth: _2-13-55_ Location: _10 A 31 B_
Nature of problem or request: _In reference to prior sick request_
_I cannot take the medication. I have severe stomach_
_cramps and gastric gas. Similar to my multiple stomach ulsers_
_at acting up. (8-19-06_
_B. Luke RN)_ ___ _Rodney Dean_
                                                            _Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _8/24/06_
Time: _11:25_ (AM) PM
Allergies: _NKDA_ .

| RECEIVED |
| --- |
| Date: _8-24-06_ |
| Time: _8:30_ |
| Receiving Nurse Intials _DS_ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** ___ **P:** ___ **R:** ___ **BP:** ___ **WT:** ___

**(A)ssessment:** _See Nt teal_

**(P)lan:** _Anti Ulcer Ordered_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO ~~Abdominal Pain~~

**PHS**

Nursing Evaluation Tool:

Facility: BBB

Patient Name: _Dean_                 _Rodney_
                                      First
Inmate Number: _294759_              Date of Birth: _2 11 3 55_
                                                      MM DD YYYY MI
Date of Report: _8 124 106_          Time Seen: _11:25_ (AM) PM  Circle One
                 MM DD YYYY

_Subjective:_ Chief Complaint: _Stomach Pain_

Onset: _3 days_

History: _Dx c multi stomach ulcers, the med [inton]_
(Continue on back if necessary) _I was given, that had a white pill into my stomach healing_

Pain Description: ☐ Sharp  ☐ Dull  ☒ Crampy  ☒ Burning        Location: ☒ RUQ    ☐ LUQ
☐ Intermittent  ☒ Constant  ☐ Radiation to: _____                    ☒ RLQ    ☐ LLQ
☐ Other: _____                            ☒ Epigastric  ☐ Diffuse

Last BM: _____  ☒ Normal ☐ Constipation ☐ Diarrhea x ____ stools  Color change: ☒ No ☐ Yes: _____
Associated symptoms: Nausea ☒ No  ☐ Yes  Vomiting ☒ No ☐ Yes (x _____)  Painful urination ☒ No  ☐ Yes
                     Back pain  ☐ No  ☐ Yes  Other: _____

~~FEMALE: LMP:~~ __ / __ / __   ~~Vaginal Discharge:~~ ☐ No  ☐ Yes (Describe): _____
                 MM DD YYYY
Pregnancy Test: negative / positive / NA (Circle One)  * The possibility of pregnancy exists for any female of potential childbearing age unless a
                                                        bilateral oophorectomy or hysterectomy has been performed.

_Objective:_ Vital Signs (If Indicated) T: _98.6_ P: _89_ RR: _20_ B/P: _90 / 70_

General appearance: ☐ No acute distress ☒ Acute distress  ☐ Unable to stand erect  ☐ Knees drawn up

Skin: ☒ Warm  ☐ Cool  ☒ Dry  ☐ Moist/clammy   Skin Color: ☐ Normal  ☒ Pallor  ☐ Flushed  ☐ Jaundice
Mucous Membranes:        ☒ Moist   ☐ Dry

ABDOMINAL EXAM
Bowel sounds: ☒ Present  ☐ Decreased  ☐ Absent
Abdomen: ☒ Soft ☐ Guarding ☐ Distended        ☐ Non-Tender  ☐ Tender _____
                                                                        Location
Pain induced/increased with: Walking ☒ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☐ Yes
☐ Additional Examination: _all Qs q 95% ulcers Npd related to_
(Continue on back if necessary) _Pressure into GI + draining ulcers_

_Assessment:_ (Referral Status)
☐ Referral **Not Required**          Preliminary Determination(s): _Alt. in Health_
                                                                   _comfort._
☒ Referral **Required** due to the following: (Check all that apply)
   ☐ Abnormal Vital Signs          ☐ Distended/rigid abdomen
   ☐ Bloody or Tarry stools        ☐ Pallor, moist, clammy skin    ☒ Persistent Nausea and/or vomiting
                                                                   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
   ☒ Other: _Anti acid ordered_
         You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

_Plan:_              ☒ Instructions to return if condition worsens or does not improve
Check All That Apply  ☒ Education on bowel elimination    ☒ Education on Lifestyle Modifications to prevent reflux
                     ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which
                        they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal
                        pain, fever.) as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
                     ☐ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☒ Maalox 30 cc PO X1 dose
                     ☐ Other OTC Medications given  ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _____                      Date for referral: __ / __ / ____
                                                                                            MM  DD  YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _Dr Pleasant_  Time _____

X _Adis RN_                          Name: _J. Adis SLN_
   Nurse Signature                          Printed

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| ADMISSION DATE 8 /19/06 | TIME 2200 ☐AM ☒PM | ORIGINATING FACILITY Ventress ☐SIR ☐PDL ☐ESCAPEE ☐____ | ☐SICK CALL ☐EMERGENCY ☒OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION ☐GOOD ☒FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP 98² (ORAL)/RECTAL    RESP. 20    PULSE 80    B/P 98/70    RECHECK IF SYSTOLIC ____/____ <100> 50

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

S- I felt a sore spot on my back 4 days ago. Then it turned into a bump. I put Benzoyl Peroxide on it but it swelled up real big & it hurts. I have the Benzoyl for my face.

O- Gm bulated to NCU. A/O X 3. Skin W/D. 5cm indurated area to left lower back, 1cm opening to center. Surrounded by 10cm redness. Able to expell small amt thick red & yellow secretions. Culture of drain-

PHYSICAL EXAMINATION

-age obtained. Pain @ site of abscess only. Denied N/V, fever or chills. No red streaks, no odor, no increased warmth. Tender to touch & red. Cleaned c̄ H₂O₂ & covered c̄ gauze & tape
A- Impaired Skin Integrity.
P- Report to MD C/O & assessment. Orders received & given as ordered. Instructed hand washing before & @ touching area. Keep covered while open.



PROFILE RIGHT OR LEFT

left Abscess

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Bactrim DS ī po bid X10d | 2215 | BL |
| Rifampin 300mg ī po bid X10d | 2215 | BL |
| Motrin 600mg po tid PRN X15d | 2215 | BL |
| Drsg D/c @ 4x call X7d | — | BL |
| F/U appt. in 2 wks. - scheduled 9/04 | | BL |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return to NCU if condition worsens & for drsg. F/U MD appt. Pill call times D/c, Pill call times

| DISCHARGE DATE 8 /19/06 | TIME 2230 ☐AM ☒PM | RELEASE / TRANSFERRED TO ☒DOC ☐AMBULENCE ☐____ | CONDITION ON DISCHARGE ☒SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE B. Leila RN | DATE 8-19-06 | PHYSICIAN'S SIGNATURE _____ | DATE 8/21/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Dean, Rodney Cecil | DOC# 244759 | DOB 02-13-55 | R/S W/M | FAC. VCF |
|---|---|---|---|---|

(White - Record Copy, Yellow - Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Rodney Dean     Date of Request: 7-14-06
ID # 244759     Date of Birth: 2-13-55 Location: 10 A 38 B
Nature of problem or request: Face Brake Out Bad from to much
shaving, I think. Cellulitis
← Need Profile for double portions renewed. →

_Rodney C. Dean_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 7/14/06
Time: 1:50 AM PM
Allergies: NKDA.

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** See Net toe l

**(P)lan:** Report to HCU - wednesday 7/19/06
for MD appt
Tx for benzoyl H₂O₂.

Refer to: MD/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)     EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on-call notified:   Yes ( )   No ( )

_____, RN
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL General Sick Call
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: _Dean_  _Rodney_
First                Last

Inmate Number: _244795_

Date of Birth: _2 / 13 / 55_
MM   DD   YYYY

Date of Report: _7 / 14 / 06_
MM   DD   YYYY

Time Seen: _1:50_  AM / (PM) Circle One

**Subjective:** Chief Complaint(s): _Face break out bad from to much Shaving_

Onset: _Approx 3 yrs a g_

Brief History: _(illegible) had Problem c face Ant Shaving_
(Continue on back if necessary) _since head (illegible) being locked up._
_Needan Extension for Double Potion._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _96.8_  P: _77_  RR: _20_  B/P: _95 / 70_

Examination Findings: _Wt # 150½  97%  (illegible) on face chin_
(Continue on back if necessary) _area. infected._

(17)

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)     Preliminary Determination(s): _Skin integrity altered_
☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☒ Other: _Shaving Profile_
_Double Potion Profile._

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: _Benzyl H2O2 1-Btl  KOP_
(Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. W. Barnes._    Date for referral: _7 / 17 / 06_
MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _J. Actis RN_
Nurses Signature

Name: _J. Actis, RN_
Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Rodney Dean    Date of Request: Apr 6. 06

ID # 244759    Date of Birth: 2-13-55 Location: 9B 28T

Nature of problem or request: I have dizzy spells and feel very weak at time. I think I an Anemic or Hypoglycemic

I would like to see Mrs Floyd

_Rodney Dean_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 4/7/06
Time: 1145 (AM) PM
Allergies: NKDA

RECEIVED
Date: 4/7/06
Time: 9:00
Receiving Nurse Intials DS

**(S)ubjective:**

**(O)bjective** (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____

**(A)ssessment:** _pt not toal_

**(P)lan:** _Report to HCU Monday 4-10-06 @ 8 am for appt. c MD ._

Refer to: (MD) PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

_Signature_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**Nursing Evaluation Tool:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL General Sick Call
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: _Dean_                    First: _Rodney_

Inmate Number: _244 75⁵⁹_              Date of Birth: _2 / 13 / 155⁰_  MM DD YYYY

Date of Report: _4 / 17 / 06_  MM DD YYYY       Time Seen: _1845_  AM / PM  Circle One

_Subjective:_  Chief Complaint(s): _Having Dizzy Spells, Head Spinning_

Onset: _2-10 days ago_

Brief History: _51 yr old w/m. c/o head spinning don't think_
(Continue on back if necessary) _he is getting enough to eat and not enough time to eat._

☐ Check Here if additional notes on back

_Objective:_  Vital Signs: (As Indicated) T: _99.6_  P: _97_  RR: _18_  B/P: _100 / 80_

Examination Findings: _wt # 54  O₂ sat 96%  very flat mood. Sad_
(Continue on back if necessary) _appearance. wt loss of 1½ lb in less than a month._

_Assessment: (Referral Status)_  Preliminary Determination(s): _Pt. in Health Complaint_
                                                                  _Rt. Above Statement_

☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _To Evaluate Diet Need for more food_
    _Dizziness_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☒ Other: _Dr. Appt_
    (Describe)

OTC Medications given  ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Rayapati_          Date for referral: _4 / 18 / 06_  MM DD YYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _____ RN        Name: _J. Adis RN_
   Nurses Signature                        Printed

Nursing Evaluation Tool:

**Upper Respiratory Complaints**

FOR PROFESSIONAL CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

Facility: Ventress Correctional Facility

Patient Name: Deen, Rodney
_____Last_____ First _____ MI

Inmate Number: 244759

Date of Birth: 2 / 13 / 55
MM / DD / YYYY

Date of Report: 3 / 24 / 06
MM / DD / YYYY

Time Seen: 1655  AM **PM** Circle One

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☐ Sneezing ☑ Sore Throat ☐ Swollen Glands ☑ Headache ☑ Fever
(Check All That Apply)
☐ Malaise ☑ Earache  Cough: ☐ No ☑ Yes: ☑ Non-productive ☐ Productive (sputum description): _____
☐ Other: _____

Onset: Friday morning _____

History: _____
(Continue on back if necessary)

History of Asthma: ☑ No ☐ Yes     Cardiac/CHF history: ☑ No ☐ Yes     History of HIV Disease: ☑ No ☐ Ye
☐ Check Here if additional notes on back

**Objective:** Vital Signs: (If Indicated) T: 024  P: 131  RR: 20  B/P: 106 / 60

Eyes: ☑ Clear ☐ Watery ☐ Injected (red)  Drainage: ☑ No ☐ Yes: _____ Ja

Nose: Congestion: ☐ No ☑ Yes  Drainage: ☐ No ☑ Yes: Clear

Throat examination: ☐ Normal ☑ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☑ Normal ☐ Enlarged Lymph Nodes

Lung sounds:

| | Right | | Left |
|---|---|---|---|
| Clear | ☑ | | ☑ |
| Diminished | ☐ | | ☐ |
| Crackles | ☐ | | ☐ |
| Rhonchi | ☐ | | ☐ |
| Wheezing | ☐ | | ☐ |

☐ Additional Examination: _____
Continue on back if necessary)

**Assessment: (Referral Status)**
☑ Referral NOT Required
☐ Check Here if continued on back

Preliminary Determination(s): Alt in Comfort

☐ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs ☐ Inability to swallow ☐ Significant shortness of breath ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam ☐ Significant Wheezing which does not improve with inhaler ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake ☑ Warm saline gargles PRN
☑ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

☐ OTC Medications given ☐ NO ☑ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____ Date for referral: ___/___/___
MM / DD / YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X J Appling LPN
Nurses Signature

Name: T. Appling LPN
Printed

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECEIVED: Inmate/Health Record

Institution: VCF

Date: 3/2/06  Time: 1655  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: L CF

Date: 3/2/06  Time: 1848  AM/PM

RELEASE FROM:
- [ ] Infirmary
- [ ] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKDA

PHYSICAL EXAMINATION

Date of last exam: 2/24/06

Chest X-Ray Date: _____ Result: _____

PPD Reading  0 mm 2/25/06

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 2/24/06 | [x] | [ ] |
| Urinalysis | 2/24/06 | [x] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [x] | [ ] |
| Dental Prosthesis | [ ] | [ ] |
| Hearing Aide | [ ] | [ ] |
| Other Prosthesis | [ ] | [ ] |

J Gyplin LPN
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Vistril 50
Prosal 20

MEDICATIONS  [x] Sent w / inmate  [ ] Not sent w / inmate
X-RAY FILM  [ ] Sent w / inmate  [x] Not sent w / inmate
HEALTH RECORD  [ ] Sent w / inmate  [ ] Not sent w / inmate
Released to: _____

Date: 3/2/06  Time: 1850  AM/PM

MEDICATIONS  [ ] Received  [ ] Not Received
X-RAY FILM  [ ] Received  [ ] Not Received
HEALTH RECORD  [x] Received  [ ] Not Received

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: _____

CHART REVIEWED  [x] YES  [ ] NO
Received by: J Gyplin LPN
Signature of Receiving Nurse
Date: 3/2/06  Time: 1655  AM/PM

FOLLOW-UP CARE NEEDED  Date  Time  With Whom - - Location (Sending Nurse)  Date/Appt. Made w/Whom (Rec. Nurse)

- [ ] Medical
- [ ] Dental
- [ ] Mental Health

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

HISTORY
| | Yes | No |
|---|---|---|
| Drug Use | [x] | |
| Mental Illness | [x] | |
| Suicide Attempt | | [x] |
| Chronic Care | [x] | |

STATUS
| | | |
|---|---|---|
| Special Diet | | [x] |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

SKIN
| | Yes | No |
|---|---|---|
| Open Sores | | [x] |
| Lice | | [x] |
| Edema | | [x] |
| Warm & Dry | [x] | |
| Cool & Moist | | [x] |

CONDITION
| | | |
|---|---|---|
| Alert | [x] | |
| Oriented | [x] | |
| Uncooperative | | |
| Depressed | | |

INTAKE

Sick Call Procedures Explained  Yes
Height  6'0"
Weight  155.2
Blood Pressure  106/60
Temperature  102.4
Pulse Resp.  131/20
Other  02 93 90

Signature of Nurse Completing Assessment (Sending Nurse)  Date

3/2/06
Date

J Gyplin LPN
Signature of Intake Screening Nurse (Receiving Nurse)

3/2/06
Date

INMATE NAME (LAST, FIRST, MIDDLE)
Dean, Rodney Cecil

DOC#  244759
DOB  2/13/55
Race/Sex  W/M
FAC.  KCF

PHS-MD-70009



PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean Rodney_

Date of Birth: _____ Social Security No.: _244759_

Date: _9-6-06_ Time: _16 20_ AM **P.M.**

This is to certify that I, _Dean Rodney_ , currently in
(Print Inmate's Name)

custody at the _____ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _I didn't Come I saw_
(Specify in Detail)
_the Dr yesterday, NOS for MD appt 9-6-06_

   I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Rodney Dean_
(Signature of Inmate)**

_E Johnson LPN_
(Witness)

_A Mark_
(Signature of Medical Person)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

Facility Name: _Ventress_

Month/Year of Charting: 5/07

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Flexeril 10mg
po daily x10d

3p → N9 9 9 9 N N ni BL←

Start Date: 5-3-07    Prescriber: Floyd, CRNP
Stop Date: 5-13-07    RX #:

Bengay Ointment
Apply BID x30d

K
O
P

85 (3 small tubes given)

Start Date: 5-3-07    Prescriber: Floyd, CRNP
Stop Date: 6-3-07    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis: NKA

Allergies:

Housing Unit:
Patient ID Number: #244759
Patient Name: _Dean Rodney_

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| O Stark, LPN | TS | B. Liebe RN | BL | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| F. Smith, Lpn | JN | | | 6. Self Administered |
| M xxx, MD | MD | | | 7. Medication out of stock |
| | | 5/12/ | | 8. Physician visit |

Facility Name: _Ventress Corr Facility_    Month/Year of Charting: _3/07_

Bactrim DS po Bid
x10d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: _2/28/07_    Prescriber: _Peasant M.D._
Stop Date: _3/10/07_    RX #:

Rifampin 300mg po
Bid x10d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: _2/28/07_    Prescriber:
Stop Date: _3/10/07_    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | _B. Little RN_ | _BL_ | 1. Discontinued Order |
| Allergies _NO NSaids_ | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: _Population_ | | | | | 5. Lock Down |
| Patient ID Number: _247959_ | | | | | 6. Self Administration |
| | | _Faith_ | _H. Benefield_ _MB_ | | 7. Medication out of Stock |

Allergies _NO NSaids_

Facility Name: _Ventress Corr. Facility_    Month/Year of Charting: _2/07_

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _Bactrim DS po Bid x 10days_ | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: _2/28/07_    Prescriber: _Peasant M.D._
Stop Date: _3/10/07_    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _Rifampin 300mg po + Bid x 10day_ | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: _2/28/07_    Prescriber: _Peasant M.D._
Stop Date: _3/10/07_    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies _NO NSaids_ | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | _population_ | | | | 5. Lock Down |
| | _384759_ | | | | 6. Self Administered |

| Facility Name: Ventress Correctional Facility | | Month/Year of Ordering: 12/06 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| Chlorpheniramine Maleate 4MG Tab 60.00<br><br>Take 1 tablet(s) by mouth twice daily as needed | 8A | FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTO COPIED |
| | 8P | |

Start Date: 09-29-2006       Prescriber: Peasant, J.

Stop Date: 12-27-2006        RX #: 251982956

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| | | |

Start Date:            Prescriber:

Stop Date:             RX #:

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| | | |

Start Date:            Prescriber:

Stop Date:             RX #:

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| | | |

Start Date:            Prescriber:

Stop Date:             RX #:

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| | | |

Start Date:            Prescriber:

Stop Date:             RX #:

Diagnosis

Allergies
NKA

Housing Unit:       Population
ID Number: 244759

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Starks Lpn | JS | Johnson LPN | JJ | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charting Error<br>5. ...<br>... |
| | | Smith Lpn | JS | |
| | | Winfield | MD | |

Dean, Rodney

| Facility Name: Ventress Correctional Facility | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Month/Year (Admissions): 11/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Chlorpheniramine Maleate 4MG Tab
60.00

Take 1 tablet(s) by mouth twice daily
as needed

3A
3P

P
R
N

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| | Start Date: 09-29-2006 | Prescriber: Peasant, J. |
| | Stop Date: 12-27-2006 | RX #: 251982956 |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:      RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Population | | | | | 5. Lock Down |
| 244759 | | | | | 6. Self administration |

Dean, Rodney

OCT 2006

| Facility Name: VCF | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CTM 4mg BID 3A
X 90d.
P 3P BLW 9BLW
R
N

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 9-28-06   Prescriber: Peasant
Stop Date: 12-28-06   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

I of II

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Johnson RN | | B. Liebe RN | BL | 1. Discontinued Order |
| Allergies NKD | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | F. Smith | JS | J. Kruczek RN | JK | |
| ID Number: 224759 | | | M. Serniguez MD | | |

Facility Name: Ventress Correctional Facility                    Month/Year of Charting: 10/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Albuterol ( for Proventil ) 90MCG/ACT
Aerosol Soln     1

Inhale 2 puff(s) by mouth every 4
hours as needed

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 04-15-2006            Prescriber: Rayapati, Samuel
Stop Date: 10-11-2006            RX #: 251408928

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:            Prescriber:
Stop Date:            RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:            Prescriber:
Stop Date:            RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:            Prescriber:
Stop Date:            RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:            Prescriber:
Stop Date:            RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:            Prescriber:
Stop Date:            RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | | | | | 4. One tea in bag |
| | | | | | 5. Lock Dose |

Population
244759

Dean, Rodney

| Facility Name: | Ventress Correctional Facility | | Month/Year of Chart: | 09/06 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Proventil 90MCG/ACT Aerosol Soln
1

Inhale 2 puff(s) by mouth every 4
hours as needed

*L / O / P*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 04-15-2006    Prescriber: Rayapati, Samuel
Stop Date: 10-11-2006    RX #: 251408928

---

Maalox 15cc PO
BID X 10d.

3 A
3 P

Start Date: 8-24-06    Prescriber: Peasant
Stop Date: 9-2-06    RX #:

---

Zantac 150mg ÷
BID X 10d.

3 A
3 P

Start Date: 8-24-06    Prescriber: Peasant
Stop Date: 9-2-06    RX #:

---

Ctm 4mg BID X
90d.

3 A
3 P

Start Date: 7-28-06    Prescriber: Peasant
Stop Date: 12-28-06    RX #:

---

Start Date:    Prescriber:
Stop Date:    RX #:

---

Start Date:    Prescriber:
Stop Date:    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Johnson PN | | | | 1. Discontinued Order |
| Allergies: NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | S. Sluice PN | 34 | 5. Not Given |
| ID Number: 244759 | | | Mansfield RN | | |

**Dean, Rodney**

Facility Name _____    Month & Year 8/06

| Medication | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim T po Bid X 10 days | 3A | | | | | | | | | | | | | | | | | | | | | | | | 9 | | | | | | |
| | 3p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-19-06   Prescriber: Peasant   Stop Date: 8-29-06   RX #:

| Rifampin 300mg po Bid X 10 days | 3A | | | | | | | | | | | | | | | | | | | | | | | | 9 | | | | | | |
| | 3p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-19-06   Prescriber: Peasant   Stop Date: 8-29-06   RX #:

| Motrin 600mg po tid PRN X 15 days | 3A | | | | | | | | | | | | | | | | | | | | | | | | 9 | | | | | | |
| | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-19-06   Prescriber: Peasant   Stop Date: 9-04-06   RX #:

| Maalox 15cc po Bid X 10 days. | 3a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-24-06   Prescriber: Dr. Peasant.   Stop Date: 9-2-06   RX #:

| Zantac T tab po 150mg Bid X 10d. | 3a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-24-06   Prescriber: Dr. Peasant.   Stop Date: 9-2-06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

II of II

Start Date: _____   Prescriber: _____   Stop Date: _____   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| NKA | E Bush LPN | EB | B. Luke RN  BL | | 1. Discontinued Order |
| | | | G Johnson LPN | | 2. Refused |
| 244759 | | | M Merryfield MD | | 3. Patient out of facility |

Facility Name:  Ventress Correctional Facility

Month Year of Chart:  08/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Proventil 90MCG/ACT Aerosol Soln
1

Inhale 2 puff(s) by mouth every 4
hours as needed

Start Date:  04-15-2006    Prescriber:  Rayapati, Samuel

Stop Date:  10-11-2006    RX #:  251408928

*Benzoyl Peroxide*
*Topical x 1 mo.*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(1)tube given 7-14-06*

Start Date:  *7-14-06*    Prescriber:

Stop Date:  *8-14-06*    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:

Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:    Prescriber:

Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number:  244759
Population

Dean, Rodney

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | JB | | An | 1. Discontinued Order |
| | JB | | MB | 2. Refused |
| Johnson LPN | | | AN | 3. Patient out of facility |
| | | | JB | 4. Charted in Error |

| Facility Name: | Weatherss Corr. Facility | | Month/year of Change: | 7/06 |

Facility Name: Weatherss Corr. Facility

**Proventil 90 mcg/act Aerosol Soln 1 Inhale 2 puff(s) by mouth every 4° PRN**

K O P

Start Date: 4-15-2006  Prescriber: Kaygepati, Samuel
Stop Date: 10-11-2006  RX #:

FOR PROFESSIONAL USE ONLY. CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

**Benzoyl H₂O₂ topical x ÷ month**

K O P

÷ tube given 7/14/06 BB
X Rodney Dean

Start Date: 7/14/06  Prescriber:
Stop Date: 8/14/06  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |

Allergies

Housing Unit: Population

| Facility Name: Ventress Correctional Facility | | Month/Year of Charting 06/06 |
|---|---|---|

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Proventil 90MCG/ACT Aerosol Soln
1

Inhale 2 puff(s) by mouth every 4
hours as needed

KOP

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 04-15-2006    Prescriber: Rayapati, Samuel
Stop Date: 10-11-2006     RX #: 251408928

Pamelor 50 mg po
q. 9PM till 06/07/06
then discontinue

Start Date: 06/01/06    Prescriber: Dr. Banerjee
Stop Date: 06/07/06     RX #:

Vistaril 50mg po q.
9PM till 06/07/06
then discontinue

Start Date: 06/01/06    Prescriber: Dr. Banerjee
Stop Date: 06/07/06     RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down

Population
244759

Dean, Rodney

Facility Name:

Month/Year of Charting:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Vistaril 50mg – po qhs until 06/01/06
Start Date: 05/30/06   Prescriber: Dr Banerjee
Stop Date:   RX #:

Pamelor 75mg – po qhs until 06/01/06
Start Date: 05/30/06   Prescriber: Dr Banerjee
Stop Date:   RX #:

Diagnosis: DayB
Allergies:
Housing Unit:
Patient ID Number: 234 759

Nurse's Signature: E. Bushy LPN   Initial
Nurse's Signature: B. Rich RN   Initial: BL

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down

Ventress Correctional Facility.                                    05/06

**Prozac 20MG Cap   30.00**

Take 1 capsule(s) by mouth at bedtime

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 02-27-2006   Prescriber: McGinn MHM, J
Stop Date: 05-27-2006   RX #: 251221262

**Vistaril 50MG Cap   30.00**

Take 1 capsule(s) by mouth at bedtime

Start Date: 02-27-2006   Prescriber: McGinn MHM, J
Stop Date: 05-27-2006   RX #: 251221265

**Pamelor 75MG Cap   30.00**

Take 1 capsule(s) by mouth at bedtime

Start Date: 02-27-2006   Prescriber: McGinn MHM, J
Stop Date: 05-27-2006   RX #: 251221272

**Proventil 90MCG/ACT Aerosol Soln 1**

Inhale 2 puff(s) by mouth every 4 hours as needed

Start Date: 04-15-2006   Prescriber: Rayapati, Samuel
Stop Date: 10-11-2006   RX #: 251408928

**Humibid LA 600MG Tab SR 12HR 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 04-15-2006   Prescriber: Rayapati, Samuel
Stop Date: 05-14-2006   RX #: 251408930

Prozac 20mg po q hs. xuntil 6/1/06

Start Date: 05/30/06   Prescriber: Dr Banerjee
Stop Date:

Diagnosis: Pain

Allergies: NKDA

Population 244759

**Dean, Rodney**

Facility Name: Ventress

Month/Year of Charting: 04/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Prozac 20mg po
9 hs

9p

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 2/24/06    Prescriber: McGinn
Stop Date: 5/25/06    RX #:

Pamelor 75mg po
9 hs

9p

Start Date: 2/24/06    Prescriber: McGinn
Stop Date: 5/25/06    RX #:

Vistaril 50mg po
9 hs

9p

Start Date: 2/24/06    Prescriber: McGinn
Stop Date: 5/25/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

I of II

Start Date:    Prescriber:
Stop Date:    RX #:

I of II

Diagnosis

Allergies: NKDA

244759

Dean, Rodney

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | Linda Rox | BL | 1. Discontinued Order |
| | | | | 2. Refused |
| | RN | | JP | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | m3 | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication not available |
| | | | | 8. Medication Hold |
| | | | | 9. |

| Facility Name: Ventress Corr. Facility | | Month Year of Charting: 4/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sudafed 60mg PO Bid X 2wks | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/10/06   Prescriber: Ragapati M.D.
Stop Date: 4/24/06   RX #:

| CTM 8mg po gd X 2wks | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/10/06   Prescriber: Ragapati MD
Stop Date: 4/24/06   RX #:

| Humabid 600mg po Bid X30d | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/10/06   Prescriber: Ragapati MD
Stop Date: 5/10/06   RX #:

| Proventil Inhaler 2 puffs Q6hr prn (1) 6mos. | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | | | | given | | | 4-26-0? | | | | | | | | | | | | | | | | | | | | | | | | |
| | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4/10/06   Prescriber: Ragapati MD
Stop Date: 10/10/06   RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

II of II

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K Johnston LPN | KJ | A Mah B. Luchero | AL BL | 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down 6. Self Administered |
| Allergies | | | | | |
| Housing Unit: Population | | Mansfield | MB | | |

Diagnosis / Allergies section
Housing Unit: Population
244754

Alken, Rodney

Facility Name: KCF

**Prozac 20 mg. P.O.**
**ghs x 90 days**

Hour 2000

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 2/24/06    Prescriber: M<sup>c</sup>GINN
Stop Date: 5/25/06     RX #:

**Pamelor 75 mg. P.O.**
**ghs x 90 days**

Hour 2000

Start Date: 2/24/06    Prescriber: M<sup>c</sup>GINN
Stop Date: 5/25/06     RX #:

**Vistaril 50 mg.**
**P.O. ghs x 90 days**

Hour 2000

Start Date: 2/24/06    Prescriber: M<sup>c</sup>GINN
Stop Date: 5/25/06     RX #:

**Tylenol 650mg**
**PO BID PRN**
**x 14d**

Hour P/H/N

Start Date: 3/6/06     Prescriber:
Stop Date: 3/21/06     RX #:

**Mucinex 600mg**
**PO BID x 7 days**

Hour 9A / 9P

Start Date: 3/21/06    Prescriber: Rayaputi
Stop Date: 3/28/06     RX #:

**Tylenol 1000mg**
**PO BID x 3days**

Hour 9A / 9P

Start Date: 3/21/06    Prescriber: Rayaputi
Stop Date: 3/24/06     RX #:

Diagnosis

Nurse's Signature / Initial

J Gip LPN    7A
V.P. VP
A. P LPN / P

Y. Johnson RN    YJ
B. Thithe RN    BT
K Lee LPN    KL

Documentation Codes
1. Discontinued Order
2. Refused
3. Right Time of Sample
4. Holiday/Home

Allergies
NKA

Housing Unit:
Federal ID Number: 244759
Patient Name:
Dean, Rodney

2/13/55

Facility Name: KCF

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|

Tylenol 650 mg po
Bid x 7d prn

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 2-24-6    Prescriber: M = Marsh
Stop Date: 3-2-6    RX #:

Bactrim DS i po
bid x 7d.
START when upgrades
back.

Start Date:    Prescriber: M = Marsh
Stop Date:    RX #:

CTM 8mg PO
BID x 7 days

9A    → CH7 RB
9P    → TABLE

Start Date: 3/21/06    Prescriber: Rayapati
Stop Date: 3/28/06    RX #:

Sucralfate 60mg
PO BID x 7 days

9A    → CH7 RB
9P    → TABLE

Start Date: 3/21/06    Prescriber: Rayapati
Stop Date: 2/28/06    RX #:

Erythromycin 500mg
PO TID x 7 days

3A    → CH g RB
9A    → Rayapati RB
9P    → M RB

Start Date: 3/21/06    Prescriber: Rayapati
Stop Date: 3/28/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 244759
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | Discontinued Order |
| | LPN | B. Ruth RN | BC | Refused |
| | LPN | | | Patient not available |
| | LPN | K Rose LPN | KL | Created in Error |

Facility Name: KCF

2/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prozac 20 mg, P.O. 2000
q̄ hs x 90 days

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: 2/24/06     Prescriber: McGINN
Stop Date: 5/25/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Pamelor 75 mg, P.O. 2000
q̄ hs x 90 days

Start Date: 2/24/06     Prescriber: McGINN
Stop Date: 5/25/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Vistaril 50 mg. 2000
P.O. q̄ hs x 90 days

Start Date: 2/24/06     Prescriber: McGINN
Stop Date: 5/25/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

Diagnosis

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |

Allergies
NKA

Housing Unit:
Patient ID Number: 244759
Patient Name:
Dean Rodney

2/12/55

Facility Name: KCF

| Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 650 g po
Bid x7d prn

Start Date: 2-24-6   Prescriber: M E Brdey
Stop Date: 3-2-6    RX #:

Bactrim DS 7 po
Bid x7d.
Start P U A C+S
Bun.

Start Date:    Prescriber: M E Brdey
Stop Date:    RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 244 759

Nurse's Signature    Initial    Nurse's Signature    Initial    Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of Facility

EYE EXAMINATION SHEET

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Facility: | *Ventress* | Date of Request: | *2/23/07* |

Subjective: *Annual physical >50*

Past History:

## CONSULTATION REPORT

|  | | W/Glasses | W/O Glasses |
|---|---|---|---|
| Snelling: | OD | | 20/40 |
| | OS | | 20/50 |
| | OU | | 20/40 |

**OPHTH & EXT:**
**Dilated Eye Exam**
    YES        NO
        (circle one)

Mydriatic solution 1 to 2 gts per eye.

_____
                    Optometrist Signature

_____
                    Nurse Signature

New RX:    OD

**Glaucoma:**    YES        NO
            (circle one)

IOP: _____
Details:

OS

*No show
Next visit*

**Cataracts:**    YES        NO
            (circle one)

Details:

Frame:
Size:
Color:
Seg Ht:

_____
        Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| *Dean, Rodney* | | | *2-13-55* | *W/M* | *244759* |

FI-51A

ALABAMA DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Ventress C.F._

Name: _Dean, Rodney_
State ID No: _# 244759_
DOB _2-13-55_
Race: _W_   Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr. Pleasant | 4/19/07 | | | | |

HISTORY/DIAGNOSIS:
(R) Shoulder

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER (R) ✓ | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Dean                                    REPORT

RIGHT SHOULDER: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

D & T: 04-23-07 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME  EXAM PERFORMED  4-20-07

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED

F1 51H

**DEPARTMENT OF CORRECTIONS**

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: _Ventress_

Name: _Dean, Rodney_
State ID No: _244759_
DOB _2-13-55_
Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| _Peasant M.D._ | _2-28-07_ | | | | |

HISTORY/DIAGNOSIS: _Spinal deformity_

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**X-RAY REQUEST**

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | X THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Dean

**REPORT**

THORACIC SPINE: There is scoliosis in the upper thoracic area with the curve directed to the left. The curvature measures approximately 9.0 degrees. Vertebral body heights are maintained. Disc spaces are preserved. There are mild hypertrophic changes in the mid-to-lower thoracic areas.

IMPRESSION: SCOLIOSIS, UPPER THORACIC SPINE: HYPERTROPHIC CHANGES IN THE MID-TO-LOWER THORACIC REGIONS.

D & T: 03-06-07 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

3/8/07

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED    3-2-07

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

| Specimen # | Control/Req N° | |
|---|---|---|
| 233-397-0186-0 | 516727〔 377 | Pg 1 |

| Tasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| N/A | | | S / Final |

Clinical Information
SRC: ABSCESS

LabCorp® V 1.28
FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/19/06 | 21:45 | 08/21/06 | 08/26/06 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 244759 | | |

Account
01488850
Ventress Correctional Facility
Prison Health Services        1
379 Hwy 239
Clayton AL  36016-0767

| Patient Name | Sex | Date of Birth |
|---|---|---|
| DEAN, RODNEY | M | 02/13/55 |

Patient Address

Comments
PATIENT AGE: 051/06/06

334-775-3331
PROV:
DR.ID: PEASANT      PHY NAME: PEASANT

Tests Requested  Aerobic Bacterial Culture; Sensitivity Organism #1; Organism ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

**Aerobic Bacterial Culture**
 Aerobic Bacterial Culture

Final report                                                    MB
Result 1                                                        MB
    Methicillin - resistant Staphylococcus aureus
    Heavy growth
    Susceptibility or resistance of staphylococci to oxacillin predicts
    susceptibility or resistance to (a) other beta-lactamase-stable
    penicillins such as cloxacillin and dicloxacillin, (b) combinations
    of a penicillin and a beta-lactamase inhibitor, and
    (c) anti-staphylococcal cephalosporins. Routine testing of other
    penicillins, beta-lactam/beta-lactamase inhibitor combinations,
    cephems, and carbapenems is not advised by the CLSI Standards
    (M100-S15, 2005).
Antimicrobial Susceptibility
    ***** S = Susceptible; I = Intermediate; R = Resistant *****
                P=Positive, N=Negative
         MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|
| Ciprofloxacin | S | | | |
| Clindamycin | S | | | |
| Erythromycin | R | | | |
| Gentamicin | S | | | |
| Levofloxacin | S | | | |
| Linezolid | S | | | |
| Oxacillin | R | | | |
| Penicillin | R | | | |
| Rifampin | S | | | |
| Tetracycline | S | | | |
| Trimethoprim/Sulfa | S | | | |
| Vancomycin | S | | | |

--------------------------------------------------------------------
Lab: MB LabCorp Birmingham        Director: John Elgin, MD
        1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: **Branch: 334-792-0902 Lab: 205-581-3500**
--------------------------------------------------------------------
                    LAST PAGE OF REPORT

**FINAL REPORT**                    © 2005 Laboratory Corporation of America® Holdings
                                              All Rights Reserved

DEAN, RODNEY            244759          233-397-0186-0 Seq# 7201 08-26-06 09:18ET



02/27/2006 9:30:32

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
   T wave changes in the septal lead
THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY

Summary: BORDERLINE ECG          * Unconfirmed Analysis *

ID:

#STAT#06022709093033

| D.O.B.: | | Vent. Rate: | 82 bpm |
|---|---|---|---|
| Meds: | | RR Interval: | 731 ms |
| Class: | | PR Interval: | 170 ms |
| Dr: | | QRS Duration: | 92 ms |
| Tech: | | QT Interval: | 364 ms |
| | | QTc Interval: | 402 ms |
| | | QT Dispersion: | 30 ms |
| | | P-R-T AXIS: 59° | 76°  70° |



ID:    #STAT#060227093012

02/27/2006 9:30:12

D.O.B.:
Meds:
Class:
Dr:
Tech:

| | | |
|---|---|---|
| Vent. Rate: | 87 | bpm |
| RR Interval: | 685 | ms |
| PR Interval: | 164 | ms |
| QRS Duration: | 96 | ms |
| QT Interval: | 364 | ms |
| QTc Interval: | 411 | ms |
| QT Dispersion: | 40 | ms |
| P-R-T AXIS: | 61° 79° | 71° |

SINUS RHYTHM
PREMATURE VENTRICULAR CONTRACTIONS
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
NO OTHER FINDING

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

BURDICK

L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

BURDICK REORDER NO/REF 716-0237-00

Atria 3000 Int rwt#20050202#610041

Serial #:A3000-007743

25 mm/s
STABLE 40 s

5'

D   'ARTMENT OF CORRECTIOI

## TREATMENT REQUEST AND RECORD

SD-86

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 2/24/06 | PHYSICALS #30 | ☐ IP  ☐ OP | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Clinical Diagnosis**

EKG

Date of Order

Date of Surgery

### AREA OF TREATMENT (CIRCLE)

**PROGRESS NOTES:**

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Dean, Rodney | | | 51 | W/m | 244759 |

**LabCorp**  LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500
FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 055-205-5171-0 | S | MB | COMPLETE | Page #:  1 |

ADDITIONAL INFORMATION

N°Y30                    FASTING: N
                        DOB: 2/13/1955

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| D EAN, RODNEY | M | 51  / |

P.T.ADD.:

CLINICAL INFORMATION
CD- 41139327674

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 244759 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 2/24/2006 | 6:00 | 2/24/2006 | 2/25/2006 | 7:47 | 7218 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| GBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 7.1 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.36 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.5 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 42.0 | % | 36.0 - 50.0 | MB |
| MCV | 97 | fL | 80 - 98 | MB |
| MCH | 33.2 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.4 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.1 | % | 11.7 - 15.0 | MB |
| Platelets | 293 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 50 | % | 40 - 74 | MB |
| Lymphs | 38 | % | 14 - 46 | MB |
| Monocytes | 10 | % | 4 - 13 | MB |
| Eos | 2 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 3.6 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.7 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



KILBY CORRECTIONAL FACILITY
PO BOX 11
NT. MEIGS, AL 36057

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DATE OF REPORT: 2/24/2006
TIME OF REPORT: 1:53 PM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY30/244759 | RODNEY DEAN | Kilby |

| DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|
| 2/24/06 | 8:30 AM | 2/24/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

CLIA ID NO. 01D0706289



WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500
FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 0 55-205-5431-0 | S | MB | COMPLETE | Page #: 2 |

ADDITIONAL INFORMATION

FE-30
SRC:UR  2/24
FASTING: N
DOB: 2/13/1955

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DEAN,RODNEY | M | 51 / |

P.T. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 2/24/2006 | 12:45 | 2/24/2006 | 2/26/2006 | 9:46 | 7264 |

CLINICAL INFORMATION
CD- 41139327751

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 244759 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL  36507-0000
ACCOUNT NUMBER: 01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | | 2X Avg.Risk  9.6      7.1 | |
| | | 3X Avg.Risk 23.4     11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Urinalysis, Routine | | | |
| Urinalysis Gross Exam | | | MB |
| Specific Gravity | 1.020 | 1.005 - 1.030 | MB |
| pH | 7.0 | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | Yellow | MB |
| Appearance | Clear | Clear | MB |
| WBC Esterase | Negative | Negative | MB |
| Protein | Negative | Negative/Trace | MB |
| Glucose | Negative | Negative | MB |
| Ketones | Negative | Negative | MB |
| Occult Blood | Negative | Negative | MB |
| Bilirubin | Negative | Negative | MB |
| Urobilinogen,Semi-Qn | 1.0      mg/dL | 0.0 - 1.9 | MB |
| Nitrite, Urine | Negative | Negative | MB |
| Microscopic Examination | | | MB |
| Microscopic follows if indicated. | | | |
| Prostate-Specific Ag, Serum | | | |
| Prostate-Specific Ag, Serum | 0.9      ng/mL | 0.0 - 4.0 | MB |
| Beckman (formerly Hybritech) | ICMA methodology | | |
| Urine Culture, Routine | Final report | | MB |
| Result 1 | | | MB |
| Final Report. No growth. | | | |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## HCX

**HEALTH CARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**
INSTITUTION _Kilby_                    ST-26

Name: _Dean Rodriez_
State ID No: _244759_
DOB: _2-13-55_
Race: _W_        Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| BEAdams CRNP | 2/24/06 | 11:04 am | ✓ | | |

HISTORY/DIAGNOSIS: _PE_

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM | |
| ANKLE | HAND | OSCALSIS(HEEL) | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE | |
| ✗ CHEST PA / LATERAL | HUMERUS | SACRUS/ILIUM | TIBIA/FIBULA | |
| COCCYX | KNEE | RIBS | TOES | |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST | |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA | |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH | |
| FEMUR | NASAL BONES | SKULL | | |

### REPORT

Dean

PA Chest:  The heart is not enlarged.  The lungs show mildly increased interstitial markings but are otherwise clear.
IMPRESSION:  THE CHEST IS UNREMARKABLE EXCEPT FOR INCREASED INTERSTITIAL LUNG MARKINGS.  IF AN ACUTE INFILTRATE IS SUSPECTED FOLLOW-UP IS RECOMMENDED.

COMMENT:  Costophrenic angles are not included.

D & T:  02-28-06  Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

_KA KO_
X-RAY TECHNOLOGIST'S NAME(PRINT)      X-RAY TECHNOLOGIST'S SIGNATURE      DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME(PRINT)      RADIOLOGIST'S SIGNATURE      DATE SIGNED



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: *Rodney Dean*     BCDC#: **244759**

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

*Rodney Dean*
Patient's Signature

**5/7/07**
Date

_____
Dentist's Signature

_____
Date

PHS MD-70090

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination     2-24-06

Initial Classification

Oral Pathology .........................................

Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ...................................

Periapical
Bitewing
Other

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☑ | ☐ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 2-24-06 | PM | | OHI | | |
| 5-7-07 | | | PMH, Scale, floss, OHI, POH, mod cap & stain, smoker, stressed OOH | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| DEAN, Rodney | 244759 | 2-13-55 | W | KCF |

PHS-MD-70015

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Dean, Rodney_     AIS# _244759_

Medication Allergies: _NKDA_    _NO Nsaid_

Medical: Chronic (Long-Term) Problems
    Roman Numerals for Medical/Surgical

Mental Health Code: SML HARM HIST NONE   MH = 1 SB, MD 6/1/06   MH = 0 SB, MD 8/29/06
    Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 2/25/6 | PPd   Neg | | | AV |
| 2/24/06 | Major Depressive D/O Hx of Cannabis Abuse | MH 2 | | |
| 4/24/06 | COPD | | | R /HV |
| 6/1/06 | Major Depression | MH = 1 | | SB, MD |
| 8/29/06 | Major Depression (in remission) | MH = 0 | | SB, MD |
| 9/5/06 | NO Nsaid | | | Present M.D. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label: Mild – Moderate – or Severe.

Alabama Department of Corrections Mental Health Services
Treatment Plan:  Outpatient Care

**Treatment Plan Initiated on**: 04-11-06      **Treatment Coordinator**: Dr. Brun
**Inmate's Location**:                                    **Institution**: Ventress Correctional Facility

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DSM IV Diagnosis**:
| | |
|---|---|
| **Axis I:** | Major Depression (in remission) |
| | Hx of Cannabis abuse |
| **Axis II:** | Deferred |
| **Axis III:** | Deferred |
| **Axis IV:** | Incarceration |
| **Axis V:** | 70 |

---

Problem # 1     Inmate previously reported experiencing the following symptoms: crying spells, depressed mood, low energy, poor concentration, and poor sleep. Recent chart notes indicate these symptoms are currently in remission.

Goal: Maintain remission of symptoms.

Target Date for Resolution:  10-11-06

Intervention(s):   1) Provide supportive therapy.  2) Review positive coping strategies to manage symptoms. 3) Continue and comply with recommended medication regimen.   4) Continue regular psychiatric follow ups.

Staff Member(s) Responsible: TC, MD, RN          Frequency:  monthly/90 days, PRN

---

Problem # 2



Target Date for Resolution:
Intervention(s):


Staff Member(s) Responsible:                    Frequency:

---

Problem # 3
Goal:

Target Date for Resolution:
Intervention(s):


Staff Member(s) Responsible:                    Frequency:

---

Psychiatrist: _SBanerjee, MD._          Date: 6 26 06

Treatment Coordinator: _Dr. Brun_          Date:

Mental Health Nurse: _C. Harris Harris LPN_     Date 06/26/06

Inmate Agreement: X _Rodney Dea_          Date: 06/26/06

Treatment Plan Review to be Conducted by:      (within six months)

| Inmate Name:     Dean, Rodney | AIS# 244759 |
|---|---|

PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ASTHMA COPD CLINIC
Q3-6 months

Name: _Dean Rodney_   DOB: _2/13/55_   AIS#: _244759_   R/S _w/m_

_51_

## PATIENT HISTORY

Age Onset: _Adult_                          Precipitants: _D in weather_
Family History: _Ø_
Smoking History: _40 yr._          Nocturnal coughing or wheezing? _denies_
Current Meds: _CTM 4mg BID_
Past Hospitalizations/mechanical ventilation: _Ø / denies_

| VARIABLE | Date (initial exam) 12/20 | | | Date 3-28-07 | | | Date 6 | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/HR/RR | 126/78 | 83 | 18 | 105/69 | 78 | 20 | | | |
| Heart | RRR | | | RRR | | | | | |
| Lung | CTA All fields | | | mild wheezing CTA (R) Lung fld | | | | | |
| C-XRAY (base line) | | | | | | | | | |
| O₂ Sat./Peak Flow | 96% / 240,220 & 280 | | | 97% / 220, 290 & 300 | | | / | | |
| Drug Level | | | | | | | | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | | | Good/Fair/Poor Improved/Worsened | | | Good/Fair/Poor Improved/Worsened | | |

## PLAN

| | | | |
|---|---|---|---|
| Patient Edu/training | Benefits of Quitting Smoking | Stop Smoking | |
| Completed Master Problem Sheet | ✓ | ✓ | |
| Next F/U | 3-28-07 6m | 9-13-07 | |
| Signature | Hay Davis | Hayd Cw | |

## SHORT TERM GOALS
1 Ø SOB F activity
2 ↑ Daily exercise

## LONG TERM GOALS
1 Rx Compliance
2 Ø Smoking

Comments:
Cont CCC                    Hx Smoking
return to HCU c̄ Any SOB or Asthma S/S p̄ eval
3/28/07  Hx of Smoking refuses to quit
         feels will get better if he could
         get "herbs" from store - refuses inhaler
         srg.

## PATIENT INFORMATION SHEET
### Benefits of Quitting Tobacco

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

- One year after quitting tobacco, your risk of heart disease is half what it was when you used tobacco.

- Five to fifteen years after quitting tobacco, your risk of heart attack and stroke returns to the level of a non-smoker.

- Quitting tobacco will lower your chances of having a heart attack, stroke, or cancer. Fifty percent of the people between the ages of 35 to 64 who die of stroke are smokers.

- If you quit smoking, your lung capacity will increase and you will not feel short of breath as easily.

- By quitting tobacco you will have more money to spend on other things. For example, if you smoke a pack of cigarettes a day, after quitting, you would save approximately $1300 per year.

- If you are pregnant, quitting tobacco will improve your chances of having a healthy baby.

- If you quit smoking, the people you live with, especially your children, will be healthier.

- When you quit, you will be in control of your life rather than the tobacco being in control.

- Develop a plan to quit – set a quit date, tell others, anticipate challenges, remove tobacco products.

- If you aren't successful at quitting tobacco, keep trying. Most people attempt many times before they are successful.

If you need assistance with tobacco cessation, EAMC can help!

For more information about Tobacco Cessation, please call Cardiac Rehab at 705-1694.

CHIVUKULA,KISHORE    Adm:02/26/03

244759

RM0009-1001-1-1

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: 9-28-06   Time: 10⁰⁵/A   Facility: Ventress

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID✓PUL__SZ __TB

SUBJECTIVE: 51 y WO♂ ↑Asthma ×3 mth. H/o allergies for years
∅ Wheezing c/o congestion ±± (?) ON. Nose runs all the ±t

OBJECTIVE: BP 120/70 HR 67 RR 20 Temp 97 Wt 148 Peak Flow 300 300 360
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Asthma

Albuterol
1/mth.
I don't use my inhaler + c/o mobile bowel
syndrome. + Not enough time talk

① alert NAD          Abd sft    X Nasal congestion
PF- 300, 300, 360
lungs clr            legs steble
Ht § mgV             this while ∅

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | (G) | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | | |
| I | S | W | I | S | W | I | S | W | (I) | S | W | I | S | W | I | S | W | I | S | W |

PLAN: ① Document if Weight loss      ② POC
② Stop smoking                     goal - stop smoking
                                   - Continue Asthma c̄
                                   1 albuterol /mth

F/U:   Routine 90 days: ✓ Other _____        Problem List Updated: Yes No (circled No)

Alaa

_____
                              ꝑ/Llosa ꝑa
                              Physician/NP/PA

Deen, Rodney                                    244 x59
     NAME                                           AIS#
  m              ω                              2-13-55
GENDER          RACE                               DOB

(Revised 2/28/05)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS

DEPARTMENT OF CORRECTIONS
NURSE'S
# PULMONARY CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | ALLERGIES |
|---|---|---|
| DATE/TIME 7-7-06  1052 | | NKDA |

O: VS  T 96.8  P 74  R 16

BP 95/70      WT 150 +2      Pulse Ox 95%

Age of onset
Type:   Intrinsic   Extrinsic   Infectious   N/A   (circle)

| | | |
|---|---|---|
| Past use of bronchodilators | Ⓨ  N | |
| Proper use of inhaler | Ⓨ  N | |
| Smokes | Ⓨ  N | |
| Regular exercise | Y  Ⓝ | |
| Last attack  unknown | Y  N | |
| Last treatment  a couple q week | Ⓨ  N | |
| Lungs | | P: LABS REVIEWED |
| Wheezes | Y  Ⓝ | Labs ordered |
| Sputum production: occasionally | Ⓨ  N | |
| Describe  none | | |
| Compliant with meds | Y  N | |
| KOP | Y  N | |
| Peak Flow: | Ⓨ  N | |
| Results  200, 250  230 | | |
| Flu vaccine Review | Ⓨ  N | |
| Pneumovax Review  none given | Ⓨ  N | |
| Asthma  COPD | | |
| Asthma→Mild  Moderate  Severe  (circle one) | | |
| Recently admitted to hospital/infirmary: | Y  Ⓝ | CURRENT MEDICATIONS: |
| Date | | |

Notes:

"How do I get a profile renew.
My shoulder blade is out of
place and I need it pop re set.
Sometime I get pain that radiate down
my arm and it feels like an electric
shock"  sick call   Mhmm
deep breath + deep cough
quit smoking ↑ water, walk exercise exercise

Proventil 2 puff Q4° prn

| Status: (circle) |
|---|
| Improved,  Unchanged,  Worsened |
| Level of Control: (circle) |
| Good,  Fair,  Poor |
| CCC WITH NURSE (circle) |
| 1,  2,  3 Months |
| CCC WITH MD (circle) |
| 1,  2,  3,  4,  5,  6 Months |

Education Done          Ⓨ  N
Topic:

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Dean Rodney | 244759 | 2/13/55 | W/M | Rodney Dean |

Control:   Good—1 Betaagonist MDI per month, no ER
           Fair—1 Betaagonist, 1 ER, 1 wkly awakening
           Poor--> 1 Betaagonist MDI per month, > 1 ER visit, > 3 weekly awakenings

Status:   Improved—Decrease us of Betaagonist MDI
          Unchanged—Use of Betaagonist MDI unchanged
          Worsened—Greater use of MDI

# PRISON HEALTH SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### Physician's Chronic Care Clinic

Date: 4/27/06    Time: 0800    Facility: Ventress C.F.

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID (PUL) SZ __TB

**SUBJECTIVE:**    No SOB

| | 1st | 2nd | 3rd |
|---|---|---|---|
| | 350 | 420 | 380 |

**OBJECTIVE:** BP 100/70  HR 105  RR 18  Temp 97.8  Wt 154  Peak Flow ____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Lungs CTA
CV-NSR - Tachy (105) HR
dizzy #U
Treating for Amm allergy
DDx or pamelor - Could mild ortho static - ?

BP pulse
No ortho static
Changes

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:**    ↑ Amm - 1420
Ref. MW for Medication adjustment

**F/U:** Routine 90 days: _____ Other 6 mo    Problem List Updated: (Yes) No

R

Physician/NP/PA

Dean, Rodney
NAME

Male
GENDER

BUC
RACE

#244759
AIS#

2-13-55
DOB

Revised 2/28/05

## PRISON HEALTH SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### Nurse's Chronic Care Clinic

Date: __4-21-06__    Time: __240__    Facility: __VCF__

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID _✓_PUL __SZ __TB ____ other

Vital Signs: BP $^{109}/68$  P _100_  R _80_  T _99_    _154 wt_  $O_2$ _97%_ Sat
SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: _0_ Dates: ____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: _0_ Dates: ____
For seizure patients, list the # of witnessed seizures since the last CIC visits: _0_ Dates: ____

ALLERGIES: __NKDA__                      CURRENT DIET: __reg__
MEDICATIONS: _Humabid 600mg BID, Sudafed 60mg BID, CTM 8mg qd, Proventil Inhaler cont_
DESCRIBE MED AND DIET ADHERANCE: _non-compliance_
DESCRIBE ANY MED SIDE EFFECTS: _none reported_
VACCINES: Flu ____ Pneumovax ____ Hep A ____ Hep B ____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _0_
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c ____ on ____ : CD4 & HIV-RNA _N/R_ on _2-24-06_ ;
Peak Flow x3 : LFTs ____ on _2-25-06_ ; Serum Drug Levels ____ on ____ ; EKG _2/27/06_ CXR _3/24/06_
310, 260, 306
Medications:

2 puffs 04° prn, Prozac 20mg qd     " NOTES:
Pamelor 75mg qd, Vistaril 50 mg qd    That medicine makes me sleep
                                       too hard and it makes me dizzy
                                       when I lean over."

Patient Educated on:
take meds as order, ↑ water, keep appointment, walking exercise daily as tolerated
↓ fats, quit smoking
Inmate Signature _Rodney Dean_

Nurses Signature and Title _S Morgmyre_

_Dean, Rodney_
NAME

_M_          _W_          _244759_
GENDER       RACE         AIS

                          _2-13-58_
                          DOB

01/31/05
Revised 5/18/2005  _2-06_          _4-27-06_
                   Next Nurse       Next Doctor



# PATIENT INFORMATION FACT SHEET - ASTHMA

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## WHAT IS ASTHMA?

- Asthma is a chronic or long term disease which affects your breathing.
- When you have asthma the air passages in your lungs become inflamed.
- The air passages can become narrow from the inflammation making it harder to breathe.
- Asthma is classified as Intermittent, mild persistent, moderate persistent or severe persistent based on your medical assessment and your lung function.
- The severity of your asthma will determine the type of treatment you require.
- ASTHMA CANNOT BE CURED, BUT IT CAN BE TREATED.
- Asthma can be managed so that you can live a normal life.

## WHAT SHOULD I DO? Take Action NOW — "Self management" is the key to good health. It is important to be aware of your "Asthma Triggers"

- Do NOT smoke.
- Make sure you know how to use your inhaler (s) correctly.
- Be alert for the "personal" warning signs that take place before you have an attack. Know your "triggers" such as certain things in the air like smoke or pesticides.
- Stay away from things that bother your asthma.
- Use your inhaler when you feel the beginning of an asthma attack to prevent it from becoming worse.
- Take your medicine the way you and your doctor have agreed to.
- Your goals should include normal activity levels including exercise and other physical activities.
- See your doctor every 3 months.
- If you are pregnant, your asthma management is very important to your baby. Poorly controlled asthma during pregnancy can cause a reduced oxygen supply to the baby. This can cause your baby to be born prematurely or have a low birth weight.

---

### How to use an Inhaler without a spacer:

1. Take off the cap. Shake the inhaler
2. Stand up. Breathe out.
3. Put the inhaler just in front of your mouth (about 1 inch away). Do not put the mouthpiece in your mouth.
4. As you start to breathe in, push down the top of the inhaler and take a long, deep, slow breath.
5. Hold your breath for 10 seconds. Breathe out.
6. Repeat in 1 minute allowing the first "breath in" of the medication to "open your airways" so more medication can get in your lungs the second time.
7. If you use a second inhaler (the steroid inhaler) it should be used after the Albuterol if you are wheezing.

---

## PUT IN A SICK CALL SLIP IF: You begin to have the following symptoms:

- Wheezing, or chest tightness is not consistently relieved by using your inhaler in a short time
- You are experiencing a persistent cough
- You are using your inhaler (puffer) more than 4 times a day
- Symptoms worsening at night are causing you to wake up regularly
- You start to develop cold symptoms that "go to your chest", severe allergy symptoms or a rash

---

- You are experiencing shortness of breath not relieved by your inhaler
- You are experiencing wheezing and tightness not relieved by your inhaler
- You come into contact with any aerosols that could trigger an attack (such as pepper spray)

Robery Don 244759    4-21-06 / Murphy    18

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Prison Health Services**
**Treatment Record**

Treatment Ordered: Msg △ @ 600 X 7 days    8/19/06 —

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| 8/24/06 | 7.24.06 | 8.24.06 | 8.25.06 | 8.26.06 | 8.27.06 | 8.30.06 |
|  |  |  |  |  |  |  |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| 8/31/06 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| 244759 Allen, Rodney | NKDA | Ventress |



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I. HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | 154  2-24-06 — Last weight at least 6 months ago |
| Persistent Cough | ✓ | | to sinus allergies |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | ✓ | | |
| Other Illnesses (Details) | ✓ | | Back condition |
| Smoke, Dip or Chew | ✓ | | 6 cig/day |
| ALLERGIES | ✓ | ✓ | NO NSAIDS |

Weight 153 Temp 96⁸ Height 5'11 Pulse 88 Resp 18 Blood Pressure 100/70

Eye Exam: 20/40 OD 20/50 OS 20/40 OU (reading glasses)

If greater than > 140/90, repeat in 1hour. Refer to M.D. if remains > 140/90.

**II. TESTING – (LPN or RN)**

RESULTS
FSBS  118

| | |
|---|---|
| Tuberculin Skin Test (q yr) | Date given 2/23/07 Site RFA |
| | Read on 2/25/07 Results Ø mm |
| Past Positive TB Skin Test → | **Survey Completed** |
| (Chest x-ray if clinical symptoms) | Date    Results |
| RPR (q 3 yrs) | Date 2-24-06 Results NR |
| EKG (baseline at 35, over 45 q 3 yrs) | 2-27-06 |
| Cholesterol (at 35 then q 5 yrs) | 2-24-06    204 |
| Tetanus/Diptheria (q 10 yrs) | Last Given 2004 Due 2014 |
| (if done today) | Site given — Dose — Lot # — per inmate |
| Optometry Exam (@ 50 if not already seen) | 3/07 |
| Mammogram | Date    Results |
| (females @ 40, q 2 yrs/other M.D. order) | N-A |

**III. PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Class 1 2 3 4 5    Restrictions
Heart    S₁ S₂
Lungs    Clear Bilaterally
Testicular /Breast Exam    Self exam taught
Rectal (yearly after 45)    Results
with Hemoccult    Results
Pelvic and PAP (q 1 yr)    Date N/A    Results

Facility Ventress Nurse Signature C Hunter, RN Date 2/23/07

M.D. or Mid-Level Signature Hud CRNP Date 2/28/07

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Dean, Rodney | 244759 | 2-13-53 | W/m |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Teresa Dean      (Spouse)
Name          Relationship

445 Co. Rd. 810 (P.O. Box 622)    (256)253-2004
Street Address           Phone Number

Heflin          AL      36264
City          State    Zip Code

Rodney Dean 244759    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   2/23/07
Inmate Signature      AIS#    SS#    Date

C Hunter, RN           2/23/07
Witness           Date

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Dean, Rodney | 244759 | 2-13-55 | W M | V C |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** Dean    Rodney

LAST          FIRST          MI

**DATE OF BIRTH** 2-13-55      SS# 244-75-9

Weights Weekly
X 12 weeks

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____      10-5

Lower Level/Lower Bunk _____      10-12

Suicide Precautions _____      10-19
10-26

Special Watch (15 Minute Checks) _____      11-2

Isolation _____      11-9

Initiate Universal Precautions _____      11-16
11-23
11-30
12-7
12-14
12-21

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _MBenefield_      Date 9-28-06

X Rodny Dean 244759

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PRISON HEALTH SERVICES INCORPORATED**

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |  |
|---|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |  |
| TB TEST CURRENT | ✓ |  | 2/25/06 |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |  |

OTHER: _Inmate is cleared for kitchen duty._

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _JGpply LPN_          DATE: _3/21/06_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Rodney Dea_          DATE: _3/21/06_

EXPIRATION DATE: _2/25/07_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Dean, Rodney | 244759 | 2/13/55 | w/m | VCf |

PHS-MD-70042     (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# IMMUNIZATION RECORD

**Name** _Aban, Rodney_    **AIS** _244 759_  **D.O.B.** _2-13-55_

## Hep A Vaccine

Date _____ By _____

Date _____ By _____

## Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

## Influenza

| Date | By | Date | By |
|------|-----|------|-----|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## Pneumococcal

| Date | By | Date | By |
|------|-----|------|-----|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## TB PPD

| Date | Result | Date | Result |
|------|--------|------|--------|
| 2/15/6 | _Aw_ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Tetanus  Date _____ By _____

Tetanus  Date _____ By _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# INTAKE HEALTH EVALUATION

NAME: _Alan Rodney_
AIS #: _244759_
D.O.B.: _8-13-55_

R.N. evaluation within 24 hours.

Age _51_  Sex _M_  Race _W_  Height _6'0"_  Weight _154_

Temp: _98.4_  B/P: _130/70_  Pulse: _90_  Resp: _18_

** **B/P** – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis Nervous Spasmotic Stomach | | | HIV/AIDS *** | | ✓ |
| Loss of Consciousness | | | Ulcers IBS | ✓ | | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | ✓ | | Hepatitis - Type A | ✓ | |
| Vertigo/Dizziness | ✓ | | Gall Bladder/Pancreas | | | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis Knee/Hip Arthritis | | | Lice, Crabs, Scabies | ✓ | |
| Seizures | | ✓ | Joint/Muscle Problem | | | | | |
| Strokes | | ✓ | Back/Neck Problem | | | LMP | | |
| Nervous Disorders | | | Kidney Stones/Dz | | | Date | | |
| DT's | | ✓ | Bladder/Kidney (Infection) Kidney Positive | | | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | ✓ | | Gravida/Para | | |
| Anemia/Blood Disorder | ✓ | | Suicidal Thoughts** | | | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | ✓ | Contraception | | |
| Lung Condition | ✓ | | T.B. | | ✓ | Type: | | |
| Asthma * | | ✓ | PPD - date given 2/23/06 | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | Lab Tests - Dates | N | Ab |
| Bronchitis | | ✓ | Date read: 2-25-6 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: Ø mm | | | RPR | | |
| Pneumonia | | ✓ | Visual Acuity | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD 20/20 OS 20/50 | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 | | | EKG (@ age 35) | | |

Immunization History: _____

***HIV Medications: _____

Acute or Chronic Problem Noted: (Y)  N    Refer to Mid-Level or M.D. if yes.

_Linda Bell_ RN
**RN or Mid-Level, Signature**

_2/24/06  1057_
**Date/Time**

60511-AL  (rev 9/05)

# INTAKE HEALTH APPRAISAL

NAME: _____
AIS#: _____
D.O.B.: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**HEALTH CLASSIFICATIONS:**
(Circle One)

1 - No Restrictions

2 - Temporary Restrictions
    See Special Needs Form

3 - Permanent Restrictions
    See Special Needs Form

4 - A&I (Aged & Infirmed)

5 - Not Determined
    Recheck_____.

**PLACEMENT:**

| General Population | ( ) |
| Emergency Department | ( ) |
| Isolation | ( ) |
| Medical Observation | ( ) |
| Other_____ | |

**REFERRAL:**
CCC Placement    ( )

Clinic(s)_____
    See MD/Mid-Level flow sheet
    for clinic(s).

| Medical | ( ) |
| Dental | ( ) |
| Mental Health | ( ) |
| Other_____ | |

When: ( ) Immediately
      ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____
_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement** <br> Deformity <br> Pain, Bleeding <br> Habitus, Hygiene | ✓ | |
| **Neuro**   Mental Status <br> Intox Withdrawal, Tremor <br> Neuro-Deficits | ✓ | AAdOx3 |
| **Skin**   Injury, Bruises, Trauma <br> Jaundice Diaphoretic <br> Rash, Lesions, Infestations <br> Needle Marks <br> Color, Turgor | ✓ | |
| **Head**   Normocaphalic <br> Atraumatic <br> Hair, Scalp | ✓ | |
| **Eyes**   Glasses/Vision <br> Pupils <br> Sclera, Conjunctiva | ✓ | PERRLA |
| **Ears**   Appearance <br> Canals, TMs, Hearing | ✓ | |
| **Nose**   Epistaxis <br> Sinuses | ✓ | |
| **Throat**   Teeth, Gums, Dentures <br> Mouth, Tongue, Tonsils <br> Airway | ✓ | |
| **Neck**   C-Spine, Mobility <br> Veins, Carotids <br> Thyroid, Lymph Nodes | ✓ | |
| **Chest**   Config. Ausc/Resp <br> Cough/Sputum <br> Breast/Masses | ✓ | CTA-B |
| **Heart**   Ausc Rate, Rhythm <br> Murmurs, Ectopy | ✓ | RRR |
| **Abdomen** Bowel Sounds <br> Palp, G/R/T, Hernia | ✓ | ⊕ BS |
| **GU**   Flank Tenderness <br> Bladder Tenderness/Distention | ✓ | |
| **Back**   ROM, Spasm, Injury | ✓ | Rom |
| **Extremities**   Edema, Pulse | ✓ | |
| **Genitals**   Injuries/Lesions | ✓ | deferred |
| **Pelvic Pap** | | |
| **Rectal/Guiac** (required @ 45 and up) <br> Deferred/follow-up: | | |

Medications Ordered: _____

_____
M.D. or Mid-Level Signature

2/24/06
Date/Time

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Rodney C. Dean_     Date _2-24 06_

AIS# _244 759_

Medical Staff _F. Thomas_     Date _2-24-06_

4/13/04

PHS
PRISON
HEALTH
SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INTAKE SCREENING

| Date: 2/23/06 | AIS#: 23-244759 |
|---|---|

| Last Name: Dean | First: Rodney | Middle: C. |
|---|---|---|
| Birth Date: | DOB: 2-13-55 | SS#: 421 78 8276 |

| **FEMALES:** Pregnancy test: (circle one)   N/A   Positive   Negative | B/P 111/64   Temp 97.7   Pulse 84   Resp. 20   Weight 154 |
|---|---|
| | FSBS 119   If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
Appendectomy (childhood)

Previous Incarcerations (Date & Facility)

| Medications: ☑ None    ☐    YES - Call MD/PA/CRNP | Special Diet (Prescribed) Ø |
|---|---|
| Allergies: ☑ NKA | Past Positive TB Skin Test (circle one)   YES - (Complete TB Screening Form)   NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

| | |
|---|---|
| 1) Level of Consciousness: (✓) Alert   (✓) Oriented; time, place, person     ( ) Lethargic ( ) Stuporous ( ) Comatose<br>Describe: | 3) Substance Abuse:    (✓) Yes   ( ) No   ( ) Suspected<br>( ) Current intoxication/Abuse    (✓) Use   ( ) Withdrawal Symptoms<br>( ) Drugs (✓) Alcohol<br>Describe- What kind? Amount/Frequency? THC |
| 2) General Appearance    (✓) Normal ( ) Abnormal | • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D. |
| 3) Signs of Trauma    ( ) Yes   (✓) No | Last Use: (Time/Date): 13 mths ago |
| 4a) Behavior/Conduct: (✓) Calm   (✓) Cooperative   (✓) Non-Violent<br>( ) Agitated   ( ) Uncooperative   ( ) Violent<br>( ) Manipulative   ( ) Disorganized<br>Describe: | 4b) Affect/Mood: (✓) Normal ( ) Manic    ( ) Depressed<br>( ) Euphoria   ( ) Flat   ( ) Emotionally Confused<br>Describe: |
| 4c) Perceptions:    ( ) Delusional    ( ) Hallucinations | ( ) Hearing Voices Ø |
| 5a) Is there h/o actual suicide attempt?    ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes   ( ) No |
| 5c) Is there evidence | 5d) High risk pt may become assaultive towards staff? ( ) Yes   (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:<br><br>*Any abnormal observations #4 or 5 require immediate Mental Health Referral. | Triggers for Suicide Watch<br>- Currently Suicidal<br>- History of actual attempt<br>- Fails to maintain control<br>  Y or N | Triggers for Close Watch<br>Emotionally distraught and unable<br>to regain composure by end of<br>intake process<br>- Actively hallucinating or not<br>making any sense   Y or N |
| 6a) Communication Difficulties    ( ) Yes   (✓) No | 6b) Memory Defects    ( ) Yes   (✓) No |
| 6c) Hearing Impairment    ( ) Yes   (✓) No | 6d) Speech Difficulties    ( ) Yes   (✓) No |
| 7) Physical Aids: ( ) None   (✓) Glasses   ( ) Contacts   ( ) Hearing Aid   ( ) Dentures   ( ) Cane   ( ) Crutches<br>( ) Walker   ( ) Wheelchair   ( ) Braces   ( ) Artificial Limb   ( ) Other |

8) Additional comments, complaints, symptoms:    None

S)

0)    Fever   Y (N)    Swollen Glands   Y (N)    Signs of Infection   Y (N)    Skin Intact (Y) N

A)

P)

If known Diabetic * Call M.D. for order _____. Initial Insulin given:_____.

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for

health services to be provided to me by and through PRISON HEALTH SERVICES.

| Rodney Dean    2/23/06 | R. Franklin RN 2/23/06 |
|---|---|
| Inmate's Signature/Date | Health Provider Signature/Date |

60412-AL   (rev 9/05)



PRISON HEALTH SERVICES, INC.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

R Teresa Dean                    Wife
**Name**                         **Relationship**

445 Co Rd 810 (MAiLing POB 622)       256 253 2004
**Street Address**                    **Phone Number**

Heflin                  AL           36264
**City**                **State**     **Zip Code**

Rodney Dean        244759    421788276    2-23-06
**Inmate Signature**    **AIS#**    **SS#**    **Date**

R. Franklin RN                      2/23/06
**Witness**                         **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Dean. Rodney. | 244759 | 2/13/55 | Wm | LCF |

ALABAMA DEPARTMENT OF CORRECTION
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DATE: 8/29/06    TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| Crying spells | | 0 / 0 |
| Depressed mood | | 0 / 0 |
| Low energy | | 0 / 0 |
| Poor concentration | | 0 / 0 |
| Poor sleep | | 0 / 0 |

Medications: Prozac / Pamelor / Vistaril D/c'd as of 6/7/06.

Compliance: Inmate report    % vs MAR    Informed Consent

In addition to the information in the tables above and below, then inmate-patient: I'm doing well clinically

S te I am doing fine without taking any medicines for about three months now. I am not depressed anymore.

Side effect: 0   Reports ∅ other sx's of mood/anxiety or thought d/o, ∅ thoughts to hurt himself or anyone else, ∅ voices no other concerns. A+0x3. Good eye contact. Mood: euthymic; Affect: Appropriate; Thought Process: logical, ∅ loose associations noted

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅SI, ∅HI, ∅HA, ∅ delusions, ∅ paranoia |
| Serious Depression | ✓ | | ∅sx's of depression noted at this time |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present time |
| Situational Upset | ✓ | | None noted |

Labs to: None at this time    Labs Ordered:    Labs Reviewed: from mental health.

ASSESSMENT/Diagnosi (DSM-IV)
Major Depression
(in remission)
Hx of cannabis abuse

PLAN: I'm clinically stable. He is doing well without being on any psychotropic meds since 6/7/06. Exhibits ∅ sx's or signs of mental illness at present. Discussed c̄ Tx team to change his mental
RTC PRN    DR. BANERJEE  SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Allen Rodney | 244759 | | W M | MH=O | Ventress |

health code to zero at this time

Disposition: Medical File

Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. RTC on PRN basis at this time.

ADOC AR 632,633,623,615
ADOC Form MH-025 March 2, 2005

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

| DATE: 6/1/06 | TIME: | | | Today vs Before |
|---|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5=worst | | | |
| Crying spells | | | | 0 / 1 |
| Depressed mood | | | | 0 / 1 |
| Low energy | | | | 0 / 0 |
| Poor concentration | | | | 0 / 0 |
| Poor sleep | | | | 0 / 0-1 |
| Medications: | | | | Informed Consent |
| Compliance: Inmate report 100 % vs MAR 100 % | | Prozac, Pamelor, Vistaril will D/C'd as of 6/7/06 | | |

In addition to the information in the tables above and below, then inmate-patient:

S  "I am not crying anymore. Everytime I spoke with my wife I used to cry when I first came to Kilby. I am doing fine. I would like to try it out without taking any medicines. My mood is good, I am not depressed. Please take me off the medicines," — Im stated. Reports

O  ⊘ other sxs of mood anxiety or thought d/o.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | L | | ⊘ ST, ⊘ HI, ⊘ HA, ⊘ delusion, ⊘ paranoia |
| Serious Depression | L | | ⊘ sxs of depression noted! |
| Self-Injurious Thoughts | L | | Denies |
| Suicidal Intent | L | | Denies |
| Aggressive | L | | None noted |
| Seriously Impulsive | L | | None noted } at present time. |
| Situational Upset | L | | None noted |

⊘ thought to hurt himself or anyo-else.

| Lab info: None from | Labs Ordered: mental health at this time. | Labs Reviewed: | AIMS?: |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)

Major Depression
(in remission)
Hx of Cannabis abuse

PLAN- Im clinically stable. Exhibits ⊘ sxs or signs of mental illness at present. Refusing all psychotropic meds. at this time. Wants to try it out on his own. Will gradually taper Pamelor

Voices no other concerns

A to x3 goodeye contact

| Return to clinic: RTC 90 days | Print Last Name: DR. BANERJEE | Sign: S Banerjee, MD | |
|---|---|---|---|
| Patient's Name: (Last, First Middle) Dean Rodney | AIS #: 244759 | Age: 51 | R/S: w/m | Code: MH-1 | Institution: Ventress |
| Disposition: Medical File | | ADOC AR 632, 633, 623,615 ADOC Form MH-025 March 2, 2005 | |

Mood: euthymic

* then D/C meds. Monitor clinical status. Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan.

Affect: Appropriate

Thought

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PSYCHIATRIC PROGRESS NOTES

DATE: 4/6/06    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Crying spells | | 1 / 1 -2 |
| Depressed mood | | 1 / 1 -2 |
| Low energy | | 1 / 1 -2 |
| Poor concentration | | 0 / 1 -2 |
| Poor sleep | | 0 / 1 -2 |

Medications:

Compliance: Inmate report 100 % vs MAR 100 %    Prozac, Pamelor, Vistaril.    Informed Consent ✓

In addition to the information in the tables above and below, then inmate states:

S "I am doing little better. I don't have so much
of that crying spells anymore. I feel very
sad out" being here. I miss my family.
Medicines are helping me." Reports & other
sx's of mood, anxiety or thought d/o. & thoughts
to hurt himself or anyone else. Voices no

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | other concerns. Alert x3. |
|---|---|---|---|---|
| Psychosis | ✓ | | Ø SI, Ø HI, Ø HA, Ø delusions Ø paranoia | Good |
| Serious Depression | | ✓ | mild sx's of depression noted | eye |
| Self-Injurious Thoughts | | ✓ | Denies | contact |
| Suicidal intent | ✓ | | Denies ✓ | |
| Aggressive | ✓ | | None noted ) at present time | Mood: |
| Seriously Impulsive | ✓ | | None noted ) | Somewh |
| Situational Upset | | ✓ | Re: current situation z incarceration | depress |

Lab info: None known    Labs Ordered: mental health    Labs Reviewed: at this time AIMS    mood noted at tim

## ASSESSMENT/Diagnosis (DSM-IV)
Major Depression.
H/o of Cannabis abuse.

PLAN: Im responding well to this current
psychotropic meds. Sx's of depression
improving. Will continue current meds. Continue
current treatment plan. Continue care.
RTC 90 days

Affect
mildl
depress
affect
noted
occasio
occasion

| Patient's Name: (Last, First, Middle) | Print Last Name: DR. BANERJEE | Sign: SBanerjee, MD. |
|---|---|---|
| Dean Rodney | AIS # 244759 | Age | R/S w/m | Code SmI | Institution Ventress |

Disposition: Medical File
Discussed Tx plan z Im. He
understands and agrees z Tx plan.
Continue care.

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Thought
Proces
logica

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|------|---|-----------|
| 6/26/06 | Im seen for Tx team meeting. Reviewed and discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. Continue care. | |
| | | SBanerjee, MD. |
| 7-27-06 | S- I/m rep. he is doing well. He denied dep mood & crying spells. He rep. good support from his wife. TO stay busy & to cope, he studies the Bible. He rep. no SI or HI. He rep. it is difficult to sleep due to the noise level in the dorm. | |
| | O- Alert, good eye contact, speech logical & coherent, grooming appropriate | |
| | A- Appeared currently stable. Pleasant & appropriate. | |
| | P- Continue care. | |
| | | E. Brum, PhD |

| INMATE NAME | AIS # | | INSTITUTION |
|-------------|-------|---|-------------|
| Dean, Rodney | 244759 | | VCF |

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

INTERDISCIPLINARY PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| DATE | TIME | NOTES |
|------|------|-------|
| 03-24-06 | 1:45p | Chart reviewed per Mental Health Stay - Will schedule to f/u c̄ Dr Brunye. C Harrish |
| 4-4-06 | 7:45A | S - I/m rep. dizzy spells over the past 3 days, but he relates this to not eating enough. He rep. mild dep. that comes + goes throughout the day. He denied any SI. He rep. good support from his wife, + he is confident in his ability to complete his 22 mo. remaining. He denied A/V hallucinations. O - Alert, good eye contact, no overt evidence of psychosis, grooming appropriate, speech logical + coherent A - Mild dep. due to adjustment to incarceration (his first), polite + cooperative P - Continue care.                            E. Brun, PhD |
| 5-18-06 | 11:15A | S - I/m rep. he is eating more than previously. His dep. has decreased + he feels good. Things are going well w/ his wife. He rep no SI or HI. O - Alert, smiled occasionally, good eye contact, grooming good, speech logical + coherent A - Appeared currently stable P - Continue care.                             E. Brun, PhD |
| 6-13-06 | | S - I/m rep. he is doing well. He denied crying spells, dep., + poor sleep. He rep. no SI or HI. He reads the Bible to cope + stay busy. His wife remains supportive. O - Alert, smiled occasionally, good eye contact, speech logical + coherent, grooming appropriate A - Appeared currently stable off meds. P - Continue care. I/m agreed to contact MH if the need arises.                             E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Brun Rodney | 244759 | 50 | W/M | Ventress |

F-61

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED

## PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name: _Dean, Rodney_ AIS#: _244 759_ R/S: _W/M_
Date: _3 / 15 / 010_ Date of Birth: _2 / 13 / 1955_ Age: _51_

Beta II: _89_    WAIS: _/ /_    WRAT-RL: _10.2_

Last School Grade Completed: _12 se_ Special Education Classes:    Ye s    N o

MMPI Welsh Code: _attached_ Megargee Type: _____
_no PSI in file_

### General Appearance
_✓_ a. Neat and generally appropriate      _____ c. Flat or avoiding interaction
_____ b. Poorly groomed                     _____ d. Sad or worried

_____ e. Other* _____
_____
_____

### I. Interpersonal Functioning
_____ a. Normal-good relationships likely     _____ d. Lacks skill or confidence
_____ b. Withdrawn/apparent loner             _____ e. Probably difficult to get along with
_____ c. Likely to ignore rights/needs

Other* (Specify)   _____ 1.   _____ 2.   _____ 3.   _____ 4.   _____ 5.   _____ 6.
(See Copy) _____

### II. Personality
_____ a. Healthy                    _____ d. Explosive
_✓_ b. Antisocial                   _____ e. Dependent
_____ c. Paranoid                   _____ f. Passive-Aggressive

Other* (Specify)   _____ 1. Schizoid     _____ 4. Narcissistic   _____ 7. Compulsive
                   _____ 2. Schizotypal  _____ 5. Borderline     _____ 8. Atypical/mixed
                   _____ 3. Histrionic   _____ 6. Avoidant
_✓_ 9. See Copy (Write in your wording) _Diff. Cntrl. beh. w/_
_Aggression in crim. behavior_
_and 2+ Arrest poss. conviction_

### III. Substance Abuse
_____ a. Alcohol addiction/abuse history _Denies_

_✓_ b. Drug addiction/abuse history _Addiction to marijuana_
_w/ daily usage_
_____

ENTERED MAR 1 6 2006

N-259 (2/2001)
White to Central Records
Yellow to Institutional File
Pink to Medical Record

* See manual for selections and numbers for "other"

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 2                                          Name: _Dean, Rodney C._

III.  Substance Abuse (continued)
_____  c.  Current use _____Denies_____

_✓_  d.  Current addiction _____Marijuana_____

Other* (Specify):  ____1.  ____2.  ____3.  _✓_4.  ____5.  ____6.  ____7.  ____8.

IV.  Emotional Status
_____  a.  No significant problems
_✓_  b.  Depressed _____Prescribed psychotropic_____
_____Meds to control disorder_____
_✓_  c.  Anxious or stressful_____Same as above_____

_____  d.  Angry or resentful_____

_____  e.  Confusion or psychotic symptoms_____

_____  f.  Mood disturbances_____

_____  g.  Sexual maladjustment_____

          History of sex offenses?     Yes    ~~No~~
_____  h.  Paranoid ideation _____

_✓_  i.  Sleep/appetite disorder _____Mild_____

Other* (Specify):  ____1.  ____2.  ____3.  ____4.  ____5.  _✓_6.  ____7.  ____8.  ____9.
          (See Copy) _____

Emotional response to incarceration:_____OK"_____

V.  Mental Deficiency
_____  a.  Mild                        _____  d.  Borderline
_____  b.  Moderate                    _____  e.  Organic impairment suspected
_____  c.  Severe                      _____  f.  Memory deficit

Remarks:_____

          History of cerebral trauma or seizures?     Yes     ~~No~~

* See manual for selections and numbers for "other"

FOR PROFESSIONAL USE OF
CONFIDENTIAL REC
NOT TO BE PHOTO

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 3                                    Name: _[handwritten]_

## Mental Health History

_____ a. Outpatient treatment (dates/where) _[handwritten]_

_____ b. Inpatient treatment (dates/where) _____

_____ c. Psychotropic medication (type/effectiveness) _[handwritten]_

_____ d. Family history of mental illness _____

## VI. Management Problems

_____ a. Suicide potential    Ideation?  Yes  No    Plans?  Yes  No _____
          History of attempts/gestures _____

_____ b. Serious mental illness (specify) _[handwritten]_

_____ c. Impulsive /acting out behaviors predicted _____

_____ d. Authority conflict _____

_____ e. Manipulative/untrustworthy _[handwritten]_

_____ f. Easily victimized _____

_____ g. Escape potential _____

_____ h. Assaultiveness _____

          History of expressively violent behavior?    Yes    No

Other* (Specify)  ___1.  ___2.  ___3.  ___4.  ___5.  ___6.  ___7.  ___8.  ___9.
(See Copy) _____

## VII. Educational Needs

___a. ABE    ___b. Special Education    ___c. Trade School    ___d. Junior College

## VIII. Mental Health Needs

___A. Refer to psychiatrist          ___E. Sexual adjustment          ___I. Self-concept enhancement
___B. Substance abuse counseling     ___F. Reality therapy            ___J. Healthy use of leisure
___C. Depression                     ___G. Anger-induced acting out   ___K. Personal development
___D. Stress management              ___H. Values clarification

RECOMMENDATIONS/REMARKS: _[handwritten]_

MENTAL HEALTH CODE:    SMI    HARM    HIST    NONE

Evaluation Completed by: _[handwritten]_    Date: 3/15/06

* See manual for selections and numbers for "other"

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICE

**PSYCHIATRIC EVALUATION**    2/13/55

Referred by:
☐ Admission to Institution    ☐ Mental Health Staff    ☐ Medical Staff    ☐ Other_____

**Reason for Referral (Presenting Problem):**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Crying spells & depressed

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**

51 y.o. MWO c̄ chronic depress hx. Began c̄ severe childhood emotnal abuse by father. Even enlisted in Army early to get away frm father. Volunteered for Vietnam in hope of possibly dying. Feels no desire to live.

**Pertinent Medical History (allergies):**    NKDA.

P.U.D.; Back injury & D.J.D.

**Substance Abuse History:**

M.J.

**Pertinent Personal/Family History (inmate's sentence):**

married x 3 yrs.        1 child        US Army 17 y.o.
                        27 y.o →        72-73
Electrical.            c̄ 2 grand kids   Hardship D.C. due to
                                        father terminally ill c̄
                                        cirrhosis

**Institutional Adjustment (current placement):**

Convicted of Dist C.S.        Sentence 20/3
        Jan '05

Page 1 of 2

Inmate Name: Dean, Rodney        AIS # 244759

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC EVALUATION

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Mental Status Examination:**

**Appearance and Behavior:**

**Mood and Affect:**

**Speech and Language:**

**Thought Process:**

**Thought Content and Perceptions:**

**Cognitive Assessment/Memory:**

**Insight/Judgement:**

**Sleep/Appetite:**

The potential benefits and side effects of Pam within the dosage range of 20-60 have been discussed with the inmate and the inmate has agreed to accept the medication. X RCD

**Suicide/Violence Risk Assessment:**

**Past Suicidal Ideation/Attempts (dates and methods):**

**Current Suicidal Ideation and Behavior:**

**Past Violent/Assaultive Behavior:**

**Current Violent/Assaultive Ideas/Behavior:**

The potential benefits and side effects of Pamelor within the dosage range of ______ have been discussed with the inmate and the inmate has agreed to accept the medication. X RCD

**Diagnostic Impression**

**Axis I:** Major Depression, Cannabis Abuse.

**Axis II:**

**Axis III:**

**Axis IV:**

**Axis V:**

**Treatment Recommendations (including medications/labs ordered/special housing)**

Ordered Pam 20 now & Vistaril 50g now x 1
Pam 20g hs, Pamelor 25g hs Vistaril 50g qhs

**Mental Health Code:** SMI HARM HIST NONE

**Psychiatric Follow-Up Required Within:** ______ **Days**

**Psychiatrist Signature** **Date** 2/24/00

| Inmate Name | AIS # |
|---|---|
| Dean Rodney | 244755 |

The potential benefits and side effects of Vistaril within the dosage range of ______ have been discussed with the inmate and the inmate has agreed to accept the medication. X RCD

SD-26

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: Dean, Rodney     AIS# 244759     Date of Referral: 2/24/06

**REASON FOR REFERRAL:**

☐ **CRISIS INTERVENTION**
    ☐ Family problem: _____
    ☐ Problems with other inmates: _____
    ☐ Recent stress: _____
    ☐ Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

☐ **EVALUATION OF MENTAL STATUS**
    ☐ Suicidal        ☐ Anxious        ☐ Physical complaints
    ☐ Homicidal     ☐ Depressed    ☐ Sleep disturbance
    ☐ Mutilative     ☐ Withdrawn   ☐ Hallucinations/delusions
    ☐ Hostile, angry  ☐ Poor hygiene ☐ Suspicious
    ☐ Other inappropriate behavior: _____

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:** _____

COMMENTS: States he is having suicidal thoughts now & has had them off & on since teen years.

Referred by: BHadunaClOf/SBellRN _____ Phone Contact #: _____
    ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Follow-Up by: _____     Date: _____

| Inmate Name | AIS # |
|---|---|
| Dean, Rodney | 244759 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## MENTAL HEALTH SERVICES
## RECEPTION MENTAL HEALTH SCREENING

Institution: _____KILBY_____    Date/Time Inmate Received: _2/23/06_

Date/Time of Screening: _2/23/06_    Signature /Title of Screener: _W Mc Redy_

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC
- ☒ Yes ☐ No  Psychotropic Medication: _L_
- ☐ Yes ☐ No  Medication turned over to a DOC upon arrival?
- ☐ Yes ☐ No  Mental Health follow – up in last 90 days:
- ☐ Yes ☐ No  Suicide/self harm attempts in last 90 days: _____

### MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):
- ☒ Yes ☐ No  Outpatient treatment: _Age 7-9  depression_
- ☐ Yes ☒ No  Inpatient treatment: _____
- ☒ Yes ☐ No  Psychotropic Medication: _Elavil_
- ☒ Yes ☐ No  Suicidal Attempts: _A+ Age 17_
- ☐ Yes ☒ No  Suicidal Thoughts: _____
- ☐ Yes ☒ No  Head Injury: _____
- ☐ Yes ☒ No  Seizures: _____
- ☐ Yes ☒ No  Violent Behavior: _____
- ☒ Yes ☐ No  Substance Abuse: _Meth, Maxi, Acid, barbituates, shrooms, Lortab "Everything"_
- ☒ Yes ☐ No  Substance Abuse Treatment: _Tri County 4 mnths  Oxford AL  2005_
- ☐ Yes ☐ No  Special Education classes: _____

### INMATE SELF – REPORT OF CURRENT STATUS
- ☐ Yes ☐ No  First incarceration (reaction): _"disappointed"_
- ☐ Yes ☐ No  Reports family support: _wife_
- ☐ Yes ☐ No  Reports serious depression/remorse: _"conduct"_
- ☐ Yes ☒ No  Thinking about suicide: _____
- ☐ Yes ☒ No  Has plan for suicide: _____
- ☐ Yes ☒ No  Possible to implement plan: _____
- ☐ Yes ☒ No  Reports hallucinations: _____

### BEHAVIORAL OBSERVATIONS
- ☐ Poor eye contact
- ☐ Disorientated
- ☐ Crying
- ☐ Illogical speech content
- ☐ Hostile
- ☐ Poor hygiene
- ☐ Overly anxious
- ☐ Memory deficits
- ☐ Appears to be hearing voices of seeing things
- ☐ Other unusual behavior: _____
- ☐ Unable to pay attention
- ☐ Unable to follow directions
- ☐ Signs of self-mutilation
- ☐ Unresponsive
- ☐ Unable to read
- ☐ Afraid
- ☐ Paranoid

### DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)
- ☐ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current Psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell recommended
- ☐ Parole violator interim assessment referral

| Inmate Name: | AIS#: |
|---|---|
| Dean, Rodney | 244 759 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

_Rodney Dean_                    24459           2-23-06
Inmate Signature                 AIS #           Date Signed

_Dean, Rodney_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# MMPI-2 ADULT INTERPRETIVE SYSTEM

developed by
Roger L. Greene, PhD
and PAR Staff

## Client Information

| | |
|---|---|
| Name : | DEAN, RODNEY |
| ID : | 244759 |
| Age : | 51 |
| Gender : | Male |
| Birth Date : | 02/13/1955 |
| Admin. Date : | 3 /2 /2006 |

---

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

Copyright (c) 1990, 1997, 1998, 2000 by
Psychological Assessment Resources, Inc.
All rights are reserved.
MMPI-2 is a registered trademark of the University of Minnesota

MMPI-2 Adult Interpretive System
Ki lly Correctional
DEAN, RODNEY
Pa ge:2

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# PROFILE MATCHES AND SCORES FOR STANDARD
# VALIDITY AND CLINICAL SCALES

|  | Scale | Client's Profile | Best Fit Prototype Profile |
|---|---|---|---|
| Codetype: |  | 1-7/7-1 | 2-7/7-2-(3) |
| rc: |  | 0.943 | 0.942 |
| D2: |  | 1202 | 962 |
|  | L | 56 | 53 |
|  | F | 61 | 59 |
|  | K | 39 | 48 |
|  | 1 Hs | 81+ | 68 |
|  | 2 D | 80 | 85 |
|  | 3 Hy | 74 | 76 |
|  | 4 Pd | 67 | 61 |
|  | 5 Mf | 56 | 49 |
|  | 6 Pa | 72+ | 62 |
|  | 7 Pt | 94+ | 83 |
|  | 8 Sc | 70 | 67 |
|  | 9 Ma | 41 | 46 |
|  | 0 Si | 81+ | 63 |

| Mean Clinical Elevation: | 67 | 63 |
|---|---|---|
| Scatter: | 15 | 14 |
| Client Age: | 51 | 45 |
| Men (Percent): | X | 40% |
| Women (Percent): |  | 60% |

MMPI-2 Adult Interpretive System
Kilby Correctional
DEAN, RODNEY
Page:3

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# CONFIGURAL VALIDITY SCALES INTERPRETATION

There is no interpretation available for this configuration of the L, F, and K scales.  The validity of this administration of the MMPI-2 will need to be ascertained by reviewing these three scales individually as well as other measures of consistency and accuracy of item endorsement.

# CONFIGURAL CLINICAL SCALES INTERPRETATION

Codetype: 2-7/7-2-(3)

CLINICAL PRESENTATION:

Moods

   He is experiencing a mild to moderate level of emotional distress characterized by dysphoria, tension, and anxiety. He views himself as being irritable and grouchy although others are more aware of his dysphoric mood. He experiences little pleasure from life, and life in general is a strain for him. He is a chronic worrier who broods and ruminates about himself and his problems. He is likely to overreact to minor stress with agitation, guilt, self-reproach, and self-punishment. He lacks self-confidence and feels insecure, inadequate, and inferior. He is unlikely to express anger overtly or to be aggressive toward others.

Cognitions

   He is obsessed with his perceived personal deficiencies and views himself as useless and "no good at all". He has a hard time concentrating and finds it difficult to keep his mind on a task or job. He believes that his judgment is poor and that he has significant memory problems that bother him greatly. He is reluctant to start a task, and he gives up quickly when things go wrong. His inertia and lack of drive reflect his depressive cognitions and negative expectations. Making any type of decision is very difficult for him, and making important decisions is nearly impossible. He is pessimistic and hopeless about the possibility of any substantial change in his circumstances. He feels guilty when his high standards and expectations are not met.

Interpersonal Relations

   He is shy and introverted. He is easily embarrassed and generally uncomfortable around others. He finds it difficult to talk with people whom he does not know and will avoid people if given the opportunity. He is alienated from others and himself. He is passive

MMPI-2 Adult Interpretive System
Kilby Correctional
DEAN, RODNEY
Page:4

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

and dependent in his relationships with others, and he is unlikely to be assertive.

Other Problem Areas

He is likely to have suicidal ideation that should be evaluated carefully. He may abuse substances secondary to an underlying mood disorder. He is likely to prefer drugs in the sedative/hypnotic class if he uses them. He finds it difficult to sleep because of his ruminating and worrying. Sleep medications should be prescribed cautiously, if at all, because of the potential for suicide.

TREATMENT:

His prognosis is generally good. He sees himself as being responsible for his difficulties and is willing to examine his behavior, even at great length. Cognitive-behavioral psychotherapy focusing on his depressive cognitions will be very beneficial to him. Evaluation for antidepressant medication may be indicated in cases of more severe depression.

POSSIBLE DIAGNOSES:

Axis I - R/O Mood Disorders
        292.84 Substance-Induced Mood Disorder
        296.xx Major Depressive Disorder
        296.xx Bipolar I Disorder, Depressed
        296.89 Bipolar II Disorder, Depressed
        300.4 Dysthymic Disorder
    R/O Substance-Related Disorders
        305.00 Alcohol Abuse
        305.20 Cannabis Abuse
        305.40 Sedative, Hypnotic, and Anxiolytic Abuse
        305.50 Opioid Abuse
    R/O Adjustment Disorders
        309.0 Adjustment Disorder with Depressed Mood
        309.28 Adjustment Disorder with Mixed Anxiety and Depressed Mood
    R/O Anxiety Disorders
        300.02 Generalized Anxiety Disorder
Axis II - R/O Personality Disorders
        301.6 Dependent Personality Disorder
        301.82 Avoidant Personality Disorder

# VALIDITY AND CLINICAL SCALES

MMPI-2 Adult Interpretive System
Kilby Correctional
DEAN, RODNEY
Page:5

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# VALIDITY SCALES

**L     T = 56**

He may be defensive, lack insight, and be slightly more conforming and moralistic than usual. He may have a tendency to repress or deny problems and unfavorable traits.

**F     T = 61**

He is likely to be described as moody, changeable, dissatisfied, opinionated, restless, unstable, and self-critical.

**K     T = 39**

He has limited personal resources for coping with his problems and openly acknowledges significant psychological distress. He is likely to have a relatively poor self-concept, to be strongly dissatisfied with himself but lacking the skills necessary to change his situation, to be self-critical, and/ or to be extremely open and revealing. Scores in this range may also reflect low ego strength, a lack of insight into his motivation and behavior, and ineffectiveness in dealing with the problems of daily life. Prognosis for psychological intervention is usually guarded.

# CLINICAL SCALES

**1 Hs = 81**

He is expressing excessive concern about the functioning of his body and is endorsing multiple vague somatic complaints. He is typically self-centered, dissatisfied, demanding of attention, complaining, and generally negative and pessimistic. He may use his somatic complaints to control and manipulate others. The prognosis for either psychological or medical intervention is guarded. Conservative medical treatment is usually recommended. He is highly skilled at frustrating and sabotaging the help of others and will often "shop" for physicians and/or therapists. Individuals with multiple bonafide physical disorders, particularly of an acute nature, will score in the lower end of this range (T scores = 65-75).

**2 D = 80**

He feels depressed, unhappy, sad, and pessimistic about the future. He often feels guilty and is self-critical. Suicidal ideation and potential should be evaluated carefully, as well as his responses to items 150, 303, 506, 520, and 524. He often feels inadequate, helpless, and lacking in self-confidence. Social withdrawal, poor concentration, appetite and sleep disturbances, and low frustration tolerance are possible. Increasingly higher scores are usually associated with an increase in the number and severity of depressive symptoms.

MMPI-2 Adult Interpretive System
Kilby Correctional
DEAN, RODNEY
Page:6

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**3 Hy = 74**

He develops physical symptoms in response to stress and may use his complaints to avoid responsibility. He is often naive, immature, self-centered, and he denies any psychological problems. He lacks insight concerning the causes of his symptoms and his own motives and feelings.

He is frequently very demanding of affection and support, and may use indirect and manipulative means to get attention and affection. His social relationships are often superficial and immature. He is resistant to psychological interpretations and treatment, and any form of psychological intervention will be difficult. He often looks for simplistic, concrete solutions to his problems-- solutions that do not require self-examination. He is unlikely to be psychotic.

**4 Pd = 67**

He is characterized as angry, belligerent, rebellious, resentful of rules and regulations, and hostile toward authority figures. He is likely to be impulsive, unreliable, egocentric, and irresponsible. He often has little regard for social standards. He often shows poor judgment and seems to have difficulty planning ahead and benefiting from his previous experiences. He makes a good first impression, but long-term relationships tend to be rather superficial and unsatisfying. Analysis of the Content Scales and/or the Harris-Lingoes Subscales may facilitate interpretation of scores within the lower end of this range (T scores 60-80).

**5 Mf = 56**

He has traditional masculine interests and activities.

**6 Pa = 72**

He is suspicious and hostile. He feels as if he is being mistreated, or he is hypersensitive to the reactions of others. He often blames others for his difficulties. He may manifest psychotic behavior, and a thought disorder may be readily apparent. Ideas of reference and delusions of persecution may also be present.

**7 Pt = 94**

He is worried, anxious, tense, and experiencing emotional discomfort. He may experience irrational fears and typically ruminates about his problems. Disabling guilt feelings may be present. Agitation may develop. He worries excessively and may have problems in concentration. Obsessions and compulsions may be present.

**8 Sc = 70**

He is experiencing alienation, social withdrawal, difficulty in meeting responsibilities, and a general dissatisfaction with his circumstances. These symptoms may reflect an acute and/or mild stressor or an adjustment to more chronic stressors.

**9 Ma = 41**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MMPI-2 Adult Interpretive System
Kilby Correctional
DEAN, RODNEY
Page:7

He has a low energy and activity level that may reflect fatigue or significant depression, especially if the score is extremely low for his age. T scores of 45 are typical for older (55+ years) individuals, and T scores of 60 are typical for younger adults (18-22 years). He is often described as lethargic, listless, and apathetic. In addition, he may be seen as conventional, practical, responsible, and sensitive.

**0 Si = 81**

He is socially introverted, shy, reserved, insecure, and hard to get to know. He is often withdrawn and avoids interacting with other people. He often lacks self-confidence, has difficulty expressing his feelings openly, and shows frequent fluctuations in mood. He is sensitive to what others think.

**+++ END OF REPORT +++**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Dean,_ _Rodney_

                                 LAST                     FIRST              MI

**DATE OF BIRTH** _2-13-55_           **SS#** _2-13-53_

**Housing Recommendations:**

General Population _____       ( 1. Proventil Inha

Medical Observation Unit _____      2 puffs Q 4hr PRN

Lower Level/Lower Bunk _____      ① Lomas.

Suicide Precautions _____      4|10|06 — 10|10|06

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____    ( 2. Pills Call
                                               3A , 3P X 2wks

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _V. Young Lpn_      Date _4/10/06_

                _Rodney Dean_      _244759_

GLF 1005       Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit



**PRISON HEALTH SERVICES INCORPORATED**

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _3·28·07_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**To:** _DOC_

**From:** _HCU/CCC_

**Inmate Name:** _Dean Rodney_        **ID#:** _244759_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_report to HCU on 6-27-07 @ 700 AM to_

_see Mrs. Floyd/ CCC 9-13-07 @ 700AM_

_Rodney Dean_
_244759_

**Date:** _3/28/07_    **MD Signature:** _Floyd/ Murphy_    **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean, Rodney   #244759_

Date of Birth: _2-13-55_        Social Security No.: _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_

Date: _2-23-07_                 Time: _8 30_  (A.M.) P.M.

This is to certify that I, _Rodney Dean_ , currently in
(Print Inmate's Name)

custody at the _Ventress Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _sick call_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Rodney Dean_  244759          _C Hunter, RN_
(Signature of Inmate)**              (Signature of Medical Person)

_____                  _____
(Witness)                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _White_              _Ronald_

                            **LAST**                      **FIRST**          **MI**

**DATE OF BIRTH** _11-04-1952_          **SS#** _255599_

**Housing Recommendations:**

          General Population _____     _Stools for Occult_

          Medical Observation Unit _____   _Blood X 3_

          Lower Level/Lower Bunk _____

          Suicide Precautions _____    _1._

          Special Watch (15 Minute Checks) _____  _2._  _3._

          Isolation _____

          Initiate Universal Precautions _____

**Individual found to be:**

          Frail/Elderly _____

          Physically Handicapped _____

          Developmentally Disabled _____

          Drug/Alcohol Withdrawal _____

          Special Mental Health Needs _____

          Expressed Suicidal Ideation _____

          History of Seizures _____

          Other _____

          Specify _____

Nurse _V. (Jones Lpn)_          Date _2/28/07_

_Ronald Q. White  255599_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Dean*        *Rodney*
                     LAST          FIRST              MI

DATE OF BIRTH  *2-13-55*              SS# *244759*

**Housing Recommendations:**

General Population _____          *(1. Clipper Shave ⅛"*

Medical Observation Unit _____        *x 90 days*

Lower Level/Lower Bunk _____     *2/28/07 — 5/28/07*

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse *J. Jonas LPN*           Date *2-28-07*

*Rodney Dean*    *244 759*

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Date:** 5-2-07

**To:** Ventress C.F.

**From:** Healthcare Unit

**Inmate Name:** Dean, Rodney    **ID#:** 244759

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Benzoy Topical Ointment twice/day x 30 d
(5/3/07 → 6/3/07)

_____

_____

**Date:** 5/3/07   **MD Signature:** V/o Dr. Peasant   **Time:** 0900

60418

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# Burgess Chiropractic Clinic, LLC

3001 McClellan Blvd.
Anniston, AL 36201

Phone: 256.237.9251
Fax: 256.236.7397

January 19, 2007

Re: Rodney Dean

To Whom It May Concern:

Mr. Rodney Dean has been a patient in this office since the mid to late 1980s. He has been treated for numerous spinal conditions. He has had a lot of problems over the years and a lot of different spinal trauma. His last examination was on October 5, 2005. He was examined and x-rayed. He has scoliosis of the upper mid thoracic spine. He has severe upper mid thoracic spine disc disease and osteoarthritis. Mr. Dean has a severe spinal problem in this region of the spine. He contacted me and said he is having a lot of problems and that he needs some chiropractic care. Based on his prior history and examination, I would think that he would definitely need care by this time.

If I can be of further assistance, please do not hesitate to call.

Sincerely,

Dale Burgess, DC
DB/tg

Letters from 2 other Chiropractors on the way.

Irrateable Bowel Syndrome ⎫
Nervous Spasmatic Stomach ⎬ Back to Age 8
Multiple Stomach Ulcers ⎭

Doctor's to Contact;

C. Neal Canup MD          | Calhoun & Cleburne
400 E 8th St              | Mental Health Clinic
Anniston Al 36201         | 331 E 8th St
                          | Anniston AL 36201



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**Date:** 2-23-07

**To:** DOC

**From:** HCU

**Inmate Name:** Dean, Rodney          **ID#:** 244759

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Report to HCU on 2-28-07 (Wednesday)
at 7:00 Am to see MD. (rectal
exam — yearly physical)

**Date:** 2/23/07   **MD Signature:** Dr. Peasant / CHunter, RN   **Time:** 0815

Rodney Dean 244759

60418

*San / Dr o*

## IDENTIFICATION OF SPECIAL NEEDS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**NAME (PLEASE PRINT)** _____ Rodney _____

LAST _____ FIRST _____ MI

**DATE OF BIRTH** _____ SS# _244 759_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____     10 -5     147

Lower Level/Lower Bunk _____     10 -12     150

Suicide Precautions _____     10 - 19     148

                                 10 - 26     151

Special Watch (15 Minute Checks) _____     11 - 2     148

Isolation _____     11-2-06     150

                                 11-16-06     147

Initiate Universal Precautions _____     11-23-06     148

                                 11 30 06     152

                                 12- 7     150

**Individual found to be:**     12 - 14     150

                                 12 - 21     152

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____     Date _7-28-06_



PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Date:** *12-20-06*

**To:** *DOC*

**From:** *HCU/CCC*

**Inmate Name:** *Dean Rodney*          **ID#:** *244759*

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until_____

5.  Other _____

**Comments:**

*report to HCU on 3-28-07 @ 800 Am to see Mrs. Floyd/ CCC*

*Rodney Dean*

**Date:** *12-20/06*   **MD Signature:** *Floyd/ S Thompson*   **Time:** _____

60418



PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Dean, Rodney #244759_

Date of Birth: _2-13-55_     Social Security No.: _____

Date: _10-30-06_     Time: _745_  (A.M.) P.M.

This is to certify that I, _Rodney Dean_ , currently in
(Print Inmate's Name)

custody at the _Ventress Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _flu shot_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Rodney Dean 244759_      _CHunter, RN_
(Signature of Inmate)**             (Signature of Medical Person)

_A Mashn_       _MBenefield_
(Witness)             (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Deon, Rodney 244759_
                       LAST            FIRST         MI

DATE OF BIRTH _02-13-55_     SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*Antibiotic X's 10 days*
*Pill call for antibiot*
*3A & 3p; for Motrin*
*3A, 9A, 3p X 15 days*

*Treatment call at*
*6:30pm X's 7 days*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

*Follow up appt*
*with MD on*
*Sept 4, 2006*
*at 8:00 Am*
*Monday.*

Nurse _B Little RN_         Date _8-19-06_

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Dean_ _Rodney_

LAST        FIRST        MI

**DATE OF BIRTH** _2/13/55_        SS# _244 759_

**Housing Recommendations:**

General Population _____        _Housing Profile_

Medical Observation Unit _____        _X 6 mo. no mustache_

Lower Level/Lower Bunk _____        _no side burns Clip_

Suicide Precautions _____        _facial hair to ½"_

Special Watch (15 Minute Checks) _____        _② Acne medication_

Isolation _____        _10% topical_

Initiate Universal Precautions _____        _Apply as needed_

                _X 3 mo_

**Individual found to be:**        _7/19/06 - given_

Frail/Elderly _____

Physically Handicapped _____        _7/19/06 - start_

Developmentally Disabled _____        _10/19/06 stop_

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify_____

Nurse _____        Date _7/19/06_


FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Davi_ _Cooke W_ _____
  LAST          FIRST          MI

DATE OF BIRTH _2/18/55_     SS# _244 259_

**Housing Recommendations:**

  General Population _____  *Shaving Profile x 6 mo. no mustache no side burns clip facial hair to ¼"*

  Medical Observation Unit _____

  Lower Level/Lower Bunk _____

  Suicide Precautions _____

  Special Watch (15 Minute Checks) _____  *② Acne medication 10% topical Apply as needed x 3 mo*

  Isolation _____

  Initiate Universal Precautions _____

**Individual found to be:**

  Frail/Elderly _____   *7/19/06 - given*

  Physically Handicapped _____

  Developmentally Disabled _____   *7/19/06 - start*

  Drug/Alcohol Withdrawal _____

  Special Mental Health Needs _____   *4/19/06 stop*

  Expressed Suicidal Ideation _____

  History of Seizures _____

  Other _____

  Specify _____

Nurse _____   Date _7/19/06_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) Dean                    Rodney

                                   LAST                              FIRST                   MI

DATE OF BIRTH  2/13/55                    SS#  244759

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

(1) KOP Benzoyl Peroxide Start 7/14/06 Stop 8/14/06

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse  B Brannon LPN              Date  7/14/06

X  Rodney Dean

GLF 1005       Original/Classification       Second Copy/Booking Staff       Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**NAME (PLEASE PRINT)** _____

              **LAST**                **FIRST**          **MI**

**DATE OF BIRTH** _____ **SS#** _____

## Housing Recommendations:

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

## Individual found to be:

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____ Date _____

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: Dean, Rodney                Date: 4/27/06

Housing Location: C9

Type of Diet: Double Portions X 90 days

Start Date: 4-29-06        Stop Date: 7-29-06

Special Instructions (if needed): _____

_____

_____

Date Requested: 4/27/06    Signature: Mary Stella, CM

Rodney Dean 240759

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(White - Kitchen Copy, Yellow - Patient File Copy)

60130 (10/89)



PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**Date:** 4-21-06

**To:** DOC

**From:** HCU/CCC

**Inmate Name:** Dean, Rodney     **ID#:** 244759

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

report to HCU on 4-27-06 @ 800 Am to
see Dr. Rayapati / CCC

Rodney C. Dean   244759

**Date:** 4-21-06   **MD Signature:** Rayapati /Smmmmm   **Time:** _____

60418

N610

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## ALABAMA DEPARTMENT OF CORRECTIONS

### *RECEIVING SCREENING FORM*

Inmate's Name: DEAN, RODNEY CECIL W/244759   Date: 3/21/06   Time: 11:12 AM

DOB: 2-13-50   Officer: M. Brunson.   Institution: VCF

| *Receiving Officer's Visual Opinion* | Yes | No |
|---|---|---|
| 1. Is the inmate conscious? | X | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | / |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | / |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | / |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | / |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | / |
| 7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | / |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | / |
| 9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | / |
| 10. Does the inmate have any obvious physical handicaps? | | / |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | |
|---|---|---|
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | X | |
| 12. Are you on any special diet prescribed by a physician? (if YES, what type?) | | X |
| 13. Do you have a history of venereal disease or abnormal discharge? | | X |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | X |
| 15. Have you ever attempted suicide? | | X |
| (If YES, When? _____ How?_____) | | |
| 16. Do you want to do any harm to yourself now? | | X |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# VENTRESS CORRECTIONAL FACILITY

## VERIFICATION OF ACCESS TO HEALTHCARE

THIS IS TO CERTIFY THAT I HAVE RECEIVED VERBAL AND WRITTEN ACESS TO HEALTH CARE INSTRUCTIONS, TO INCLUDE ORAL HYGIENE INSTRUCTIONS. I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS AND TO HAVE MY QUESTIONS ANSWERED.

_Rodney Dunn_
SIGNATURE

_244759_
AIS NUMBER

_J Greely LPN_
WITNESS

_3/21/06_
DATE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# RECEIVING SCREENING FORM

INMATE'S NAME: _Dean, Rodney_    DATE: _2/23/06_ TIME: _10:00A_

DOB: _2-13-55_    OFFICER: _Co I Hives_    INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | |
| Is the skin in poor condition or show signs of vermin or rashes? | | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | |
| Is the inmate making any verbal threats to staff or other inmates? | | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| Does the inmate have any obvious physical handicaps? | | |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _X_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Co I Hives_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



FOR PROFESSIONAL USE
CONFIDENTIAL RECO
NOT TO BE PHO

**PRISON HEALTH SERVICES INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | 5/3/7 |
| | DR Pleasant |
| | SAW MR Rodney Dean today 5/3/7 |
| | Known to you — Appt 2/7 and 4/7. |
| | He is expressing a desire to be seen by |
| | ortho specialist regarding his BACK Pain |
| | and long/chronic pain to neck & shoulder. |
| | I told him I was not sure of |
| | a specialist would benefit his condition |
| | Without using conventional Rx's |
| | which he is not willing to take. |
| | If you would review his need |
| | for f/u c ortho. |
| | Thanks |
| | MS Floyd |
| | 5/3/7 |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS-MD-70049

**Complete Both Sides Before Using Another Sheet**

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODNEY C. DEAN (#244 759)       *

     Plaintiff,              *

v.                       *     2:07-CV-342-WKW (WO)

                       *

DEPARTMENT OF CORRECTIONS, et al,    *

     Defendants.        *

## AFFIDAVIT OF BARBARA LIEBE, R.N.

**BEFORE ME,** _Carolyn Longmire_ , a notary public in and for said County and State, personally appeared, **BARBARA LIEBE, R.N.,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Barbara Liebe. I have been inadvertently names in the Complaint as B. Luke. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1993 when I received my Associate's Degree in nursing from Gadsden State College in Gadsden, Alabama. Since 1993, I have practiced nursing in a variety of positions and settings. I have been employed as Registered Nurse for Ventress Correctional Facility located in Clayton, Alabama since February 2006. I was previously employed as a registered nurse at Ventress from August 2003 through December 2004. At all pertinent times my employment as Registered Nurse has been with Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Rodney C. Dean (AIS #244759) was incarcerated at Ventress Correctional Facility at all times pertinent to this lawsuit. I am familiar with Mr. Dean's medical history and conditions, and have seen and evaluated him as a patient. I have reviewed Mr. Dean's medical records (certified copies of which are being produced to the Court along with this Affidavit.).

It is my understanding that Mr. Dean has made a Complaint in this matter alleging that I failed to provide him with appropriate medical care and treatment for complaints related to staph infection sores as a result of shaving. Mr. Dean's allegations in this regard are untrue as he has been afforded appropriate care at all times.

I can say with certainty that I have never refused to carry out a Physicians' Order with respect to Mr. Dean's shaving profile. As a nurse, I do not have the authority to approve, refuse or deny a Physicians' Order and I do not determine what an inmate does or does not need or when he should receive what has been ordered by a physician.

In my review of Mr. Dean's medical records, I noted the following: 1) Six month Shaving Profile was ordered on July 19, 2006; 2) Clipper Shave 1/8 inch was ordered on February 28, 2007 for 90 days; and 3) Clipper Shave Profile was again ordered on June 2, 2007 for 90 days.

Mr. Dean prepared a Sick Call Request on July 14, 2006 stating that his face had broken out from too much shaving and he requested a shaving profile. He was seen by a nurse on July 14th and it is noted that he had an infected rash on his face, chin and neck. He was treated with Benzoyl Peroxide and told to report to the Health Care Unit on July 19th for a doctor's appointment. A Special Needs Profile was prepared on July 19th for the following: 1) Six Month Shaving Profile. No mustache. No side burns. Clip facial hair to 1/8 inch. 2) Acne medication

2

10% topical and apply as needed for three months. The acne medication was given to Mr. Dean and started on July 19th and was to stop on October 19, 2006.

I saw Mr. Dean in the Health Care Unit on August 19, 2006 for complaints related to a bump on his back. Mr. Dean stated that he had put Benzoyl Peroxide on this bump, which did not address the problem. He had used the Benzoyl Peroxide on his face. I evaluated the area on his lower back and noted a 5 cm indurated area to his left lower back with a 1 cm opening in the center. This area was surrounded by 10 cm of redness. I noted that a small amount of thick red and yellow secretions was expelled from the site. A culture of the drainage was obtained. Mr. Dean did have pain at the site of the abscess only. The site was cleaned with Hydrogen Peroxide and covered with gauze and tape. My assessment was impaired skin integrity. The Health Care Unit physician was notified and Orders were received from the doctor and adhered to. Physicians' Orders were as follows: 1) Schedule to see physician in two weeks; and 2) Administer Motrin 600 mg three times a day and/or as needed for 15 days; 3) Administer Rifampin 300 mg twice a day for ten days; and 4) Administer Bactrim DS twice a day for 10 days. Mr. Dean was to receive dressing changes at treatment call for seven days. He was also instructed to wash his hands before and after touching the area and to keep the site covered while open. I instructed Mr. Dean to return to the Health Care Unit if his condition worsened and for dressing changes.

It is noted in his medical records that Mr. Dean had a follow-up appointment with the doctor on September 5, 2006 regarding the sore on his back. At that time, he had slight redness in the area, but his back sore had resolved.

Mr. Dean prepared a Sick Call Request on February 22, 2007 stating that his face had broken out with sores from excessive shaving. He did not show-up for Sick Call and he signed a

Waiver of Release on February 23rd.  Mr. Dean filled out a Sick Call Request on May 29, 2007 stating he needed to update his Shaving Profile.  A Nursing Evaluation Tool was completed on May 30th indicating his Shaving Profile expired on May 28th.  A Physicians' Order was prepared on June 2, 2007 for a Clipper Shave Profile for 90 days.

Based on my review of Mr. Dean's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that myself and the other healthcare providers at Ventress Correctional Facility have exercised the same degree of care, skill, and diligence with regard to him as other similarly situated health care providers would have exercised under the same or similar circumstances.  In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.  I have never denied Mr. Dean any needed medical treatment which was necessary or indicated for him, nor have I ever acted with deliberate indifference to any serious medical need of Mr. Dean.  At all times Dean's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayeth not.

_Barbara Liebe RN_
BARBARA LIEBE, R.N.

STATE OF ALABAMA                )
                                )
COUNTY OF _Barbour_             )

Sworn to and subscribed before me on this the ___21st___ day of ___July___, 2007.

_Carolyn Longmire_
Notary Public

My Commission Expires: _____
My Commission Expires August 21, 2007

4

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODNEY C. DEAN, (AIS #244759),       *

                               *

    Plaintiff,

                               *

V.                                  2:07-CV-342-WKW (WO)

                               *

DEPARTMENT OF CORRECTIONS, et al..

                               *

    Defendants.

                               *

### AFFIDAVIT OF NETTIE BURKS, H.S.A.

**BEFORE ME**, _Reba J Currie_ , a notary public in and for said County and State, personally appeared **NETTIE BURKS, H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Nettie Burks. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associate's Degree in nursing from Wallace Community College in Dothan, Alabama. I have worked as a registered nurse at Ventress Correctional Facility in Clayton, Alabama since 1997. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Ventress Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple two-step procedure for identifying and addressing inmate grievances at Ventress Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a grievance form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. The grievance form allows an inmate to communicate any healthcare related concern by placing the form in the in house mail system or sick call box to be forwarded to the healthcare unit. I have also been directly handed a grievance form from an inmate. I subsequently review the concern and respond via in house mail.

If the inmate is unsatisfied with my response, he may request a grievance appeal form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the grievance form. After the inmate has submitted the formal grievance, I will either respond again in writing, or, if warranted, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Rodney C. Dean has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical care. However, Mr. Dean has failed to exhaust Ventress's informal grievance procedure relating to the receipt of medical care for his alleged condition. Specifically, Mr. Dean has not submitted all appropriate and required forms. As such, the healthcare unit at Ventress Correctional Facility has not been afforded the opportunity to resolve Mr. Dean's medical complaints prior to filing suit.

Further affiant sayeth not.

NETTIE BURKS, H.S.A.

STATE OF ALABAMA          )
                          )
COUNTY OF _Barbour_       )

        Sworn to and subscribed before me on this the ___22nd___ day of
_June_____, 2007.

                                    _Reba J Currie_____

                                    Notary Public

_____
My Commission Expires:

    _9-8-08_____