IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTIRCT

RECEIVED
2007 SEP -5  A 10: 37

| | | |
|---|---|---|
| RODNEY C. DEAN, #244 759 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-342-WKW (WO) |
| WARDEN J.C. GILES, et al., | * | |
| Defendants. | * | |

**OBJECTION TO RECOMMENDATION OF THE MAGISTRAE JUDGE**

COMES NOW, Plaintiff, Rodney C. Dean, and respectfully request the court not to dismiss the above styled case and gives the following reasons for not properly filing a timely response.

1. Plaintiff was transferred to Loxley Work Release Center and was participating in the SAP Program and did not have the resources to prepare.

2. Plaintiff mailed the Defendant's Answer to his complaint to an outside source for legal assistance and this person lost and/or misplaced said documents and did not inform plaintiff.

3. Plaintiff is indigent and does not have accesses to a law library at Loxley Work Release.

Plaintiff respectfully asks this Honorable Court to accept the following as

a partial list of his response to defendants answers:

(A) Defendant's have prior statement and are still violating their own rules and regulations and the Constitution and it is of public interest that the government officials act in a lawful manner.

(B) Plaintiff has seen on numerous times the Public Health Department come in the prison facility at Ventress and correct Correctional Officers regarding cutting hair in front of the chow hall.

(C) Plaintiff also states that in September 2006 about Sixty (60) inmates signed and sent a petition asking Warden Giles to please fix the hot water. Warden Giles told the inmate over five signatures was inciting a riot, and they could all receive disciplinary action. This can be confirmed by asking inmates at Ventress Correctional Facility.

(D) Plaintiff asked for a profile and was denied this on numerous occasions and has scares on his face and back due to lack of treatment by prison officials.

(E) Defendant's allege Plaintiff is a sex offender and has not registered or participated in any programs will incarcerated. Plaintiff has never been charged nor convicted of such a crime.

(F) Plaintiff requests this Honorable Court to set a hearing date and or trial in the above styled cause.

Plaintiff does respect this court and apologizes for any delay he has caused this Honorable Court and respectfully request more time to prepare.

Done, this the 4th day of September 2007.

Respectfully submitted,

Rodney C. Dean, AIS#244759
Loxley Work Release Center
P.O. Box 1030
Loxley, Alabama 36551-1030

Prepared by:
Teresa Dean
Wife of the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of September, 2007 faxed the forgoing to the Clerk of the Court and Counsel for the Defendants and served a copy of the same by United States Mail postage prepaid and addressed upon the following:

Respectfully submitted,

Rodney C. Dean AIS#244759
Loxley Work Release Center
P.O. Box 1030
Loxley, Alabama 36551-1030

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152

_____

```
TERESA DEAN                              1 LBS   1 OF 1
(256) 253-2004                           SHP WT: 1 LBS
THE UPS STORE #3330                      DATE: 04 SEP 2007
1414 GOLDEN SPRINGS RD
ANNISTON  AL 36207-6924

SHIP  THE CLERKS OFFICE DISTRICT COURT
TO:   1 CHURCH ST

      MONTGOMERY  AL 36104-4018
```



AL 360 9-02

UPS GROUND

TRACKING #: 1Z X55 4W2 03 5079 1981



8 00 E2442 69.0V 07/2007

CLEARED