IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| RODNEY C. DEAN, #244 759 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-342-WKW |
| WARDEN J.C. GILES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of Plaintiff's objection to the August 22, 2007 Recommendation of the Magistrate Judge (Doc. No. 32), and for good cause, it is

ORDERED that the Recommendation (Doc. No. 31) be and is hereby VACATED.

To the extent Plaintiff's objection may also be construed as a response to Defendants' written reports, the pleading is considered as such.

It is further

ORDERED that Plaintiff is GRANTED an extension, *nunc pro tunc*, from August 15, 2007 to September 18, 2007 to file any further response to Defendants' written reports in accordance with the order entered July 26, 2007. (*See* Doc. No. 30.)

Done, this 5th day of September 2007.

    /s/  Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE