IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                DIVISION

RODNEY C. DEAN (AIS # 244 759)

_____,

    Plaintiff,

v.

WARDEN J. C. GILES, et al.

_____,

    Defendants,

)
)
)
)
)
)
)
)
)
)
)

CASE NO. <u>2:07-CV-342-WKW</u>

## CONFLICT DISCLOSURE STATEMENT

BARBARA LIEBE, R.N.

COMES NOW <u>(identified as B. Luke)</u>, a Defendant    in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

_____    _____

<u>11/30/2007</u>                /s/ Paul M. James, Jr.
    Date                    _____
                        (Signature)

                        _____
                        (Counsel's Name)

                        PRISON HEALTH SERVICES AND B. LIEBE, R.N.
                        _____
                        Counsel for (print names of all parties)
                        P. O. BOX 270
                        _____
                        MONTGOMERY, AL  36101-0270
                        Address, City, State Zip Code
                        334-206-3148
                        _____
                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, PAUL M. JAMES, JR. _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by U.S. MAIL _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 30TH day of NOVEMBER 20 07, to:

MR. RODNEY DEAN, VENTRESS CORRECTIONAL; P.O.B. 767, CLAYTON, AL 36016

BETTIE J. CARMACK, ASST. ATTY. GENERAL, 11 UNION STREET, MONTGOMERY, AL

11/30/2007
_____
Date

/s/ PAUL M. JAMES, JR.
_____
Signature