IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Rodney Dean, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **2:07-cv-342** |
| | ) |
| Warden J.C. Giles, Richard Allen, | ) |
| Nurse Luke, and Sergeant Longmire, | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *J.C. Giles, Richard Allen, and Sergeant Longmire,* Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                   Relationship to Party

_____   _____

_____   _____

_____   _____

_____   _____


12/12/2007                          /s/ Bettie J. Carmack
Date                                Counsel Signature

                                    **J. C. Giles, Richard Allen, and Sergeant Longmire**
                                    Counsel for (print names of all parties)

                                    11 South Union Street Montgomery, AL 36130
                                    Address, City, State Zip Code

                                    334-353-5305
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, <u>Bettie J. Carmack</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 13th day of December 2007, to:

**Rodney Dean**
**#244759**
**Loxley Work Release Center**
**P. O. Box 1030**
**Loxley, AL 36551-1030**

<u>12/13/2007</u>                                                   /s/Bettie J. Carmack
       Date                                                                     Signature