IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTIRCT

| | | |
|---|---|---|
| RODNEY C. DEAN, #244759 | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 2:07-CV-342-WKW |
| WARDEN J.C. GILES, et al., | * | |
| Defendants. | * | |

### PLAINTIFF'S MOTION FOR CHANGE OF ADDRESS

COMES NOW Plaintiff Rodney C. Dean, AIS# 244759, in the above styled case, and respectfully requests this Honorable Court to accept his motion for change of address to the following:

> RODNEY C. DEAN
> P.O. BOX 622
> HELIN, ALABAMA 36264

Done this the 8 day of January, 2008.

Respectfully submitted,

Rodney C. Dean
Rodney C. Dean AIS#244759
P.O. Box 622
Heflin, Alabama 36264

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties by placing copies in the U.S. Mail, postage prepaid this the _8_ day of January, 2008.

| | |
|---|---|
| Bettie J. Carmack, Esq. | Paul M. James, Jr. |
| Office of the Attorney General | Rushton, Stakely, Johnston & |
| Alabama State House | Garrett, P.A. |
| 11 South Union Street | P.O. Box 270 |
| Montgomery, Alabama 36130-0152 | Montgomery, Alabama 36101-0270 |

Rodney C. Dean
P.O. Box 622
Heflin, Alabama 36264

BIRMINGHAM AL 352

07 JAN 2008 PM 1 L



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711