IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY C. DEAN, # 244 759, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-342-WKW |
| | ) | |
| WARDEN J.C. GILES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 45), and after an independent review, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Defendants Allen, Giles, and Longmire's motion for summary judgment (Doc. # 27, 40) is GRANTED;

(3) Plaintiff's complaint (Doc. # 1) against Defendants Allen, Giles, and Longmire is DISMISSED with prejudice;

(4) Defendants PHS, Inc., and Liebe's (identified in the complaint as "B. Luke") motion for summary judgment (Doc. # 28) is GRANTED to the extent it seeks dismissal of the case due to Plaintiff's failure to properly exhaust his administrative remedies; and,

(5) The complaint (Doc. # 1) against Defendants PHS, Inc., and Liebe is DISMISSED with prejudice for Plaintiff's failure to exhaust his administrative

remedies in accord with 42 U.S.C. § 1997e(a).

Final judgment will be separately entered.

DONE this 11th day of December, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE